UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CMG HOLDINGS GROUP, as successor to XA THE EXPERIENTIAL AGENCY, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>JOSEPH WAGNER, HUDSON GRAY LLC, DARREN ANDERECK, JESSIE LOMMA, MICHAEL DAY, JEAN WILSON, ESTELLE PIZZO, STUDIO AG, LLC, REMIGIO GUDIN, and MIXED COMPANY, INC.,<br><br>Defendants.<br>_____<br>JOSEPH WAGNER, JEFFREY SMITH, DARREN ANDERECK and JESSIE LOMMA,<br><br>Third-Party Plaintiffs,<br><br>- against –<br><br>GLENN LAKEN and ALEXIS LAKEN,<br><br>Third-Party Defendants. | Case No. 1:15-cv-5814(JPO)(RLE)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE,** that the undersigned attorney hereby enters appearance as counsel for the Plaintiff CMG Holdings Group, as successor to XA The Experiential Agency, Inc. and Third-Party Defendants Glenn Laken and Alexis Laken, in the above-captioned action. I certify that I am admitted to practice in this court.

Dated: New York, New York　　　　　EATON & VAN WINKLE LLP
　　　　　July 27, 2015

　　　　　　　　　　　　　　　　　　　　/s/ Lawrence A. Steckman
　　　　　　　　　　　　　　　　　　Lawrence A. Steckman

　　　　　　　　　　　　　　　　　　3 Park Avenue
　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　Telephone: (212) 779-9910
　　　　　　　　　　　　　　　　　　Facsimile: (212) 779-9928

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff XA Experiential*
　　　　　　　　　　　　　　　　　　*Agency, Inc. and Third-Party Defendants*
　　　　　　　　　　　　　　　　　　*Glenn Laken and Alexis Laken*