

Scott R. Matthews
212.237.1025
smatthews@windelsmarx.com

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

July 27, 2015

<u>Via ECF</u>

Judge J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square, Courtroom 706
New York, New York 10007

Re: *CMG Holdings Group, Inc. v. Joseph Wagner, et al.*
15-cv-05814-JPO

Dear Judge Oetken:

This firm is counsel for the defendants in the above referenced action. I write, with the consent of counsel for plaintiff CMG Holdings Group, Inc., as successor to XA the Experiential Agency, Inc., pursuant to Rule 3C of the Court's Individual Practices in Civil Cases, to request an adjournment of defendants' time to move to dismiss the First Amended Complaint to **August 7, 2015**.

Because defendants filed a Notice of Removal on July 24, 2015, the original deadline for defendants' time to respond to the First Amended Complaint is July 29, 2015. Defendants have not previously requested an adjournment of any deadline in this action. Plaintiff's counsel consented to defendants' request for an adjournment by email this afternoon. Defendants request the adjournment due to the length and complexity of the First Amended Complaint, which includes 17 claims, including 4 brought pursuant to the federal RICO statute. Further, although the First Amended Complaint was filed in New York Supreme Court on June 26, 2015, we did not receive a complete version of the pleadings until July 21, 2015, when plaintiff's counsel provided us with exhibit to the First Amended Complaint.

Thank you for Your Honor's consideration of this application.

Respectfully submitted,

/s

Scott R. Matthews

cc: Lawrence Steckman, Esq.

{11108468:1}