

Scott R. Matthews
212.237.1025
smatthews@windelsmarx.com

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

August 4, 2015

<u>Via ECF</u>

Judge J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square, Courtroom 706
New York, New York 10007

Re: *CMG Holdings Group, Inc. v. Joseph Wagner, et al.*
<u>15-cv-05814-JPO</u>

Dear Judge Oetken:

This firm represents the defendants in the above referenced action. I write, with the consent of counsel for plaintiff, to seek the Court's permission to file a memorandum of law in support of defendants' intended motion to dismiss the First Amended Complaint that is in excess of the Court's limitation of 25 pages.

The First Amended Complaint contains 17 claims against 10 separate defendants. Defendants intend to file a motion to dismiss the First Amended Complaint on Friday, August 7, 2015. Defendants request an exception to the Court's limitation of 25 pages in memoranda of law to avoid filing multiple motions on behalf of the multiple defendants on the grounds that it would be more efficient to submit one motion for all of the defendants. Defendants anticipate that, if this request is approved, their joint memorandum of law will be no more than 40 pages in length. Plaintiff has similarly requested the opportunity to file a memorandum of law in opposition to defendants' motion of no more than 40 pages. Defendants consent to Plaintiff's request.

Thank you for Your Honor's consideration of this application.

Respectfully submitted,

/s

Scott R. Matthews

cc: Lawrence A. Steckman, Esq.

{11111207:1}