UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | |
|---|---|
| CMG HOLDINGS GROUP, as successor to XA THE EXPERIENTIAL AGENCY, INC., | Civil Action No.: 15-cv-05814-JPO |
| Plaintiff, | |
| vs. | **CORPORATE DISCLOSURE STATEMENT** |
| JOSEPH WAGNER, HUDSON GRAY LLC, DARREN ANDERECK, JESSIE LOMMA, MICHAEL DAY, JEAN WILSON, ESTELLE PIZZO, STUDIO AG, LLC, REMIGIO GUDIN, and MIXED COMPANY, INC., | |
| Defendants. | |

------------------------------------x

| | |
|---|---|
| JOSEPH WAGNER, JEFFREY SMITH, DARREN ANDERECK, and JESSIE LOMMA, | |
| Third-Party Plaintiffs, | |
| vs. | |
| GLENN LAKEN and ALEXIS LAKEN, | |
| Third-Party Defendants. | |

------------------------------------x

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure:

(a) defendant HudsonGray Inc., incorrectly sued herein as Hudson Gray LLC, states that it is a Delaware corporation, with no parent corporation and no publicly held corporation owns 10% or more of its stock;

(b) defendant Studio AG LLC states that it is an Illinois limited liability company, with no parent corporation and no publicly held corporation owns 10% or more of its stock; and

(c) defendant Mixed Company, Inc. states that it is an Illinois corporation, with no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
August 5, 2015

> Respectfully yours,
>
> **WINDELS MARX LANE & MITTENDORF LLP**
>
> By: _____/s_____
> Scott R. Matthews
> 156 West 56th Street
> New York, New York 10019
> (212) 237-1000
> *Attorneys for Defendants and Third-Party Plaintiffs*