UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
CMG HOLDINGS GROUP, as successor to : 
XA THE EXPERIENTIAL AGENCY, INC., : Civil Action No.: 15-cv-05814-JPO
:
Plaintiff, :
:
vs. : **NOTICE OF APPEARANCE**
:
JOSEPH WAGNER, HUDSON GRAY LLC, :
DARREN ANDERECK, JESSIE LOMMA, :
MICHAEL DAY, JEAN WILSON, ESTELLE :
PIZZO, STUDIO AG, LLC, REMIGIO GUDIN, :
and MIXED COMPANY, INC., :
:
Defendants. :
------------------------------------- x
JOSEPH WAGNER, JEFFREY SMITH, DARREN :
ANDERECK, and JESSIE LOMMA, :
:
Third-Party Plaintiffs, :
:
vs. :
:
GLENN LAKEN and ALEXIS LAKEN, :
:
Third-Party Defendants. :
------------------------------------- x

To the Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendants Joseph Wagner, HudsonGray LLC, Darren Andereck, Jessie Lomma, Michael Day, Jean Wilson, Estelle Pizzo, Studio AG, LLC, Remigio Gudin, and Mixed Company, Inc. and Third-Party Plaintiffs Joseph Wagner, Jeffrey Smith, Darren Andereck, and Jessie Lomma in the above-captioned action.

{11111058:1}

Dated: New York, New York
August 3, 2015

WINDELS MARX LANE & MITTENDORF, LLP

By: _____
James Patrick Tracy
156 West 56th Street
New York, NY 10019
212-237-1180
jtracy@windelsmarx.com
*Attorneys for Defendants and Third-Party Plaintiffs*