UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

| | |
|---|---|
| CMG HOLDINGS GROUP, INC., as successor to XA THE EXPERIENTIAL AGENCY, INC., | Civil Action No.: 15-cv-05814-JPO |
| Plaintiff, | |
| vs. | **DECLARATION OF JEAN WILSON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |
| JOSEPH WAGNER, HUDSON GRAY LLC, DARREN ANDERECK, JESSIE LOMMA, MICHAEL DAY, JEAN WILSON, ESTELLE PIZZO, STUDIO AG, LLC, REMIGIO GUDIN, and MIXED COMPANY, INC., | |
| Defendants. | |

------------------------------------- x

JOSEPH WAGNER, JEFFREY SMITH, DARREN ANDERECK, and JESSIE LOMMA,

                Third-Party Plaintiffs,

vs.

GLENN LAKEN and ALEXIS LAKEN,

                Third-Party Defendants.

------------------------------------- x

      **JEAN WILSON**, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury that the following is true and correct:

      1.    I am a defendant herein and am the Chief Operating Officer of defendant HudsonGray, Inc. I am fully familiar with the facts and circumstances set forth below.

      2.    I submit this Declaration in support of Defendants' motion to dismiss the First Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6).

{11111444:2}

**No Agreement With XA**

3.  While I was employed with XA, I never signed any employment handbook that contained a non-solicitation provision, or entered into any written employment or non-solicitation agreement.

**WHEREFORE**, I respectfully request that this Court grant Defendants' motion to dismiss the First Amended Complaint.

Executed on August 7, 2015.

_____
Jean Wilson

{11111444:2}