UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CMG HOLDINGS GROUP, INC., as successor to :
XA THE EXPERIENTIAL AGENCY, INC.,             :     Civil Action No.: 15-cv-05814-JPO
                                              :
                      Plaintiff,              :
                                              :
            vs.                               :     **DECLARATION OF**
                                              :     **REMIGIO GUDIN**
JOSEPH WAGNER, HUDSON GRAY LLC,               :     **IN SUPPORT OF DEFENDANTS'**
DARREN ANDERECK, JESSIE LOMMA,                :     **MOTION TO DISMISS PLAINTIFF'S**
MICHAEL DAY, JEAN WILSON, ESTELLE             :     **AMENDED COMPLAINT**
PIZZO, STUDIO AG, LLC, REMIGIO GUDIN,         :
and MIXED COMPANY, INC.,                      :
                                              :
                      Defendants.             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSEPH WAGNER, JEFFREY SMITH, DARREN :
ANDERECK, and JESSIE LOMMA,                   :
                                              :
                  Third-Party Plaintiffs,     :
                                              :
            vs.                               :
                                              :
GLENN LAKEN and ALEXIS LAKEN,                 :
                                              :
                  Third-Party Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    **REMIGIO GUDIN**, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of

perjury that the following is true and correct:

    1.    I am a defendant herein.  I am fully familiar with the facts and circumstances set

forth below.

    2.    I submit this Declaration in support of Defendants' motion to dismiss the First

Amended Complaint (the "Amended Complaint"), pursuant to Federal Rule of Civil Procedure

12(b)(6).

**I Was Employed by XA, The Experiential Agency, Inc. in 2014**

3.     In January 2014, XA, The Experiential Agency, Inc. ("XA") sponsored my application for an O-1 Visa.  In early April 2014, the Visa was approved.  XA employed me as an Art Director.  A copy of my W-2, which XA issued to me as its employee, is annexed hereto as **Exhibit "L."**

4.     While I was employed with XA, I never signed any employment handbook that contained a non-solicitation provision, or entered into any written employment or non-solicitation agreement.

5.     In its Amended Complaint, XA alleges that I am or was the boyfriend defendant Darren Andereck.  Not only does my private life have absolutely nothing to do with this lawsuit, the allegation happens to be false.

**WHEREFORE**, I respectfully request that this Court grant Defendants' motion to dismiss the First Amended Complaint.

Executed on August 7, 2015.

Remigio Gudin