Exhibit H

Feb 26 10 10:17a                                                                                              p.1

**Clark County Clerk's Office**
200 Lewis Avenue, 5th Floor
P. O. Box 551601
Las Vegas, NV 89155-1601
702-671-0500

Diana Alba
**COUNTY CLERK**                                         Receipt for Services

| Cashier | LEONRO | | | Batch # 517324 |
|---|---|---|---|---|
| | | | Date: 01/29/2010 | Time: 02:46:55PM |

Customer Name  XA, EXPERIENTIAL AGENCY, INC

| Date | Document Number | Document Type | | Pg/Amt |
|---|---|---|---|---|
| 1/29/2010 2:46:55PM | 2010012910001561-0 | FFN | | 1 |
| Party 1: XA, SCENES | | | Party 2: XA, EXPERIENTIAL AGENCY, INC | |
| | | FFN | Total: | 20.00 |
| | | Fee Total: | | 20.00 |
| CHECK | 17436484675 | Money Order | | 20.00 |
| | | | Payment Total: | 20.00 |

Transactions of $100.00 or less will incur a $5.00 service fee. Transactions greater than $100.00 will incur a 5% service fee.

# Certificate of Business: Fictitious Firm Name

Please Select One:
☐ New Application
☐ Renewal of existing name

**Please Print or Type**

The expiration date for such certificates shall be the last day of the sixtieth month from the date of filing.

The undersigned do/does hereby certify that __XA, Experiential Agency, Inc.__
                                              (Name of Individual, corporation, partnership or trust)
with mailing address of __5601 Biscayne Blvd__, __Miami__, __FL__, __33137__
                         (Mailing Address for notification of service at) (Street)   (City)   (State)   (Zip)
is/are conducting business in Clark County, Nevada, under the fictitious name of
__XA, Scenes.__
                  (Fictitious Firm Name) or (Doing Business As)
and that said firm is composed of the following person(s) whose name(s) and address(es) are as follows:

By signing below I do solemnly swear (or affirm), under penalty of perjury, that all statements made in this document are true.

(1) James Ennis   _President_                    _[signature]_           _4/25/10_
    Full Name and title (Type or Print)          Signature                Date
    5601 Biscayne Blvd                            Miami  FL 33137
    Street Address of Business or Residence      City, State, Zip

    _____                     _____
    Mailing Address, if different from above      City, State, Zip

(2) _____                     _____      _____
    Full Name and title (Type or Print)           Signature                Date

    _____                     _____
    Street Address of Business or Residence      City, State, Zip

    _____                     _____
    Mailing Address, if different from above      City, State, Zip

(3) _____                     _____      _____
    Full Name and title (Type or Print)           Signature                Date

    _____                     _____
    Street Address of Business or Residence      City, State, Zip

    _____                     _____
    Mailing Address, if different from above      City, State, Zip

(4) _____                     _____      _____
    Full Name and title (Type or Print)           Signature                Date

    _____                     _____
    Street Address of Business or Residence      City, State, Zip

    _____                     _____
    Mailing Address, if different from above      City, State, Zip

Mail to: Diana Alba, County Clerk, Attn. FFN, P.O. Box 551604, Las V  Diana Alba, County Clerk
Include: Filing Fee of $20.00 with the certificate plus 2 copies and a self-addr  01/29/2010 02:46:55 PM

# Certificate of Business: Fictitious Firm Name

**Please Select One:**
☐ New Application
☐ Renewal of existing name

**Please Print or Type**

The expiration date for such certificates shall be the last day of the sixtieth month from the date of filing.

The undersigned do/does hereby certify that __XA, Experiential Agency, Inc.__
(Name of individual, corporation, partnership or trust)

with mailing address of __5601 Biscayne Blvd__, __Miami__, __FL__, __33137__
(Mailing Address for notification of renewal) (Street)  (City)  (State)  (Zip)

is/are conducting business in Clark County, Nevada, under the fictitious name of
__XA, Scenes.__
(Fictitious Firm Name) or (Doing Business As)

and that said firm is composed of the following person(s) whose name(s) and address(es) are as follows:

By signing below I do solemnly swear (or affirm), under penalty of perjury, that all statements made in this document are true.

(1) James Ennis — President
Full Name and title (Type or Print)    Signature    Date: 1/25/10
5601 Biscayne, Blvd
Street Address of Business or Residence    Miami FL 33137
                                            City, State, Zip

Mailing Address, if different from above    City, State, Zip

(2) _____
Full Name and title (Type or Print)    Signature    Date

Street Address of Business or Residence    City, State, Zip

Mailing Address, if different from above    City, State, Zip

(3) _____
Full Name and title (Type or Print)    Signature    Date

Street Address of Business or Residence    City, State, Zip

Mailing Address, if different from above    City, State, Zip

(4) _____
Full Name and title (Type or Print)    Signature    Date

Street Address of Business or Residence    City, State, Zip

Mailing Address, if different from above    City, State, Zip

**Mail to:** Diana Alba, County Clerk, Attn. FFN, P.O. Box 551604, L...
**Include:** Filing Fee of $20.00 with the certificate plus 2 copies and a self...

Diana Alba, County Clerk
01/29/2010 02:46:55 PM

2010012910041001-0