Exhibit I



| | | | | |
|---|---|---|---|---|
| Home | Marketplaces | Market Activity | News | Services | Research | Learn |

| | OTC Market Totals | 9,842 Securities | $103.3M Dollar Volume | 655.3M Share Volume | 14,900 Trades |

Enter Symbol/Company Name
Company Directory | Stock Screener

- Quote
- Charts
- Company Profile
- **News**
- Financials
- Filings and Disclosure
- Short Sales
- Insider Disclosure
- Research Reports
- Videos and Presentations

CMGO  **CMG Holdings Group, Inc.**  **OTCPink**

Common Stock  
SEC Reporting - Current  
OTC Pink Current Information

**0.0013**  0.0003 (30.00%) at 9:30:00 EST  Real-Time Best Bid & Ask **0.001 / 0.0013** (1 x 1) Why is size 1?

  

$7 Online Stock Trades    $7 Online Stock Trades

## OTC Disclosure & News Service

No news items have been posted for CMGO

< Back



**Plans Exchange Offer For Shareholders [Market News Publishing (US)]**

CMG HOLDINGS INC

CMG HOLDINGS INC ("CMGO-L") - Plans Exchange Offer For Shareholders

CMG Holdings Group, Inc. announced a corporate restructuring designed to enhance stockholder value and allow the Company to pursue new growth initiatives. The Company's plan is intended to facilitate strategic mergers and acquisitions -- currently in various stages of negotiation and discussion -- while also attracting capital to support CMG's ongoing civil RICO (Racketeer Influenced and Corrupt Organizations) lawsuit against former employees seeking total damages of $20 million.

As part of the financial plan, CMG Holdings is creating a new class of series A preferred shares that will have first priority payout from any litigation settlement. The Company is currently in discussions with SEC counsel and investment bankers to launch an exchange offer for these series A preferred shares for publicly traded CMGO common shares. Under the anticipated program, which is expected to be launched as early as this summer, CMG's Board of Directors expects to authorize a total of 4 million series A preferred shares with a liquidation preference of $1 dollar per share, an annual dividend yield of 5% and a perpetual time horizon. Each series A share shall be exchanged for 50 common shares, which will subsequently be returned to treasury. If fully subscribed, including reserves for future dividends, this exchange program would reduce CMG's common shares outstanding by up to 175 million.

"We believe that this will reward those shareholders of ours that are most interested in the possible recovery from prior employees' alleged misconduct and at the same time significantly reduce the issued and outstanding shares," said Glenn Laken, Chairman and CEO of CMG, adding, "Management is committed to this effort and intends to convert all of its accrued compensation and money for expenses into the exchange offer. We are in discussions with numerous institutional investors to test the waters on our plan and the results have been encouraging thus far."

Safe Harbor Statement:

CMGO cautions that statements made in press releases constitute forward-looking statements, and make no guarantees of future performances and actual results/developments may differ materially from projections in forward-looking statements. Forward-looking statements are based on estimates and opinions of management at the time statements are made.

Investor Relations CMG Holdings Group, Inc. 773-698-6047

```
         (c)2015 Market News Publishing Inc.  All rights reserved.
Toronto:(416)366-8881     Vancouver:(604)689-1101     Fax:(604)689-1106

            © (c) 2015 Market News Publishing Inc.
```

[< Back]



352 Aldo Drive

$1,399,000

| Our Marketplaces | Market Info | Corporate Info | Sign up for the Newsletter |
|---|---|---|---|
| QX | Contact Us | About Us | OTCNews |
| QB | Advertising | Investor Relations | View Previous Newsletters |
| Pink | Market Hours/Holidays | Press Center | Follow Us: |
| | | Careers | |

© 2015 OTC Markets Group Inc.   Terms of Service   Linking Terms   Trademarks   Privacy Statement   Risk Warning   Site Map   Give Feedback   Supported Browsers       ↑ Jump to Top

OTC Link® ATS provided by OTC Link LLC, member FINRA / SIPC, a wholly owned subsidiary of OTC Markets Group Inc.
OTCQX, OTCQB and OTC Pink marketplaces designated by OTC Markets Group.