# Exhibit K

**Subject:** RE: Fiori XA / Studio AG
**Date:** Wednesday, June 3, 2009 10:30:50 AM ET
**From:** Estelle <estelle@studioagdesign.com>
**To:** Darren Andereck <darren@expagency.com>

I am sure I will talk to you today.

I hope you can forget this stuff for awhile and enjoy your trip. I hope the weather is perfect everyday! Be safe.
Thanks, Estelle

---

**From:** Darren Andereck
**Sent:** Tuesday, June 02, 2009 5:32 PM
**To:** Jean Wilson; Joe Wagner; Estelle
**Subject:** Fiori XA / Studio AG

A couple quick notes/comments regarding the creation of StudioAG:

**Fiori XA:**

- Fiori XA does not have Alice's Garden as a DBA.
- Customers make checks payable to "Alice's Garden" rather than Fiori XA as that is what is on their quickbooks invoice.
- Chase allows us to deposit checks made payable to "Alice's Garden" despite not having proof that AG is a DBA.
- All utilities, including phone are in the name of Fiori XA
  - It would be best from a sales perspective to leave the phone numbers the same. I suggest we just leave the bill as is and continue to pay with a StudioAG check. Thoughts?
- The van is titled under Fiori XA.
  - Should we sell the van, use the proceeds to pay down Fiori XA payables and buy a new used van under the StudioAG umbrella? I am concerned about using the current van once we establish the new company.
- Estelle and I have gone through the payables and there is not really any vendor that we can NOT pay as we need to maintain the relationships in order to successfully do business as StudioAG.

**StudioAG:**

- I suggest we name the corporation StudioAG and try to establish the DBA as Alice's Garden. This would allow for a very easy transition.