**PARTIAL SCHEDULE OF STOLEN PROPERTY AND COSTS**
From Incomplete "coded" Amex Statements
Recovered from XA's Restored Server
2013 - 2014 Only

| # | Amount | Description | Date |
|---|---|---|---|
| 1 | $ 11,235.90 | Manhattan Neon Sign. Signage and Print Displays | 5/14/2014 |
| 2 | $ 32,279.26 | DSA Prototech -Display Illuminators | 5/6/2014 |
| 3 | $ 7,744.00 | DSA Phototech -- Display Illuminators | 1/7/2014 |
| 4 | $ 2,877.60 | DSA Phototech -- Display Illuminators | 1/21/2014 |
| 5 | $ 5,574.00 | DSA Phototech -- Display Illuminators | 12/26/2013 |
| 6 | $ 3,209.60 | DSA Phototech -- Display Illuminators | 1/15/2013 |
| 7 | $ 1,874.00 | DSA Phototech -- Display Illuminators | 11/20/2013 |
| 8 | $ 1,391.92 | 9 foot Natural White Umbrella --Overstock.com | 4/30/2014 |
| 9 | $ 666.25 | Target --Metal Outdoor Cooler Cart | 4/25/2014 |
| 10 | Unknown | 2 Mac book Pro Computers, Three Mac Laptop Computers | |
| 11 | Unknown | New Verizon I Phones | 3/14/2014 |
| 12 | $ 2,372.71 | BNT Furniture | 4/2014 - 5/2014 |
| 13 | $ 1,711.35 | BNT Furniture | 4/2012 - 5/2014 |
| 14 | $ 5,712.09 | BNT Furniture | 4/2014 - 5/2014 |
| 15 | $ 4,213.22 | BNT Furniture USA | 4/2014 - 5/2014 |
| 16 | $ 1,050.65 | Cashmere Pillow Covers --Restoration Hardware | 4/21/2014 |
| 17 | $ 66.44 | Waring Bar Blender Overstock.com | 4/27/2013 |
| 18 | $ 2,522.43 | Various Lights and a Flatiron Bar -- Restoration Hardware | 2/17/2013 |
| 19 | $ 750.00 | The other half of Colleen Mohan's kitchen countertopsC&B Marble Missing | 4/26/2014 |
| 20 | $ 3,329.40 | Lighting By Gregory 4/14 -- The lights purchased by XA installed by Remigio Gudin in Hudson Gray's office (we have pictures from Remigio's phone showing the installation) | 4/14/2014 |
| 21 | $ 1,521.50 | Lumens 4/14 - Missing lights (Caravaggio Pendant sent to Hudson Gray) | 4/14/2014 |
| 22 | $ 1,424.18 | Horchow Collection -- Stolen Furnishings | 4/22/2014 |
| 23 | $ 1,358.74 | Ikea -- Stolen Furnishings | 5/7/2014 |
| 24 | $ 752.50 | Stickbulb LLC Stolen Lights | 4/22/2014 |
| 25 | $ 3,193.00 | Staples -- Stolen Office Supplies | 5/1/2014 |
| 26 | $ 3,095.59 | I Tunes We don't know that this is but we don't have it | 4/30/2014 |
| 27 | $ 1,802.00 | Tiemart | 4/25/2014 |
| 28 | $ 1,285.07 | Wayfair -- Stolen Furnishings | 4/23/2014 |
| 29 | $ 1,286.70 | Iberia – Plane ticket for Remigio | 4/15/2014 |
| 30 | $ 785.18 | Overstock.com Missing merchandise | 4/14/2014 |
| 31 | $ 566.30 | Don't know what this is. Bed Bath & Beyond Missing | 4/2014 |
| 32 | $ 3,250.37 | Lightology -- Cirrus Channel Suspension Lamps for Hudson Gray | 3/25/2014 |
| 33 | $ 3,050.00 | Brickell Collection -- Missing furnishings | 5/9/2014 |
| 34 | $ 934.15 | Container Store | 5/5/2014 |
| 35 | $ 796.95 | Vasesource -- Missing Vases | 5/5/2014 |
| 36 | $ 1,716.45 | Pedestal Source | 1/8/2014 |
| 37 | $ 12,000.00 | Viva Task - Missing chairs – now at Hudson Gray | |
| 38 | $ 3,568.76 | West Elm Commerce -- Home Furnishings | 4/18/2013 |

| # | $ | Amount | Description | Date |
|---|---|---:|---|---:|
| 39 | $ | 3,838.94 | Restoration Hardware | 3/25/2013 |
| 40 | $ | 537.37 | Blu Dot Design (furniture) | 4/10/2013 |
| 41 | $ | 559.26 | The Container Store | 4/9/2013 |
| 42 | $ | 304.84 | Molton Brown New York | 3/27/2013 |
| 43 | $ | 1,284.51 | The Shade Store | 5/2/2013 |
| 44 | $ | 366.00 | Top Man.com | 5/2/2013 |
| 45 | $ | 510.00 | Top Man.com | 5/2/2013 |
| 46 | $ | 510.00 | Top Man.com | 5/2/2013 |
| 47 | $ | 707.70 | Restoration Hardware | 4/29/2013 |
| 48 | $ | 526.68 | Crate and Barrel | 4/25/2013 |
| 49 | $ | 1,440.00 | Top Shop | 5/3/2013 |
| 50 | $ | 2,299.90 | Overstock.com Notation: Furniture | 4/22/2013 |
| 51 | $ | 230.59 | X2 Restoration Hardware | 3/7/2013 |
| 52 | $ | 230.59 | Same as above | 3/7/2013 |
| 53 | $ | 1,088.11 | Restoration Hardware | 2/22/2013 |
| 54 | $ | 1,979.79 | Restoration Hardware | 2/21/2013 |
| 55 | $ | 288.52 | Restoration Hardware | 3/13/2013 |
| 56 | $ | 1,204.93 | Converse Inc. | 3/1/2013 |
| 57 | $ | 1,329.05 | Y Living (Furniture) | 7/9/2013 |
| 58 | $ | 609.68 | Metro Bicycle Store -- "Bike for Remi" (Gudin) | 6/2/2013 |
| 59 | $ | 170.80 | Banana Republic | 10/19/2013 |
| 60 | $ | 701.94 | Overstock.com | 7/13/2013 |
| 61 | $ | 3,143.56 | Brooks Brothers | 10/18/2013 |
| 62 | $ | 643.10 | West Elm E-Commerce -- Home Furnishings | 10/10/2013 |
| 63 | $ | 3,350.00 | Steven Kratchman Arc NY -- Interior Designer | 3/25/2013 |
| 64 | $ | 5,191.20 | Allseating - Notation: New Office Chairs (reimbursement to Andereck by XA by Wilson | 1/22/2014 |
| 65 | $ | 389.77 | Crate and Barrel | 2/18/2014 |
| 66 | $ | 1,300.00 | Zappos.com | 2/14/2014 |
| 67 | $ | 219.00 | Nordstrom Direct | 2/15/2014 |
| 68 | $ | 513.87 | West Elm E-Commerce -- Home Furnishings | 2/7/2014 |
| 69 | $ | 2,104.66 | Pedestal Source | 1/7/2014 |
| 70 | $ | 261.60 | Zappos.com | 1/10/2014 |
| 71 | $ | 1,215.35 | Zappos.com | 1/6/2014 |
| 72 | $ | 854.22 | Brooks Brothers | 12/28/2013 |
| 73 | $ | 817.50 | Zappos.com | 12/26/2013 |
| 74 | $ | 520.13 | Ikea | 1/13/2014 |
| 75 | $ | 1,964.75 | Pedestal Source | 3/13/2014 |
| 76 | $ | 159.95 | Vans.com | 3/19/2014 |
| 77 | $ | 1,293.23 | Ikea | 3/17/2014 |
| 78 | $ | 915.08 | West Elm E-Commerce -- Home Furnishings | 3/17/2014 |
| 79 | $ | 800.00 | Clif Family Winery | 3/14/2014 |
| 80 | $ | 300.00 | Converse #60 NY | 3/14/2014 |
| 81 | $ | 667.62 | West Elm 0861 NY | 3/14/2014 |
| 82 | $ | 1,271.06 | Crate and Barrel - Naperville Illinois | 3/13/2014 |
| 83 | $ | 1,061.54 | Crate and Barrel - Naperville Illinois | 3/11/2014 |
| 84 | $ | 2,000.00 | Sheds Unlimited | 3/11/2014 |

| # | Amount | Description | Date |
|---|---:|---|---:|
| 85 | $ 1,000.00 | Chartlon Cleaners | 2/28/2014 |
| 86 | $ 519.12 | West Elm NY | 3/3/2014 |
| 87 | $ 1,198.00 | Killerspin (ping pong table) | 4/18/2014 |
| 88 | $ 1,358.74 | Ikea | 5/7/2014 |
| 89 | $ 1,000.00 | ASI Kickstarter -- Lomma bribe to SFD fabricator to "keep him on our side" -- Donation to his Dinosaur Project. | 5/18/2014 |
| 90 | $ 938.39 | Crate and Barrel Web | 11/12/2013 |
| 61 | $ 3,264.07 | Apple Online | 11/13/2013 |
| 92 | $ 822.88 | Apple Store 250 | 11/13/2013 |
| 93 | $ 426.00 | Lands End Internet | 11/11/2013 |
| 94 | $ 457.80 | Loews | 11/11/2013 |
| 95 | $ 2,413.04 | Lands End Internet | 10/16/2013 |
| 96 | $ 1,306.49 | Best Buy | 9/13/2013 |
| 97 | $ 575.47 | Shades Shutters and Blinds | 9/4/2013 |
| 98 | $ 2,532.52 | HBIC Tech LLC | 1/30/2014 |
| 99 | $ 333.63 | Jockey.com | 2/28/2013 |
| 100 | $ 496.80 | United Airlines -- Ticket for Remigio to Houston | 11/6/2013 |
| 101 | $ 349.50 | J Crew | 11/12/2013 |
| 102 | $ 182.42 | Urban Outfitters | 11/12/2013 |
| 103 | $ 1,207.45 | Room and Board (Furniture) | 10/26/2013 |
| 104 | $ 231.91 | Everywhere Chair | 2/17/2014 |
| 105 | $ 637.55 | Everywhere Chair | 2/27/2014 |
| 106 | $ 389.77 | Crate and Barrel | 2/18/2014 |
| 107 | $ 634.00 | Brooks Brothers | 2/2014 |
| 108 | $ 179.64 | Etsy.com | 1/24/2014 |
| 109 | $ 2,874.30 | Seating Solutions | 5/14/2014 |
| 110 | $ 280.90 | CB2 Soho | 5/11/2014 |
| 111 | $ 2,360.00 | Netmetchek Vector World | 5/5/2014 |
| 112 | $ 5,965.74 | Studio Instrument Renew NY | 5/14/2014 |
| 113 | $ 308.80 | Studio Instrument Renew NY | 5/8/2014 |
| 114 | $ 451.50 | The Container Store | 5/8/2014 |
| 115 | $ 937.31 | Emma Worldwide - A charity | 5/8/2014 |
| 116 | $ 1,014.17 | The Container Store | 5/6/2014 |
| 117 | $ 2,244.00 | Eagle Mat & Floor | 5/2/2014 |
| 118 | $ 1,579.82 | Staples | 5/2/2014 |
| 119 | $ 3,193.00 | Orbitz Chicago | 4/30/2014 |
| 120 | $ 1,127.50 | The Tie Bar | 4/30/2014 |
| 121 | $ 2,187.50 | Emma Worldwide - A charity | 4/25/2014 |
| 122 | $ 2,099.96 | Karazona CD of NY | 4/24/2014 |
| 123 | $ 1,285.07 | Wayfair | 4/23/2014 |
| 124 | $ 890.60 | CB2 Soho | 4/22/2014 |
| | $ 233,900.01 | | |