UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CMG HOLDINGS GROUP, INC., as successor to XA THE EXPERIENTIAL AGENCY, INC., | Civil Action No.: 15-cv-05814-JPO |
| Plaintiff, | |
| vs. | **DECLARATION OF JEAN WILSON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| JOSEPH WAGNER, HUDSON GRAY LLC, DARREN ANDERECK, JESSIE LOMMA, MICHAEL DAY, JEAN WILSON, ESTELLE PIZZO, STUDIO AG, LLC, REMIGIO GUDIN, and MIXED COMPANY, INC., | |
| Defendants. | |
| JOSEPH WAGNER, JEFFREY SMITH, DARREN ANDERECK, and JESSIE LOMMA, | |
| Third-Party Plaintiffs, | |
| vs. | |
| GLENN LAKEN and ALEXIS LAKEN, | |
| Third-Party Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JEAN WILSON**, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury that the following is true and correct:

1. I am a defendant herein and am the Chief Operating Officer of defendant HudsonGray, Inc. I am fully familiar with the facts and circumstances set forth below.

2. I submit this Declaration in support of Defendants' motion to dismiss the Second Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6).

{11124303:1}

**No Agreement With XA**

3.  While I was employed with XA, I never signed any employment handbook that contained a non-solicitation provision, or entered into any written employment or non-solicitation agreement.

**WHEREFORE**, I respectfully request that this Court grant Defendants' motion to dismiss the Second Amended Complaint.

Executed on September 13, 2015.

_____
Jean Wilson