UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CMG HOLDINGS GROUP, as successor to XA
THE EXPERIMENTAL AGENCY, INC.,

                      Plaintiff

        v.                                               1:15-cv-05814-JPO

WAGNER, et al.

                      Defendants.
-----------------------------------------------------------X

## MOTION TO WITHDRAW APPEARANCE OF ROBERT H. RICKNER

Upon the accompanying affirmation of Robert H. Rickner, the undersigned respectfully moves this Court to withdraw the appearance of Robert H. Rickner.

Dated: July 12, 2016
       New York, New York

EATON & VAN WINKLE LLP

*/s/ Robert H. Rickner*
Robert H. Rickner
3 Park Avenue, 16th Floor
New York, New York 10016
(212) 779-9910