UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
CMG HOLDINGS GROUP, INC.,

          Plaintiff(s),

-against-

JOSEPH WAGNER, et al,

          Defendant(s).
--------------------------------------------------------X

Case No. 15-CV-05814-JPO

AFFIDAVIT OF SERVICE

STATE OF ILLINOIS)
                    S.S.:
COUNTY OF COOK )

        LEWIS ELLIS, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 7th day of March, 2017, at approximately 1:20 PM, deponent served a true copy of the SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION upon Parkway Bank at 22 W. 555 Butterfield Road, Glen Ellyn, Illinois, by personally delivering and leaving the same with Anthony Stevens, Assistant Branch Manager, who informed deponent that he is an agent authorized by appointment to receive service at that address.

        Anthony Stevens is a white male, approximately 40 years of age, weighs approximately 200 pounds with black hair and was seated.

_____
LEWIS ELLIS

Sworn to before me this
8th day of March, 2017

_____
NOTARY PUBLIC

OFFICIAL SEAL
EDWARD JANISZEWSKI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/27/20

155661

Metro Attorney Service Inc. 305 Broadway 9th Floor New York New York 10007 212.822.1421 NYC DCA# 1320502