UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CMG HOLDINGS GROUP, INC.,
                      Plaintiff,

-v-

JOSEPH WAGNER, *et al.*,
                      Defendants.

15-CV-5814 (JPO)

REVISED SCHEDULING ORDER

J. PAUL OETKEN, District Judge:

Having reviewed the parties' letters (Dkt Nos. 54–55), the Court hereby adjourns the deadlines set forth in the Scheduling Order dated October 20, 2016 (Dkt. No. 45), and adopts the following Revised Scheduling Order:

- Case management conference: <u>April 3, 2018, at 10:00 a.m.</u>
- Parties to attend private mediation by: May 14, 2018
- Plaintiff's expert disclosures: May 9, 2018
- Defendants' expert disclosures: June 8, 2018
- All fact discovery completed: March 29, 2018
- Depositions completed: March 29, 2018
- Expert discovery completed: May 14, 2018
- Ready for trial: August 7, 2018

Any motion for leave to amend the complaint will require leave of the Court. The Court will consider any such motion under the governing legal standard.

The Clerk of Court is directed to close the motion at Docket Number 54.

SO ORDERED.

Dated: August 25, 2017
       New York, New York

_____
J. PAUL OETKEN
United States District Judge