UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

CMG HOLDINGS GROUP, INC., etc., Plaintiff,

Case No. 15-cv-05814-JPO

-against-

JOSEPH WAGNER, et al., Defendant.
-----------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Seth M. Lehrman
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is FL 132896

I am,

☐ An attorney
☐ A Government Agency attorney
☑ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:  FIRM NAME: Farmer, Jaffe, Weissing Edwards, Fistos & Lehrman, P.L.
FIRM ADDRESS: 425 N. Andrews Ave., Ste 2, Ft. Lauderdale, FL 33301
FIRM TELEPHONE NUMBER: 954-524-2820
FIRM FAX NUMBER: 954-524-2822

NEW FIRM:  FIRM NAME: Edwards Pottinger LLC
FIRM ADDRESS: 425 N. Andrews Ave., Ste 2, Ft. Lauderdale, FL 33301
FIRM TELEPHONE NUMBER: 954-524-2820
FIRM FAX NUMBER: 954-524-2822

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 1/18/2018

/s/ Seth M. Lehrman
_____
ATTORNEY'S SIGNATURE