UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CMG HOLDINGS GROUP, INC.,

                Plaintiff,

-v-

JOSEPH WAGNER, *et al.*,

                Defendants.

15-CV-5814 (JPO)

REVISED SCHEDULING ORDER

J. PAUL OETKEN, District Judge:

      The Court hereby adjourns the deadlines set forth in the Revised Scheduling Order dated August 25, 2017 (Dkt. No. 60), and the conference currently scheduled for April 3, 2018, and adopts the following Revised Scheduling Order:

- Case management conference: July 11, 2018, at 10:30 a.m.
- Parties to attend private mediation by: May 14, 2018
- Depositions completed: June 29, 2018
- All fact discovery completed: June 29, 2018
- Plaintiff's expert disclosures: August 9, 2018
- Defendants' expert disclosures: September 7, 2018
- Expert discovery completed: October 8, 2018

No further extensions will be granted absent extraordinary circumstances.

      SO ORDERED.

Dated: January 26, 2018
       New York, New York

                                          J. PAUL OETKEN
                                          United States District Judge