UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CMG HOLDINGS GROUP, as successor to
XA THE EXPERIENTIAL AGENCY, INC.,

                          Plaintiff,

vs.

JOSEPH WAGNER, HUDSON GRAY LLC,
DARREN ANDERECK, JESSIE LOMMA,
MICHAEL DAY, JEAN WILSON, ESTELLE
PIZZO, STUDIO AG, LLC, REMIGIO GUDIN,
and MIXED COMPANY, INC.,

                         Defendants.
------------------------------------------------------------X

Civil Action No.: 15-cv-05814-JPO

**STIPULATION FOR
SUBSTITUTION OF COUNSEL**

IT IS HEREBY stipulated and agreed by and between the undersigned and pursuant to Local Rule 1.4, that the law firm Edwards Pottinger LLC, who is currently serving as counsel to Plaintiff CMG Holdings Group, Inc. as assignee of XA, the Experiential Agency, Inc., shall be substituted in place of the law firm Boies Schiller Flexner LLP, as lead counsel and that Boies Schiller Flexner LLP shall have no further responsibility for representation in this matter and withdraws as counsel for Plaintiff.

IT IS FURTHER stipulated and agreed by and between the undersigned that Boies Schiller Flexner LLP is not asserting any charging or retaining lien.

A supporting declaration is attached hereto pursuant to Local Rule 1.4.


PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter should be served upon the following counsel:

Bradley J. Edwards (brad@epllc.com)
Seth M. Lehrman (seth@epllc.com)
EDWARDS POTTINGER LLC
425 N. Andrews Ave., Ste 2
Fort Lauderdale, FL 33301
Tel: (954) 524-2820
Fax: (954) 524-2822

Dated: February 2, 2018

BOIES SCHILLER FLEXNER LLP

*/s/ David Boies*

David Boies
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
Email: dboies@bsfllp.com

*Outgoing Lead Attorney for CMG Holdings Group, Inc.*

Respectfully submitted,

EDWARDS POTTINGER LLC

*/s/ Bradley J. Edwards*

Bradley J. Edwards
Seth M. Lehrman
425 N. Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
Telephone: (954) 524-2820
Facsimile:   (954) 524-2822
Email: brad@epllc.com
Email: seth@epllc.com

*Incoming Lead Attorneys for CMG Holdings Group, Inc.*

SO ORDERED

February 2, 2018

*/s/ J. Paul Oetken*

J. PAUL OETKEN
United States District Judge

AUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CMG HOLDINGS GROUP, as successor to :
XA THE EXPERIENTIAL AGENCY, INC., :
                                                            : Civil Action No. 15-cv-05814-JPO
                                                            :
                          Plaintiff, :
                                                            :
                            vs. : **DECLARATION PURSUANT TO**
                                                            : **LOCAL CIVIL RULE 1.4**
JOSEPH WAGNER, HUDSON GRAY LLC, :
DARREN ANDERECK, JESSIE LOMMA, :
MICHAEL DAY, JEAN WILSON, ESTELLE :
PIZZO, STUDIO AG, LLC, REMIGIO GUDIN, :
and MIXED COMPANY, INC., :
                                                            :
                          Defendants. :
------------------------------------------------------------X

       SETH LEHRMAN declares as follows:

       1.     I am an attorney admitted to practice before the courts of the State of Florida and California, the United States District Courts for the Southern, Middle, and Northern District of Florida and the Central and Northern Districts of California. I have been admitted pro hac vice in the above-captioned matter. I am a partner of the law firm Edwards Pottinger LLC.

       2.     I respectfully submit this declaration, pursuant to Local Rule 1.4 of the United States District Court for the Southern District of New York, in support of the stipulation and order substituting Edwards Pottinger LLC as lead counsel for Plaintiff CMG Holdings Group, Inc. as assignee of XA, the Experiential Agency, Inc. in the above-captioned matter.

       3.     On January 26, 2018, the Court entered a Revised Scheduling Order [Dkt. 70]. However, the current action has not been set for trial. The withdrawing attorneys, Boies Schiller Flexner LLP, are not asserting a charging or retaining lien.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the forgoing is true and correct.

Dated: 2/2/2018

_____
Seth Lehrman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CMG HOLDINGS GROUP, as successor to
XA THE EXPERIENTIAL AGENCY, INC.,

                              Civil Action No. 15-cv-05814-JPO

                Plaintiff,

                vs.                            **AFFIDAVIT OF SERVICE**

JOSEPH WAGNER, HUDSON GRAY LLC,
DARREN ANDERECK, JESSIE LOMMA,
MICHAEL DAY, JEAN WILSON, ESTELLE
PIZZO, STUDIO AG, LLC, REMIGIO GUDIN,
and MIXED COMPANY, INC.,

                Defendants.
-------------------------------------------------------------X

      SETH LEHRMAN declares as follows:

1.      I am an attorney admitted to practice before the courts of the State of Florida and California, the United States District Courts for the Southern, Middle, and Northern District of Florida, and the Central and Northern Districts of California. I have been admitted pro hac vice in the above-captioned matter. I am a partner of the law firm Edwards Pottinger LLC.

2.      On February 2, 2018, I caused to be served true and correct copies of the accompanying Stipulation for Substitution of Counsel and Declaration Pursuant to Local Civil Rule 1.4 via electronic transmission to the following email addresses listed below:

1

Scott R. Matthews, Esq.
smatthews@windelsmarx.com
James Tracy, Esq.
jtracy@windelsmarx.com
WINDELS, MARX, LANE & MITTENDORF LLP
156 West 56th Street
New York, New York 10019
*Attorneys for Defendants*

David Boies, Esq.
dboies@bsfllp.com
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
*Outgoing Lead Counsel for Plaintiff*

Glenn Laken
glennbrlaken@gmail.com
CMG HOLDINGS GROUP, INC.
2130 North Lincoln Park West
Chicago, Illinois 60614
*Plaintiff*

      Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the forgoing is true and correct.

Dated: 2/2/2018

                                                      Seth Lehrman

2