UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CMG HOLDINGS GROUP, INC.,
                      Plaintiff,

        -v-

JOSEPH WAGNER, *et al.*,
                      Defendants.

15-CV-5814 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Both parties have written to the Court raising various discovery issues. (Dkt. Nos. 78–81.) Defendants' request for a conference is GRANTED, and Plaintiff's request for an order compelling production is DENIED without prejudice to renewal.

    Counsel for all parties are directed to appear in person for a conference with the Court on April 5, 2018, at 11:30 a.m.

    The Clerk of Court is directed to close the motions at Docket Numbers 78 and 80.

    SO ORDERED.

Dated: March 26, 2018
       New York, New York

_____
J. PAUL OETKEN
United States District Judge