UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CMG HOLDINGS GROUP, INC.,
                        Plaintiff,

              -v-

JOSEPH WAGNER, *et al.*,
                        Defendants.

15-CV-5814 (JPO)

SCHEDULING ORDER

J. PAUL OETKEN, District Judge:

    The Court hereby lifts the stay of discovery in this matter. The following schedule is hereby imposed:

- Status conference: <u>October 26, 2018, at 12:15 p.m.</u>
- Document discovery completed: September 14, 2018
- Depositions completed: October 19, 2018
- All fact discovery completed: October 19, 2018
- Plaintiff's expert disclosures: October 30, 2018
- Defendants' expert disclosures: November 30, 2018
- Expert discovery completed: December 31, 2018

No extensions will be granted absent extraordinary circumstances.

    SO ORDERED.

Dated: July 31, 2018
       New York, New York

_____
J. PAUL OETKEN
United States District Judge