Exhibit B

5/11/18, 8:42 AM

# Transaction History

| Transactions | Check Summary | Deposit Summary | Categories | Reports |

**Account:** Individual Brokerage -6701
**Transaction:** All Types   **Show:** ☑ Non-Cash Transactions ☐ Sweep Activities
**Time Period:** Last 30 days   From: ___ - To: ___

**Individual Broke... - 6701**
Avail. for Withdrawal  $21,291.67
Avail. Cash  $21,291.67
Avail. on Margin  $0.00
Pending for the next 7 days
Scheduled Transfers  $0.00
May 11, 2018 9:41:34 AM ET

| Date | Type | Description (show categories) | Amount ($) |
|---|---|---|---|
| 05/10/18 | Sold | 10,000 of CMGO @ $0.0061 (Order #203) | 54.85 |
| 05/10/18 | Sold | 490,000 of CMGO @ $0.006 | 2,933.98 |
| 05/10/18 | Sold | 500,000 of CMGO @ $0.0051 | 2,539.04 |
| 05/10/18 | Sold | 500,000 of CMGO @ $0.0038 (Order #201) | 1,889.05 |
| 05/10/18 | Sold | 500,000 of CMGO @ $0.0055 | 2,739.03 |
| 05/10/18 | Sold | 500,000 of CMGO @ $0.0075 | 3,739.01 |
| 05/10/18 | Sold | 490,000 of CMGO @ $0.007 (Order #207) | 3,423.97 |
| 05/10/18 | Sold | 10,000 of CMGO @ $0.0071 | 65.25 |
| 05/10/18 | Sold | 133,000 of CMGO @ $0.0064 (Order #206) | 840.28 |
| 05/10/18 | Sold | 300,000 of CMGO @ $0.0062 (Order #205) | 1,849.05 |
| 05/10/18 | Sold | 10,000 of CMGO @ $0.0057 | 51.25 |
| 05/10/18 | Sold | 450,000 of CMGO @ $0.0055 (Order #204) | 2,468.99 |
| 05/10/18 | Sold | 40,000 of CMGO @ $0.0057 (Order #204) | 223.23 |