**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CMG HOLDINGS GROUP, INC. as assignee of
XA THE EXPERIENTIAL AGENCY, INC.,                    :        Civil Action No.: 15-cv-05814- JPO

        Plaintiff,                                :

                              :

      -against-                                    :        NOTICE OF APPEARANCE

                              :

JOSEPH WAGNER, HUDSON GRAY LLC,
DARREN ANDERECK, JESSIE LOMMA,                       :
MICHAEL DAY, JEAN WILSON, ESTELLE
PIZZO, STUDIO AG, LLC, REMIGIO GUDIN,   :
and MIXED COMPANY, INC.,

                              :

        Defendants.

---

PLEASE TAKE NOTICE   that   David S. Stone, of the law firm STONE &
MAGNANINI LLP, 100 Connell Drive, Suite 2200, Berkeley Heights, New Jersey, 07922,
hereby enters an appearance as attorney of record for Plaintiff CMG Holdings Group, Inc. as
assignee of XA the Experiential Agency, Inc., in the above-captioned matter, and requests that
the Court, and all parties serve all pleadings, notices, orders, correspondence and other papers in
connection with this action to me through its electronic filing system and/ or at the address
below.

I hereby certify that I am admitted to practice before this Court. I understand that if my
address or e-mail address changes, I must immediately notify the Court and all parties.

1

Dated: August 24, 2018                          **STONE & MAGNANINI, LLP**


By:    /s/ David S. Stone
                David S. Stone

                100 Connell Drive, Suite 2200
                Berkeley Heights, New Jersey 07922
                Tel: (973) 218-1111
                Fax: (973) 218-1106
                dstone@stonemagnalaw.com

                *Attorneys for Plaintiff*
                *CMG Holdings Group, Inc.*
                *as assignee of XA the*
                *Experiential Agency, Inc.*

## CERTIFICATE OF SERVICE

I, David S. Stone, hereby certify that on August 24, 2018 the foregoing Notice of Appearance was filed with the Court and served electronically upon all counsel of record through the Court's ECF system.

s/ David S. Stone