**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CMG HOLDINGS GROUP, INC. as assignee of
XA THE EXPERIENTIAL AGENCY, INC.,      :     Civil Action No.: 15-cv-05814- JPO

       Plaintiff,      :

                         :

     -against-      :     NOTICE OF APPEARANCE

                         :

JOSEPH WAGNER, HUDSON GRAY LLC,
DARREN ANDERECK, JESSIE LOMMA,     :
MICHAEL DAY, JEAN WILSON, ESTELLE
PIZZO, STUDIO AG, LLC, REMIGIO GUDIN,   :
and MIXED COMPANY, INC.,

                         :

       Defendants.

---

    PLEASE TAKE NOTICE that Julio C. Gomez, of the law firm STONE & MAGNANINI LLP, 100 Connell Drive, Suite 2200, Berkeley Heights, New Jersey, 07922, hereby enters an appearance as attorney of record for Plaintiff CMG Holdings Group, Inc. as assignee of XA the Experiential Agency, Inc., in the above-captioned matter, and requests that the Court, and all parties serve all pleadings, notices, orders, correspondence and other papers in connection with this action to me through its electronic filing system and/ or at the address below.

    I hereby certify that I am admitted to practice before this Court. I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

1

Dated: August 24, 2018                    **STONE & MAGNANINI, LLP**


                                          By:    /s/ Julio C. Gomez
                                                  Julio C. Gomez

                                          100 Connell Drive, Suite 2200
                                          Berkeley Heights, New Jersey 07922
                                          Tel: (973) 218-1111
                                          Fax: (973) 218-1106
                                          jgomez@stonemagnalaw.com

                                          *Attorneys for Plaintiff*
                                          *CMG Holdings Group, Inc.*
                                          *as assignee of XA the*
                                          *Experiential Agency, Inc.*

2

## CERTIFICATE OF SERVICE

I, Julio C. Gomez, hereby certify that on August 24, 2018 the foregoing Notice of Appearance was filed with the Court and served electronically upon all counsel of record through the Court's ECF system.

s/ Julio C. Gomez