UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CMG HOLDINGS GROUP, INC.,
                    Plaintiff,

        -v-

JOSEPH WAGNER, et al.,
                    Defendants.

15-CV-5814 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has considered the parties' letters of October 15, 2018 and October 17, 2018 addressing their discovery dispute. (Dkt. Nos. 118, 119.) Plaintiff/Third-Party Defendants' request for a protective order is hereby denied. Their alternative requests for cost sharing and a 45-day extension of the discovery period are also denied. Their motion for a conference to resolve discovery dispute is denied as moot.

    Plaintiff/Third-Party Defendants shall produce the mirror images of hard drives, USBs and servers requested by Defendants and comply with any other outstanding discovery requests on or before October 26, 2018.

    The previously scheduled status conference on October 26, 2018 is hereby adjourned to November 27, 2018 at 11:00 a.m.

    The Clerk of Court is directed to close the motion at Docket Number 118.

    SO ORDERED.

Dated: October 19, 2018
       New York, New York

_____
J. PAUL OETKEN
United States District Judge