UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CMG HOLDINGS GROUP,

                    Plaintiff,

-v-

JOSEPH WAGNER, et al.,

                    Defendants.

15-CV-5814 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The previously scheduled status conference on November 27, 2018 at 11:00 a.m. is hereby adjourned to November 27, 2018 at 3:00 p.m.

    SO ORDERED.

Dated: October 30, 2018
       New York, New York

                                              J. PAUL OETKEN
                                          United States District Judge