UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CMG HOLDINGS GROUP, as successor to　　　　　Civil Action No.: 15-cv-05814-JPO
XA THE EXPERIENTIAL AGENCY, INC.,

　　　　　　　　　Plaintiff,

vs.

JOSEPH WAGNER, HUDSON GRAY LLC,　　　　　STIPULATION
DARREN ANDERECK, JESSIE LOMMA,
MICHAEL DAY, JEAN WILSON, ESTELLE
PIZZO, STUDIO AG, LLC, REMIGIO GUDIN,
and MIXED COMPANY, INC.,

　　　　　　　　　Defendants.
-----------------------------------------------------------------X
JOSEPH WAGNER, JEFFREY SMITH,
DARREN ANDERECK, and JESSE LOMMA.

　　　　　　　　　Third-Party Plaintiffs,

vs.

GLENN LAKEN and ALEXIS LAKEN,

　　　　　　　　　Third-Party Defendants.
-----------------------------------------------------------------X

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED,** by and between the attorneys for the respective parties, as follows:

1.　　Hudson Gray, Inc., a Delaware corporation, is added as a party-defendant in the place and stead of Hudson Gray, LLC which was improperly named, and that the answer to the Second Amended Complaint filed and served by Hudson Gray, LLC shall be regarded as having been interposed from inception by Hudson Gray, Inc. Hudson Gray, LLC shall be dismissed without prejudice.

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

2. This Stipulation may be executed in any number of counterparts by fax or electronic signatures, which shall be deemed an original for all purposes, and that this Stipulation may be filed with the Court without further notice to any party.

Dated: New York, New York
November 6, 2018

**WINDELS MARX LANE & MITTENDORF, LLP**

By: _____
Scott R. Matthews, Esq.
156 West 56th Street
New York, New York 10019
Tel.: (212) 237-1025
*Attorneys for Defendants and Third Party Plaintiffs*

**PECKAR & ABRAMSON, P.C.**

By: _____
Kevin J. O'Connor, Esq.
1325 Avenue of the Americas, 10th Fl
New York, New York 10019
Tel.: (212) 382-0909
*Attorneys for Plaintiff and Third Party Defendants*

So ordered.
11/7/18

_____
J. PAUL OETKEN
United States District Judge