Exhibit A



Creative IT Consulting, LLC
316 Cromwell CT
Westmont, IL  60559-2687

# Invoice

| Date | Invoice # |
|------|-----------|
| 01/31/2013 | 1765 |

| Terms | Due Date |
|-------|----------|
| Due on receipt | 01/31/2013 |

**Bill To**

Jean Wilson
The Experiential Agency
875 N. Michigan Ave.
Suite 2626
Chicago, IL  60611

| Amount Due | Enclosed |
|------------|----------|
| $2,964.99 | |

Please detach top portion and return with your payment.

| Date | Account Summary | Amount |
|------|-----------------|--------|
| 12/31/2012 | Balance Forward | $3,059.26 |
| 01/19/2013 | Payment received | -3,059.26 |
| | New charges (see details below) | 2,964.99 |
| | Total Amount Due | $2,964.99 |

| Date | Activity | # of Hours | Rate | Amount |
|------|----------|------------|------|--------|
| 01/09/2013 | -Dawn:  access to estelle qb on office pc.  Printer setup on terminal server to home pc<br>-Meeting with Jason White:  Jason did now show up, so we had the meeting with just Jean and I.<br>-Sophia email stuck in phone outbox:  Resolved her phone issue<br>-Started to work on Alternate location for temporary server setup (co-location setup).<br>-New Intern Brook: Created the server account over the weekend, and made local PC profile adjustments on the pc.<br>-Jessie:  Contacted user to remind the deadline for domain purchase, email setup, website setup for   usaupfront2013 - David Tuma | 5:00 | 125.00 | 625.00 |
| 01/09/2013 | Jason did not show up, so we had the meeting with just Jean<br>Started to work on Alternate location for temporary server setup (co-location setup). - Adam Owens | 5:00 | 50.00 | 250.00 |
| | Continue to the next page. | | | |

CREATIVE IT - 00049

| Date | Activity | # of Hours | Rate | Amount |
|---|---|---|---|---|
| 01/16/2013 | -Server Maintenance: Backups, Event logs, HD Space, etc.  Had to modify backup jobs because all data was not fitting on the 1TB cartridge anymore.<br>-External drive:  Gave one to Amanda so that she could start offloading media.  Gave the other to Jean for later use.<br>-Contacted Jessie to remind her about   usaupfront2013   and my availability.<br>-Catherine:  Troubleshot her phone.  Contacted ATT tech support     they re-provisioned her phone with the tower, and we also noticed that her device NEVER gets more than 2 bars of signal.  This could be an indication of a   broken device  .<br>-Robin: Resolved phone issue with   calendar sync  .<br>-Michelle: Setup Michelle iPhone with XA email, and also set her up as a   real employee    to gain access to public calendar the PR Projects.<br>-External Office setup (co-location):  Started the process of finding alternate locations to hold our servers along with data needs at those locations. - David Tuma | 6:00 | 125.00 | 750.00 |
| 01/22/2013 | NS usaupfront2013.com | | | 152.49 |
| 01/23/2013 | Usaupfront2013 setup;<br>Domain purchase, hosting purchase, dns setup, ftp setup.<br>Email server settings setup and mailbox setup.<br>Communicate the results to Jessie and Jean. - David Tuma | 2:00 | 125.00 | 250.00 |
| 01/29/2013 | Phone call with Jason White, FirstComm: to discuss the difference between what we wanted, and what was actually delivered.  And to change it to what we actually wanted.<br>Also call with Jason W. and his network engineer:  where the engineer confirmed what I was saying about the requirement of the MPLS being a Routed Layer 3 network instead of a Bridged Layer 2. - David Tuma | 1:30 | 125.00 | 187.50 |
| 01/30/2013 | -Yevi/Mia:  Moved Yevi  s computer to the back.  Moved the back computer to the front and setup Mia with a network/email account and setup the profile on the front computer.  Resolved issue with XA Calendar that was incorrectly setup.<br>-Setup Chelsea Trace on the network and with a profile on the terminal server with the required project folders access, and scan folder access.<br>-FirstComm:  follow up on the setup for NY Internet and the MPLS setup    they needed the settings AGAIN for the MPLS setup.<br>-Meeting with Jean to review options for potential office displacement in May.<br>-Phone setup for Michelle P.<br>-Phone setup for Mia:  ran into issues due to phone lock.<br>-Phone system:  worked with Gino to return the 'voicemail to email' feature (works now again).<br>-James email forwarded to Catherina, also gave her access to all of Jame  s old email.<br>-Misc:  Helped users with general Excel and outlook items (how to, mostly). - David Tuma | 6:00 | 125.00 | 750.00 |

|  | Total Of New Charges | $2,964.99 |
|---|---|---|
|  | **Total Amount Due** | **$2,964.99** |

CREATIVE IT - 00050

**David Tuma**

| | |
|---|---|
| **From:** | service@paypal.com |
| **Sent:** | Tuesday, January 22, 2013 11:33 PM |
| **To:** | David Tuma |
| **Subject:** | Receipt for Your Payment to Network Solutions, LLC |



Jan 22, 2013 21:32:34 PST
Transaction ID: 6MM72150YR309680W

**Hello David Tuma,**

**You sent a payment of $152.49 USD to Network Solutions, LLC**

**(customerservice@networksolutions.com)**

It may take a few moments for this transaction to appear in your account.

| **Merchant** | **Instructions to merchant** |
|---|---|
| Network Solutions, LLC | You haven't entered any instructions. |
| customerservice@networksolutions.com | |

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Item# WN.D.296411953 | $32.99 USD | 1 | $32.99 USD |
| Item# WN.HP.296411954 | $119.50 USD | 1 | $119.50 USD |
| | **Subtotal** | | $152.49 USD |
| | **Total** | | $152.49 USD |
| | **Payment** | | $152.49 USD |

Payment sent to customerservice@networksolutions.com

Invoice ID: 477052809

**Issues with this transaction?**
You have 45 days from the date of the transaction to open a dispute in the Resolution Center.

Questions? Go to the Help Center at: www.paypal.com/help.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click **Help** in the top right corner of any PayPal page.

You can receive plain text emails instead of HTML emails. To change your Notifications preferences, log in to your account, go to your Profile, and click **My settings**.

PayPal Email ID PP120

**CREATIVE IT - 00051**



Creative IT Consulting, LLC
316 Cromwell CT
Westmont, IL  60559-2687

# Invoice

| Date | Invoice # |
|---|---|
| 02/28/2013 | 1776 |

| Terms | Due Date |
|---|---|
| Due on receipt | 02/28/2013 |

| Bill To |
|---|
| Jean Wilson<br>The Experiential Agency<br>875 N. Michigan Ave.<br>Suite 2626<br>Chicago, IL  60611 |

| Amount Due | Enclosed |
|---|---|
| $2,393.75 | |

Please detach top portion and return with your payment.

| Date | Account Summary | Amount |
|---|---|---|
| 01/31/2013 | Balance Forward | $2,964.99 |
| 02/24/2013 | Payment received | -2,964.99 |
| | New charges (see details below) | 2,393.75 |
| | Total Amount Due | $2,393.75 |

| Date | Activity | # of Hours | Rate | Amount |
|---|---|---|---|---|
| 02/04/2013 | -Setup new voice line in Chicago; Porting numbers, testing calling, etc.  Removed old phone equipment in the server room and rearranged new equipment in the server room.  Assisted Gino with the setup of the phone system (running cables, rebooting, etc).<br>-Setup new Internet line in NY along with the MPLS service in Chicago and NY.  Router reprogramming on both sides, testing, etc (too many steps to list all here).<br>-Setup new intern (Whitney):  Server/email account setup, and computer profile setup. - David Tuma | 5:00 | 125.00 | 625.00 |
| 02/06/2013 | -Michelle P:  Fixed Windows Profile issue<br>-Nick:  communicated with Nick about website posting, and arranged login to network solutions for Database needs. - David Tuma | 0:45 | 125.00 | 93.75 |
| 02/07/2013 | -After Hours work:  Changed the main password for the Network Solutions website.  Also changed the usernames and passwords on the FTP accounts for all the websites we host at network solutions.  This was done to prevent Nick from logging on. - David Tuma | 0:30 | 165.00 | 82.50 |
| 02/13/2013 | -Setup New employee Kevin<br>-Setup new employee Regimio<br>-Setup another project folder to access for Chelsea<br>-Phone call with Jean to discuss open items.<br>-Obtained quotes for laptops - David Tuma<br><br><br>Continue to the next page. | 2:00 | 125.00 | 250.00 |

CREATIVE IT - 00044

| Date | Activity | # of Hours | Rate | Amount |
|------|----------|-----------|------|--------|
| 02/15/2013 | -After Hours work:<br>-Email research on addresses sent in by Victoria:<br>adhillary@adrinkwith.com<br>ah@gapersblock.com<br>rl@gapersblock.com<br>clamorte@urbandaddy.com<br>jp.anderson@nichemediallc.com<br>jruby@chicagomag.com<br>lshames@modernluxury.com<br>ppollack@chicagomag.com<br>jkramer@timeoutchicago.com<br>olvera.jennifer@hotmail.com<br>ninakhahn@gmail.com<br>rebecca@bettiebombpr.com - David Tuma | 0:45 | 165.00 | 123.75 |
| 02/20/2013 | -Jean:  Remoted into office computer to research why its shutting down.  Also researched and adjusted Cored PDF settings for better quality PDF output.  Ran and installed windows updates and rebooted computer.<br>-Amanda Email:  Setup Amanda s account for  send on behalf of  for 2 users.  Sent email to users how to send the email so that it shows as such.<br>-Remi:  Remoted into Remi s personal laptop and setup Terminal Server access.<br>-Joe:  Researched tablet/laptop options for Joe and sent him the information.<br>-Catherine:  email troubleshooting for NON receiving accounts - David Tuma | 3:00 | 125.00 | 375.00 |
| 02/27/2013 | -NY Laptop: Cleanup and updates.<br>-Joe Old pc:  Cleanup and updates, and setup for Michelle K. at a new desk with a new monitor.<br>-Tablets: purchased 2 new tablets<br>-Laptop: purchased new laptop for Gina<br>-Mia:  taught Mia how to use the dynect email delivery website to lookup successful email delivery and to check the suppression list.<br>-Misc:  random outlook and email issues - David Tuma | 6:45 | 125.00 | 843.75 |

| | |
|---|---|
| **Total Of New Charges** | $2,393.75 |
| **Total Amount Due** | $2,393.75 |

CREATIVE IT - 00045



Creative IT Consulting, LLC
316 Cromwell CT
Westmont, IL  60559-2687

# Invoice

| Date | Invoice # |
|------|-----------|
| 03/31/2013 | 1788 |

| Terms | Due Date |
|-------|----------|
| Due on receipt | 03/31/2013 |

**Bill To**

Jean Wilson
The Experiential Agency
875 N. Michigan Ave.
Suite 2626
Chicago, IL  60611

| Amount Due | Enclosed |
|------------|----------|
| $2,322.10 | |

✄ Please detach top portion and return with your payment. ✄

| Date | Account Summary | Amount |
|------|-----------------|--------|
| 02/28/2013 | Balance Forward | $2,393.75 |
| 03/23/2013 | Payment received | -2,393.75 |
| | New charges (see details below) | 2,322.10 |
| | Total Amount Due | $2,322.10 |

| Date | Activity | # of Hours | Rate | Amount |
|------|----------|-----------|------|--------|
| 02/05/2013 | XAPR Web Network Solutions | | | 334.60 |
| 03/05/2013 | -Jean New talblet/laptop:  Setup new laptop with all necessary software, remote access, etc.  Sat down with jean to review and teach. | 7:00 | 125.00 | 875.00 |
| | -Jean old laptop: Upgraded software and prepped the laptop for gina. | | | |
| | -Misc: Checked server hardware and with users for issues. - David Tuma | | | |
| 03/13/2013 | Setup new email and terminal server for new employee - Adam Owens | 1:00 | 50.00 | 50.00 |
| 03/21/2013 | -Chelsea:  Set her up to access the USA RSVP email box. | 2:30 | 125.00 | 312.50 |
| | -Jessie: Resolved   time    issue in calendar | | | |
| | -Rags of Honor:  purchased Web Forwarding for the .org site to forward to the .us site. | | | |
| | -USA save the date email:  Setup a new email for savethedate@usaupfront2013.com and gave access to Jessie and Chelsea. | | | |
| | -Misc: Research and recommendation for a Smart Board and then for a digital dry erase board. - David Tuma | | | |
| 03/27/2013 | -Prior day work:  Helped Nick and Jessie with USA email issues. | 6:00 | 125.00 | 750.00 |
| | -USA:  Final work on the email issues    all seems to be working fine now. | | | |
| | -Gina: Setup new phone for gina.  Also setup a new/used laptop for gina. | | | |
| | -Jean: Started to setup a new laptop for Jean | | | |
| | -Mia:  Setup email on her new phone | | | |
| | -Misc:  Setup a new feature with network solutions via Dynect that will have better email delivery results for all users. - David Tuma | | | |

| | Total Of New Charges | $2,322.10 |
|---|---------------------|-----------|
| | **Total Amount Due** | **$2,322.10** |

CREATIVE IT - 00065



| Account | 1114732 |
| Account Holder | XA, The Experiential Agency, Inc. |

# Billing History

| Transaction Date | Order Number | Payment Method | Original Amount |
|---|---|---|---|
| **02/05/2013** | **478900845** | **PayPal david.tuma@dtuma.com** | **$334.60** |

| | Transaction Type | Date | Account | Service Name | Term | Amount |
|---|---|---|---|---|---|---|
| | Acquisition | 02/05/2013 | 1114732 | Essential Web Hosting-Unix | 3 Years | $334.60 |

**Please Note:**

1. The payment information shown may not reflect the payment method used for each transaction, and all billing activity may not be shown here.
2. Order numbers may appear in multiple accounts if an order included services from more than one account.
3. Recent purchases may take 24 to 48 hours to appear in your billing information.
4. All .ca domain names are registered by Network Solutions Canada ULC (Business Number: 83624 3543 RT 0001). The amount charged for .ca domain names includes applicable Goods and Services Tax (GST) of 5%. Effective July 1, 2010, the amounts charged for .ca domain names are inclusive of Federal GST and, where applicable, also inclusive of Provincial HST. (GST Rate - 5%, Combined GST rate and HST rate for each Province - British Columbia - 12%, Ontario - 13%, Nova Scotia - 15%, Newfoundland and Labrador - 13%, New Brunswick - 13%)

CREATIVE IT - 00066



Creative IT Consulting, LLC
316 Cromwell CT
Westmont, IL  60559-2687

# Invoice

| Date | Invoice # |
|---|---|
| 04/30/2013 | 1799 |

| Terms | Due Date |
|---|---|
| Due on receipt | 04/30/2013 |

**Bill To**

Jean Wilson
The Experiential Agency
875 N. Michigan Ave.
Suite 2626
Chicago, IL  60611

| Amount Due | Enclosed |
|---|---|
| $3,162.50 | |

Please detach top portion and return with your payment.

| Date | Account Summary | Amount |
|---|---|---|
| 03/31/2013 | Balance Forward | $2,322.10 |
| 04/12/2013 | Payment received | -2,322.10 |
| | New charges (see details below) | 3,162.50 |
| | Total Amount Due | $3,162.50 |

| Date | Activity | # of Hours | Rate | Amount |
|---|---|---|---|---|
| 04/03/2013 | -Jean laptop:  Finished setting up new laptop.<br>-USA email:  additional    sent on behalf    of need.<br>-Backup research:  researched on how to backup files as copies and also how to get email as PST instead of a database.<br>-Mia:  calendar issue on phone.  Re-created the account on the phone for her email.<br>-Touched base with Gino about items we may run into when moving the phone system. - David Tuma | 5:00 | 125.00 | 625.00 |
| 04/10/2013 | -IT/Cloud Meeting:  Needs and options discusses.<br>-Mia:  Setup PC and Firewall for Public IP access to PC via RDP<br>-Exchange backup:  Researched options, found and tested software. Purchased software (48 hour wait for licensing).<br>-Misc: Discussed move with Jean and Jason white regarding phone system move, etc. - David Tuma | 6:00 | 125.00 | 750.00 |
| | Continue to the next page | | | |

CREATIVE IT - 00032

| Date | Activity | # of Hours | Rate | Amount |
|---|---|---|---|---|
| 04/17/2013 | -Email Backup Software:  searched for and found lost licensing email in Joe  s email.  Performed the procedure to activate the software.<br>-upfront2013:  Created new email account and setup on Jessie  s and Chelsea  s computers.<br>-CDW:  Specked out and ordered backup media (RDX 1.5tb drive, and 3tb drive for move).<br>-Apple: Specked out two different computers to present to Darren and Jean.  Darren picked one and the order was placed.<br>-Misc:  contacted jean to discuss quotes and purchases, called Jason White, called NY to discuss Mac purchase/software, etc. - David Tuma | 4:00 | 125.00 | 500.00 |
| 04/23/2013 | -Nick Help:  Assisted Nick with usaupfront2013 email issues from the website (too many steps to document). - David Tuma | 2:30 | 165.00 | 412.50 |
| 04/24/2013 | -Installed new 1.5tb device into backup server.<br>-Setup a 3tb external drive on server for   moving backup  .<br>-Email backup:  contacted vendor to figure out how to backup the email in the way that we need.  The method we need (which was advertised) will be available in the   update   release of the software in a week.<br>-Iphone for Ashley:  moved mobile service from an android device to an apple device, and setup email on it (little bit of surgery was required on SIM card).<br>-Android for Lauren:  Wiped Ashley   s phone and set it up for Lauren.<br>-Setup new intern  Jena   on server.  Setup Apple laptop with RDP access, printer, etc.. and showed Ashley how the Jena will be using it.<br>-Mia:  Upgraded desk PC with Office 2010<br>-Gina: Started a device software update on her mobile phone. - David Tuma | 7:00 | 125.00 | 875.00 |

| | | |
|---|---|---|
| **Total Of New Charges** | | $3,162.50 |
| **Total Amount Due** | | $3,162.50 |

CREATIVE IT - 00033



Creative IT Consulting, LLC
316 Cromwell CT
Westmont, IL  60559-2687

# Invoice

| Date | Invoice # |
|------|-----------|
| 05/31/2013 | 1803 |

| Terms | Due Date |
|-------|----------|
| Due on receipt | 05/31/2013 |

| Bill To |
|---------|
| Jean Wilson<br>The Experiential Agency<br>875 N. Michigan Ave.<br>Suite 2626<br>Chicago, IL  60611 |

| Amount Due | Enclosed |
|------------|----------|
| $4,317.50 | |

Please detach top portion and return with your payment.

| Date | Account Summary | Amount |
|------|-----------------|--------|
| 04/30/2013 | Balance Forward | $3,162.50 |
| 05/15/2013 | Payment received | -3,162.50 |
| | New charges (see details below) | 4,317.50 |
| | Total Amount Due | $4,317.50 |

| Date | Activity | # of Hours | Rate | Amount |
|------|----------|-----------|------|--------|
| 05/01/2013 | -Chelsea:  laptop issue while at event:  Called her, remoted in, and fixed the issue on the laptop.<br>-Site 2:  helped with undeliverable email due to suppression list listing.<br>-email to PST software:  contacted vendor because I could not find the advertised    functionality in the software.  The software was sold prematurely as the feature will not be available until next release. - David Tuma | 2:00 | 125.00 | 250.00 |
| 05/04/2013 | Call with Nicole for Dynect instructions. - David Tuma | 0:30 | 125.00 | 62.50 |
| 05/08/2013 | -New Wifi device setup and removal of old device.<br>-Chelsea help with Terminal server question/issue<br>-New intern setup: network account, email, local pc profile, and short training<br>-New employee setup: network account, email, local pc profile, phone setup and short training<br>-Cell Phones:  Wiping of 2 phones, setup of 3 new phones (ATT customer care assisted due to phone number migration and activations) - David Tuma | 6:30 | 125.00 | 812.50 |
| | Continue to the next page | | | |

CREATIVE IT - 00069

| Date | Activity | # of Hours | Rate | Amount |
|---|---|---|---|---|
| 05/15/2013 | -Server Maintenance: Backups, Event Logs, etc.<br>-Server room cleanup:  assisted Adam with cleanup of the IT equipment in the server room.<br>-Backup Software: testing and trying of backup software.<br>-Vivid Phone:  Tested one of the phones calendar issue resolution by updating it to the new release of the Android software (it worked, however its like a 3 hour upgrade process).<br>-xaprofiles page migration:  Contacted Nick and we figured out the solution and Nick applied it. - David Tuma | 6:30 | 125.00 | 812.50 |
| 05/15/2013 | Cleaned out IT closet - Adam Owens | 6:30 | 80.00 | 520.00 |
| 05/22/2013 | -Continued Work on cleanup of old equipment.<br>-Chelsea:  setup as a    standard    employee on the server, contacted to her to verify she has the access to the projects that she needed.<br>-Specked out and ordered a new Macbook Air for Jessie.<br>-Contacted Natalia and we scheduled for next week to work on Darren  s new mac.<br>-Misc: short meeting with joe, checked with other users for issues, etc. - David Tuma | 5:00 | 125.00 | 625.00 |
| 05/22/2013 | Finished server room clean out<br>Meeting with Jean about floor layout<br>Talked with Robin about cell phone issue<br>Looked into phone setup on server room wall - Adam Owens | 4:30 | 80.00 | 360.00 |
| 05/29/2013 | -Setup of Darren  s Mac: user account setup, server access setup, software installation, email setup, updates, etc.<br>-Jean:  helped to try setup phone tethering. Contacted ATT to also find out there are issues today with mobile data on the network.<br>-Move Backups: finalized Exchange software PST conversion from Database.  Also finalized File data restoration onto usb drive. - David Tuma | 5:00 | 125.00 | 625.00 |
| 05/31/2013 | -Server bootup issue: Troubleshot and resolved issue.<br>-Network Solutions:  Checked out the setup for    alices-garden    and advised Jean that we own it and still forward the site to    studioagdesign   . - David Tuma | 2:00 | 125.00 | 250.00 |

| | Total Of New Charges | $4,317.50 |
|---|---|---|
| | **Total Amount Due** | **$4,317.50** |

CREATIVE IT - 00070



Creative IT Consulting, LLC
316 Cromwell CT
Westmont, IL  60559-2687

# Invoice

| Date | Invoice # |
|------|-----------|
| 06/30/2013 | 1811 |

| Terms | Due Date |
|-------|----------|
| Due on receipt | 06/30/2013 |

| Bill To |
|---------|
| Jean Wilson
The Experiential Agency
875 N. Michigan Ave.
Suite 2626
Chicago, IL  60611 |

| Amount Due | Enclosed |
|------------|----------|
| $812.50 | |

Please detach top portion and return with your payment.

| Date | Account Summary | Amount |
|------|-----------------|--------|
| 05/31/2013 | Balance Forward | $4,317.50 |
| 06/15/2013 | Payment received | -4,317.50 |
| | New charges (see details below) | 812.50 |
| | Total Amount Due | $812.50 |

| Date | Activity | # of Hours | Rate | Amount |
|------|----------|-----------|------|--------|
| 06/12/2013 | -2 new interns:  Setup accounts on server and setup profiles on computers.<br>-jessie: contacted Jessie and scheduled setup for her new macbook<br>-KM machine:  checked out machine, tested printing and scanning and asked users if they are ok with it.<br>-Network Solutions: canceled renewal for   alices-garden   and requested refund for latest renewal charge.  Also removed   auto-renewal   for upcoming   gmproductions   domain name/webpage/forwarding services.<br>-Misc:  checked with users for issues, resolved PPT/PDF issue on one user, changed Michelle   s password, etc.<br><br>*Thursday work:  reconfigured KM machine to use a different name/password than was setup with the recent   gutting   of the machine.<br>- David Tuma | 4:30 | 125.00 | 562.50 |
| 06/20/2013 | -Jessie Laptop setup:  Setup native server access, setup RDP access, setup network printer, installed Office 2011 trial (Jessie will purchase later).  Started the download of office 2008 for entourage. - David Tuma | 1:30 | 125.00 | 187.50 |
| 06/26/2013 | Jessie Entourage Setup - David Tuma | 0:30 | 125.00 | 62.50 |

| | Total Of New Charges | $812.50 |
|--|----------------------|---------|
| | **Total Amount Due** | **$812.50** |

CREATIVE IT - 00062



Creative IT Consulting, LLC
316 Cromwell CT
Westmont, IL  60559-2687

# Invoice

| Date | Invoice # |
|---|---|
| 07/02/2013 | 1810 |

| Terms | Due Date |
|---|---|
| Due on receipt | 08/01/2013 |

### Bill To

Jean Wilson
The Experiential Agency
875 N. Michigan Ave.
Suite 2626
Chicago, IL  60611

| Amount Due | Enclosed |
|---|---|
| $4,486.25 | |

*Please detach top portion and return with your payment.*

| Date | Account Summary | Amount |
|---|---|---|
| 05/31/2013 | Balance Forward | $4,317.50 |
| 06/15/2013 | Payment received | -4,317.50 |
| | New charges (see details below) | 4,486.25 |
| | Total Amount Due | $4,486.25 |

| Date | Activity | # of Hours | Rate | Amount |
|---|---|---|---|---|
| 06/29/2013 | Move:<br>Office Move:<br>-Moved servers, patched in all computers, phones, phone system, internet line, t1 line, etc. - David Tuma | 8:30 | 165.00 | 1,402.50 |
| 06/29/2013 | Additional Labor support (to move servers, patch in all connections, etc) - David Tuma | 5:00 | 165.00 | 825.00 |
| 07/01/2013 | MOVE -set up all workstations and wifi - Adam Owens | 9:15 | 80.00 | 740.00 |
| 07/01/2013 | Move<br>-Attached and setup all workstations, modified monitor setups, wifi setup, conference room setup, etc. - David Tuma | 11:15 | 135.00 | 1,518.75 |

| | |
|---|---|
| Total Of New Charges | $4,486.25 |
| Total Amount Due | $4,486.25 |

CREATIVE IT - 00063



Creative IT Consulting, LLC
316 Cromwell CT
Westmont, IL  60559-2687

# Invoice

| Date | Invoice # |
|------|-----------|
| 07/31/2013 | 1826 |

| Terms | Due Date |
|-------|----------|
| Due on receipt | 07/31/2013 |

| Bill To |
|---------|
| Jean Wilson
The Experiential Agency
875 N. Michigan Ave.
Suite 2929
Chicago, IL  60611 |

| Amount Due | Enclosed |
|------------|----------|
| $7,176.25 | |

Please detach top portion and return with your payment.

| Date | Account Summary | Amount |
|------|-----------------|--------|
| 07/02/2013 | Balance Forward | $5,298.75 |
| 07/17/2013 | Payment received | -812.50 |
| | New charges (see details below) | 2,690.00 |
| | Total Amount Due | $7,176.25 |

| Date | Activity | # of Hours | Rate | Amount |
|------|----------|------------|------|--------|
| 07/10/2013 | -Server Room:  A bit more    setup/arrangement    of the items in the room.<br>-Taylor: setup a full employee<br>-Mia: Changed password and fixed her phone<br>-Conference room:  finished fixing the laptop, upgrading software, etc<br>-agencyxa.com domain: renewed domain<br>-Taylor:  setup Whitney   s old phone for Taylor<br>-Jean Fax software:  Contacted vendor about   faxing in   issue: Vendor verified the issue and opened a trouble ticket (no update yet).<br>-Big Screen setup:  researched TV screens and HDMI splitters in order to view the SAME broadcast on all TV screens. - David Tuma | 5:30 | 125.00 | 687.50 |
| 07/10/2013 | A bit more    setup/arrangement  of the items in the room.<br>Changed password and fixed Mias phone<br>Setup Whitney   s old phone for Taylor<br>Contacted vendor about   faxing in   issue:  Vendor verified the issue and opened a trouble ticket (no update yet). - Adam Owens | 5:30 | 80.00 | 440.00 |
| 07/23/2013 | -Speck out/purchase pc to play videos on big screens.<br>-Speck out and order 2 new desktop computers<br>-Jean PC:  Review how to download Vimeo videos, and help with opening PDF documents.<br>-Order HDMI splitter - David Tuma<br><br><br>Continue to the next page | 2:00 | 125.00 | 250.00 |

CREATIVE IT - 00059

| Date | Activity | # of Hours | Rate | Amount |
|---|---|---|---|---|
| 07/24/2013 | -Catherine PC issue:  Malware infection which caused internet issues.  Removed malware and also ran upgrades on the computer (Office upgrade, windows  updates, java, flash, adobe, etc).  Note:  it was a pretty tricky issue and too some time to resolve the malware infection. - David Tuma | 3:00 | 125.00 | 375.00 |
| 07/31/2013 | -Jean PC: Resolved Adobe acrobat version conflicts<br>-HDMI: tested HDMI splitter, and tested Cat5 to HDMI cabling<br>-New Computers:  Setup and installed 2 new computers at desks. - David Tuma | 7:30 | 125.00 | 937.50 |

| | | |
|---|---|---|
| **Total Of New Charges** | | $2,690.00 |
| **Total Amount Due** | | $7,176.25 |

CREATIVE IT - 00060



**Creative IT Consulting, LLC**
316 Cromwell CT
Westmont, IL  60559-2687

# Invoice

| Date | Invoice No. |
|---|---|
| 08/31/2013 | 1841 |

| Terms | Due Date |
|---|---|
| Due on receipt | 08/31/2013 |

| Bill To |
|---|
| Jean Wilson
The Experiential Agency
875 N. Michigan Ave.
Suite 2929
Chicago, IL  60611 |

| Amount Due | Enclosed |
|---|---|
| $6,006.12 | |

Please detach top portion and return with your payment.

| Date | Account Summary | Amount |
|---|---|---|
| 07/31/2013 | Balance Forward | $7,176.25 |
| 08/04/2013 | Payment received | -4,486.25 |
| 08/25/2013 | Payment received | -2,690.00 |
| | New charges (see details below) | 6,006.12 |
| | Total Amount Due | $6,006.12 |

| Date | Activity | # of Hours | Rate | Amount |
|---|---|---|---|---|
| 08/06/2013 | HDMI wiring | | | 326.33 |
| 08/06/2013 | TV Mounting Parts | | | 21.50 |
| 08/07/2013 | TV Mounting Hardware | | | 218.48 |
| 08/07/2013 | -Mia PC:  Researched and resolved why her PC was turning OFF.  It was set to    hibernate    after 18 hours.
-TV   s:  Mounting of TV   s on the wall (had issues with ordered hardware    it was not compatible).  Had to go and purchase compatible mounting hardware.  Mounted the TV   s successfully on the wall.
-Media PC:  Setup of Media pc and setting up a looping video playlist that automatically plays when you turn on the PC.
-Wiring:  had issues with the c2g product that was used for the  workaround    of wiring for HDMI.  Contacted the Vendor of the  splitter    product that we are using and we were told that the c2g product is probably not compatible due to EDID information not being supported using the c2g product. - David Tuma | 8:30 | 125.00 | 1,062.50 |
| 08/07/2013 | Mounting of TVs on the wall
Had to go and purchase compatible mounting hardware
Setup of Media pc and setting up a looping video playlist that automatically plays when you turn on the PC
Had issues with C2G product.
Contacted Geffin and worked with the to resolve issue could not at this time - Adam Owens


Continue to the next page | 8:30 | 80.00 | 680.00 |

CREATIVE IT - 00035

| Date | Activity | # of Hours | Rate | Amount |
|---|---|---|---|---|
| 08/09/2013 | -HDMI issues:  Contacted c2g vendor to get detailed instruction on using the equipment.  Found out we were using the power adapter on the wrong end.<br>However, it did NOT resolve the issues.  Waited for Tony from USDATA but apparently he was the MUCH earlier and left before noon, and attempts to contact USDATA failed with no call back.<br>-Videos: get the   correct   videos into the playlist.<br>-Setup the screen as best as we could with audio (there IS a reduction of quality of the picture using the c2g product). - David Tuma | 2:30 | 125.00 | 312.50 |
| 08/09/2013 | Waited for cabling guy to talk about signal degradation - Adam Owens | 2:30 | 80.00 | 200.00 |
| 08/13/2013 | -Meet onsite with NGSI to test other HDMI conversion equipment and/or HDMI quick run cables.<br>-Tested equipment in all various scenarios.  Found a solution that works   perfectly   and implemented it. - David Tuma | 2:00 | 125.00 | 250.00 |
| 08/13/2013 | Meet onsite with NGSI<br>Used their equipment and tested HDMI runs<br>audio and visual much improved - Adam Owens | 3:00 | 80.00 | 240.00 |
| 08/16/2013 | -Flat Screens:  Made sure video and twitter feeds were setup and working for   open house   event.<br>-Interns:  Assisted Adam with creating account and computer profiles for 3 new interns.  Also swapped out some old monitor for newer ones on the desks.<br>-Mia:  Assisted Adam with Mia   s reception desk move/setup<br>-Misc: Helped prep a bit and cleanup after   the event. - David Tuma | 3:30 | 125.00 | 437.50 |
| 08/16/2013 | Set up for event and tested boombox to work with iPod touch<br>Set up Mia desk<br>killed circuit and tested to make sure nothing was damaged - Adam Owens | 3:00 | 80.00 | 240.00 |
| 08/16/2013 | XA event (NO CHARGE) - Adam Owens | 3:00 | 0.00 | 0.00 |
| 08/21/2013 | -fourseasons.com:  worked with IT person at four seasons to resolve email delivery issues.<br>-Setup new employee on network/email<br>-PC Updates:  the PC for the new employee needed a good amount of software updates/upgrades (Windows updates, Office 2010 upgrade, Adobe upgrades, etc). - David Tuma | 4:00 | 125.00 | 500.00 |
| 08/27/2013 | -Fourseasons.com email issues:  Investigated issues, found the actual issue and advised XA how to stop generating the issue. - David Tuma | 1:00 | 125.00 | 125.00 |
| 08/28/2013 | -3 PC Upgrades:  Upgraded 3 Computers from Office 2003 to Office 2007.  Proved to be a bit time consuming as the users have LARGE email amounts that needed conversion to the 2007 Version.<br>-Spector Server:  Spector Software Upgrade Performed<br>-Joe:  Setup new phone<br>-Mia:  Resolved phone issue and outlook   rules   issue<br>-Amanda:  Looked at Amanda   s pc to identify issue.  Planning upgrades<br>-Catherine:  Setup new computer for her, migrated data from old computer and installed the new computer at her desk.  Taking old computer offsite for upgrade/rebuild. - David Tuma | 7:00 | 125.00 | 875.00 |
| 08/29/2013 | PC Parts (rebuild)<br><br><br><br>Continue to the next page | | | 197.31 |

CREATIVE IT - 00036

| Date | Activity | # of Hours | Rate | Amount |
|---|---|---|---|---|
| 08/29/2013 | Catherine OLD pc rebuild:<br>Parts shopping for XACHI-PC44<br>Installed Parts<br>Installed Windows<br>Updates - Adam Owens | 4:00 | 80.00 | 320.00 |
| | **Total Of New Charges** | | | $6,006.12 |
| | **Total Amount Due** | | | $6,006.12 |

**CREATIVE IT - 00037**

WELCOME TO MAGNOLIA HOME THEATER (#1381)
875 N MICHIGAN AVE
CHICAGO, IL 60611
(312)397-2146

Keep your receipt!

al #:000107-457015-978869-509163-593901-237

381 031 8590 08/07/13    11:10 00130522

688748    VMT35-B1                   99.99
SANUS UNIVERSAL MEDIUM TILT W
ITEM TAX 9.25
688748    VMT35-B1                   99.99
SANUS UNIVERSAL MEDIUM TILT W
ITEM TAX 9.25
426693    RZ CARD               0 00 N
REWARD ZONE CARD
MEMBER ID 0088473734

SUBTOTAL    199.98
SALES TAX AMOUNT     18.50

TOTAL    218.48

ssociate # 130522
ssociate # 988378

xxxxxxxxxxx2105      DEBIT    218.48
AVID TUMA
PPROVAL 231065
ORIGINAL BALANCE:      218.48
TRANSACTION AMOUNT:    218.48
EFERENCE NUMBER: 1381031

ANA,
HANKS FOR SHOPPING AT BEST BUY TODAY!
OUR REWARD ZONE BALANCE AS OF 02/19/13
OSTED POINTS: 89
o to MyRZ.com FOR MORE INFO

15-day return policy on eligible items.
Some items are ineligible for return.
(60 days for Reward Zone
Premium Silver members).
A valid receipt is required for all returns.

---

THANK YOU FOR SHOPPING AT
KIN-KO ACE #500
6216 S MAIN ST.
DOWNERS GROVE, IL 60516
(630) 968-4355

8/06/13  5:40PM DANIELLE B 301  SALE
-------------------------------------------
3194545          1  EA      6.99 EA
TUBING FLEX 1/2"X8' BLK             6.99
5302823          3  EA     4.29 EA
FASTENER RECLOSE CLEAR            12.87

SUB-TOTAL:     19.86     TAX:      1.64
                      TOTAL:     21.50
                      BC AMT:   $21.50

BK CARD#:    XXXXXXXXXXXX7862
ID:  670120050099
AUTH:   05307G          AMT:     21.50
Host reference #:40528    Bat#1938
SWIPED
CARD TYPE:VISA         EXPR: XXXX

Trace # 000000

==>> JRNL#X40528/3          <<==
     CUST # *3

THANK YOU ADAM  OWENS
FOR YOUR PATRONAGE

Acct: 500 CASH CUSTOMER

Receipt required for return.
No refund or exchange after 30 days.

Customer Copy

CREATIVE IT - 00038

X A

# Micro Center
80 East Ogden Avenue
Westmont, IL 60559
General Manager Layda Cardoso-Duris
(630) 371-5500

Reference: 025-SE-3169280
Date: 08/29/13 11:44 AM
Customer: ADAM OWENS
CSR: THOMAS S.

SALES RECEIPT    SALES RECEIPT

```
1 048249 CRUCIAL 2GB DDR3-1335  DIMM        21.99
    Sales ID: ---
1 048249 CRUCIAL 2GB DDR3-1333  DIMM        21.99
    Sales ID: ---
1 035386 SAMSUNG E 128GB SSD 840 PRO2.5S   139.99
    Sales ID: M. OTIS
    S/N: S1ANNEAD614250Z


                    SUBTOTAL:      183.97
                        TAX:       13.34
                      TOTAL:      197.31


XXXXXXXX7862          VISA:       197.31
```

I AGREE TO PAY ABOVE CREDIT CARD TOTAL(S) ACCORDING TO
CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT
VOUCHER).

CREATIVE IT - 00039

**From:**
**Sent:**
**To:**
**Subject:**

Thank you for shopping at Micro Center.



80 East Ogden Avenue
Westmont, IL 60559
General Manager Layda Cardoso-Duris
www.microcenter.com

Transaction Number »025-PO-3153367
Transaction Date »08/06/13
Customer »DAVID TUMA (david.tuma@dtuma.com)
CSR »Richard W.

## Your Sale Information

| Item SKU | Item Description | Quantity | Per Item Price | Total Price |
|---|---|---|---|---|
| 016634 | LOGITECH K400 WRLS TOUCH KEYBOARD | 1 | 39.99 | 39.99 |
| 274969 | INLANDPRO HDMI-M TO HDMI-M 3 FT | 1 | 7.99 | 7.99 |
| 274969 | INLANDPRO HDMI-M TO HDMI-M 3 FT | 1 | 7.99 | 7.99 |
| 274969 | INLANDPRO HDMI-M TO HDMI-M 3 FT | 1 | 7.99 | 7.99 |
| 296962 | VANCO ULTSLIM HDMI M/M ETH 1.5' | 1 | 18.99 | 18.99 |
| 296962 | VANCO ULTSLIM HDMI M/M ETH 1.5' | 1 | 18.99 | 18.99 |
| 296962 | VANCO ULTSLIM HDMI M/M ETH 1.5' | 1 | 18.99 | 18.99 |
| 296962 | VANCO ULTSLIM HDMI M/M ETH 1.5' | 1 | 18.99 | 18.99 |
| 296962 | VANCO ULTSLIM HDMI M/M ETH 1.5' | 1 | 18.99 | 18.99 |
| 296962 | VANCO ULTSLIM HDMI M/M ETH 1.5' | 1 | 18.99 | 18.99 |
| 967000 | EMERGET RETRACT HDMI CBLW3TIPS 5' | 1 | 39.99 | 39.99 |
| 499202 | JHIU ADPTR HDMI-MINI HDMI F-M | 1 | 24.99 | 24.99 |
| 499434 | JHIU ADPTR MICROHDMI-HDMI M-F | 1 | 29.99 | 29.99 |
| 499434 | JHIU ADPTR MICROHDMI-HDMI M-F | 1 | 29.99 | 29.99 |

Subtotal » 302.86

Tax » 23.47

**Sale Total »** **$326.33**

Debit Card (XXXXXXXX2105) » $326.33

Your Satisfaction is our #1 Priority. To tell us about your experience at Micro Center visit www.microcentersurveys.com
To view our Return Policy visit www.microcenter.com/customer_support/returns.html
For rebate information visit www.microcenter.com/rebates/rebate_center.phtml
To view our Privacy Policy visit www.microcenter.com/customer_support/privacy_policy.html
For Micro Center Technical Support visit www.microcentertech.com
For Live Technical Support Chat visit www.microcentertech.com/chat.html
Connect with us: Email Newsletters  Follow us on Twitter  Become a Fan on Facebook

CREATIVE IT - 00040