Exhibit B



Creative IT Consulting, LLC
316 Cromwell CT
Westmont, IL  60559-2687

# Invoice

| Date | Invoice No. |
|---|---|
| 09/30/2013 | 1852 |
| **Terms** | **Due Date** |
| Due on receipt | 09/30/2013 |

### Bill To

Jean Wilson
The Experiential Agency
875 N. Michigan Ave.
Suite 2929
Chicago, IL  60611

| Amount Due | Enclosed |
|---|---|
| $2,250.00 | |

*Please detach top portion and return with your payment.*

| Date | Account Summary | Amount |
|---|---|---|
| 08/31/2013 | Balance Forward | $6,006.12 |
| 09/28/2013 | Payment received | -6,006.12 |
| | New charges (see details below) | 2,250.00 |
| | Total Amount Due | $2,250.00 |

| Date | Activity | # of Hours | Rate | Amount |
|---|---|---|---|---|
| 09/04/2013 | -Lauren PC:  Installed Windows updates, Adobe/Firefox Flash update,  ran manual cleanup of temp files/data.<br>-Catherine old PC:  Installed new SSD and RAM.  Installed Windows 7 64bit OS and all necessary software (this work was done offsite over the weekend).<br>-Alyce:  Setup rebuild PC on network and setup profile for Alyce (outlook, network printer, etc).<br>-Alyce PC (recently new pc):  took away from her desk and prepping it for use by Amanda (setup outlook    sync her 24gb of email, etc).<br>-Server Maintenance: Backups, Event logs, HD Space, etc. - David Tuma | 7:30 | 125.00 | 937.50 |
| 09/11/2013 | -Server Maintenance: Backups, Event Logs, HD Space, etc.<br>-Amanda:  Setup new pc in office, migrated data and settings from old computer to new computer.  Setup her old computer at an empty desk.<br>-Media PC:  Had to rebuild the PC due to a mishap with    power settings.  Setup the PC  to turn off automatically at night and turn on automatically in the morning.  Also setup the screens to turn off AFTER the pc turns off.  But the screens must be turned on manually in the morning.<br>Also.. there was a required update to the firmware of the screens that I installed (they turned on with the warning to update). - David Tuma<br><br>Continue to the next page | 6:30 | 125.00 | 812.50 |

| Date | Activity | # of Hours | Rate | Amount |
|---|---|---|---|---|
| 09/17/2013 | -Nicole D email issue resolved<br>-Media PC glitch resolved<br>-Helped Jean setup 2 new iphones - David Tuma | 1:00 | 125.00 | 125.00 |
| 09/25/2013 | -Robin PC Cleanup:  Deleted unnecessary data, cleaned up profiles, upgraded software, etc.<br>-Elizabeth Email issue: Resolved suppression list email issues<br>-Cloud:  Email discussion with Jean regarding cloud services. - David Tuma | 2:30 | 125.00 | 312.50 |
| 09/30/2013 | -Chelsea PC:  Remoted into her computer, investigated a bit.  Ran manual cleanup.  Tested Terminal server access, outlook, internet etc.  Found no major issues. - David Tuma | 0:30 | 125.00 | 62.50 |

| | |
|---|---|
| **Total Of New Charges** | $2,250.00 |
| **Total Amount Due** | $2,250.00 |