Exhibit F

| | |
|---|---|
| From: | David Tuma |
| Sent: | Friday, January 03, 2014 6:22 PM |
| To: | jean@expagency.com |
| Subject: | RE: NY trip |

Ahh.. just got in…. was at the library…  and having a 4pm lunch…. 'Lunner' (lunch/dinner).

Fyi – I'm in the process of setting up that exact new server for another client…
And it's not as pretty as it used to be…..
-dell ships the server as a blank slate… no setup done whatsoever.
-Microsoft license for OS comes via email after 1 week from ordering, then 24 hours to register the license, before obtaining installation key code.
-NO media exists for the new OS.. download only (5gb) and make your own media…
-Start with Dell's proprietary server build CD, setup raid disks, etc.
-then install Windows server OS, and updates via internet (alone an 8 hour process).
So.. it literary takes about 5 days to setup the server after you physically get it…  (some work can be done prior).
Dell's $3,300 quote for the server build is VERY accurate with the work involved now.

NO MORE preinstalled Server Operating System…. I think it's another way dell is streamlining costs to make the hardware price seem low.
Then the customer gets stuck with the task of obtaining and installing the OS.
OR, it may be that instead of forcing a customer with a specific setup for the Operating System, the customer can make it exactly how they want.

Not trying to make it sound BAD, just pointing out the pretty lengthy process so that you know why it takes a while.

TTYL,
David



**David Tuma**
Creative IT Consulting, LLC
dtuma@creativeitconsulting.com
Phone: 312-493-4781
Fax: 312-528-9221

**From:** jean@expagency.com [mailto:jean@expagency.com]
**Sent:** Friday, January 03, 2014 4:07 PM
**To:** David Tuma
**Subject:** RE: NY trip

Yes Monday is fine.  Joe would prefer it was you as opposed to Dell doing the work.

Talk to you Monday.

CREATIVE IT - 00723

Thanks, stay warm.

---

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Friday, January 03, 2014 4:00 PM
**To:** David Tuma; Jean Wilson
**Subject:** RE: NY trip

We REALLY have to talk… Those dates will probably not work.  It's at least 2 week lead time for server.  1 week for licensing and Windows installation…   even if Dell does it were now probably looking mid Feb for delivery and installation. Can we talk on Monday about this?

Sent from my Sony Xperia™ smartphone

---- Jean Wilson <jean@expagency.com> wrote ----

David

I would like to revisit the NY project.

I think we should list out the tasks in NY and then determine if it is you and me, Dell, Dell and you or whatever.

I am leaning towards you and I in NY and I was looking at two days in the 24, 25, 26, 27 of January period.

Thanks

Jean

**Jean Wilson** | Chief Operating Officer

**XA, THE EXPERIENTIAL AGENCY**

Chicago – New York – Los Angeles
875 N Michigan Ave | Suite 2929 | Chicago, IL 60611
P 312.239.2390 | F 312.573.1313 | M 312.493.5745
jean@expagency.com | www.expagency.com | follow XA on Facebook

*The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication inclusive of attachments is prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.*
*Thank you. XA*

2