Exhibit J

| | |
|---|---|
| **From:** | David Tuma |
| **Sent:** | Monday, January 13, 2014 6:36 PM |
| **To:** | Sweeney, Joseph; Jean Wilson |
| **Subject:** | RE: Case Update: MIME603741 - XA Implementation |

Ok, that's what I just wanted to know.
I will check back with you on Wednesday.

Thanks,
David.



David Tuma
Creative IT Consulting, LLC
dtuma@creativeitconsulting.com
Phone: 312-493-4781
Fax: 312-528-9221

**From:** Sweeney, Joseph [mailto:Joseph.Sweeney@windstream.com]
**Sent:** Monday, January 13, 2014 2:04 PM
**To:** David Tuma; Jean Wilson
**Subject:** RE: Case Update: MIME603741 - XA Implementation

David,

I'm currently working with my admin staff to finish getting all the folders imported at the moment. I hope to have an update for you shortly.

Thanks,

Joseph Sweeney
**CRC Data Tier 2 | Windstream Business Hosting Support**
o: 800.316.4581,1 | f: 877.817.1242
Joseph.Sweeney@windstream.com | windstreamhosting.com

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Monday, January 13, 2014 1:54 PM
**To:** Sweeney, Joseph; Jean Wilson
**Subject:** FW: Case Update: MIME603741 - XA Implementation

Joseph,
Any update on the below items I sent you on Friday (I believe you are OUT on Friday's though, or it was just past Friday?).
In either case:
Can you give me an update on the below mentioned items?

1

CREATIVE IT - 00871

I'm working for, and AT the client site on This Wednesday, and I was hoping for a conference call with you about the items.

Thanks,
David



David Tuma
Creative IT Consulting, LLC
dtuma@creativeitconsulting.com
Phone: 312-493-4781
Fax: 312-528-9221

**From:** David Tuma
**Sent:** Friday, January 10, 2014 10:18 AM
**To:** 'Sweeney, Joseph'
**Cc:** Jean Wilson
**Subject:** RE: Case Update: MIME603741 - XA Implementation

YES, Jean Wilson AND Joseph Wagner AND me for the Owner/Publishing Editor (FULL rights)  if possible… if you have to create a David Tuma mailbox for that, please do so.. I can change my password later for that.
AND NO, 'jean wilson' was NOT the 'owner' of all the public folders.  We had different employees responsible for managing different public folders.
Do we need to adjust our current security and have 'Jean Wilson' as the owner so that you can pull all the public folder data using her credentials?
Or the 'mailboxmover' account added somehow?

Some points:
-how are we with the public folders data pull?
-I'm having issues with 'directory link'… it installs, but I don't see any objects on the web Control Panel.
-Mailbox/Public folder data check:   Can you see the total number of items and MB size of the users and public folders?  I'd like to do a reference check against our server to see if we actually pulled ALL data for every user and for the public folders?
I've attached TWO spreadsheets with OUR totals.  Can you check against the totals on your server?
Note:  the mailbox count is as of 12/13/13 and the public folder count is as of Today 1/10/14

Let us know,
David



David Tuma
Creative IT Consulting, LLC
dtuma@creativeitconsulting.com

CREATIVE IT - 00872

Phone: 312-493-4781
Fax: 312-528-9221

**From:** Sweeney, Joseph [mailto:Joseph.Sweeney@windstream.com]
**Sent:** Thursday, January 09, 2014 3:13 PM
**To:** David Tuma
**Subject:** RE: Case Update: MIME603741 - XA Implementation

Hello David,

For user jean@expagency.com supposed to have publishing editor rights for every one of the top level public folders and does she currently have publishes rights on your current exchange?

Thank you,
Joe

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Wednesday, January 08, 2014 12:17 PM
**To:** Sweeney, Joseph
**Subject:** RE: Case Update: MIME603741 - XA Implementation

Im at the client office now, tried calling you, got voicemail..
Email me when it's OK to call.
Thanks

Items for discussion:
-Account Access (login to intermedia.net)
-how to connect outlook and mobile devices to new mailboxes
-Public Folders sync
-Active Directory setup
-MX changes (how will this affect current mail.expagency.com/exchange OWA and Active Sync users

**From:** Sweeney, Joseph [mailto:Joseph.Sweeney@windstream.com]
**Sent:** Wednesday, January 8, 2014 7:44 AM
**To:** David Tuma
**Subject:** RE: Case Update: MIME603741 - XA Implementation

Hello David,

Sorry I didn't get back to you yesterday. I wasn't in the office. As to your question about customizing webmail with the watermark and the company logo, unfortunately that is not a customizable option on our server due to its shared environment.  The initial data sync has been completed as well.  The next phase in the migration will be mail flow redirection. The MX records that we use east.smtp.exch029.serverdata.net
and west.smtp.exch029.serverdata.net. We can go over all that during are call later today. Please feel free to call me directly at 866-542-9701 ext 47030 anytime to discuss this.

Thanks,

Joseph Sweeney
**CRC Data Tier 2 | Windstream Business Hosting Support**
o: 800.316.4581,1 | f: 877.817.1242
Joseph.Sweeney@windstream.com | windstreamhosting.com

3

CREATIVE IT - 00873

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Tuesday, January 07, 2014 12:35 AM
**To:** Sweeney, Joseph
**Subject:** RE: Case Update: MIME603741 - XA Implementation

As a completely separate side note:
For the new OWA in 2010, do you allow, or can you customize the WEB interface like I was allowed to do in 2003?
Company logo in corner, and watermark background?
Like this:

4

CREATIVE IT - 00874





David Tuma
Creative IT Consulting, LLC

CREATIVE IT - 00875

dtuma@creativeitconsulting.com
Phone: 312-493-4781
Fax: 312-528-9221

---

**From:** Sweeney, Joseph [mailto:Joseph.Sweeney@windstream.com]
**Sent:** Monday, January 06, 2014 2:20 PM
**To:** David Tuma
**Subject:** RE: Case Update: MIME603741 - XA Implementation

What time did you want to set the call up for Wednesday. I will be in from 8am to 5pm Eastern time. After the data pull then we can start moving forward with Active Directory. Then we will get mimecast setup.

---

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Monday, January 06, 2014 3:17 PM
**To:** Sweeney, Joseph; cdickey@mimecast.com
**Cc:** jean@expagency.com; Strunk, Tracy Marie; Mcswiney, Mike; Graham, Mary
**Subject:** RE: Case Update: MIME603741 - XA Implementation

Joseph,
How is the data pull going?
I will be following up with you on Wednesday with a CALL to you.
I'm hoping that I can obtain the 'login' credentials to our account, apply the correct 'domain names' on the mailboxes and also obtain information about connecting 'outlook, iphone, android' devices. So that we can start setting up separate outlook profile and mobile device accounts for all our employees.

Next we need to explore the properties of the mailboxes, as some have forwarding setup on them, full mailbox access to other users, (did that information pull as well??)
AND linking up with Active Directory as well.
And in final part: setup the mimecast.

Thanks,
David



David Tuma
Creative IT Consulting, LLC
dtuma@creativeitconsulting.com
Phone: 312-493-4781
Fax: 312-528-9221

---

**From:** Sweeney, Joseph [mailto:Joseph.Sweeney@windstream.com]
**Sent:** Thursday, January 02, 2014 4:08 PM
**To:** David Tuma; cdickey@mimecast.com
**Cc:** jean@expagency.com; Strunk, Tracy Marie; Mcswiney, Mike; Graham, Mary
**Subject:** RE: Case Update: MIME603741 - XA Implementation

Hello David,

6

CREATIVE IT - 00876

Just would like to let you know that all the users are now created. The initial data pull is still happening.  Unfortunately I will be out of the office tommorow, but I will send you an update via e-mail on Sunday on the progress.

Thank you,

**Joseph Sweeney**
**CRC Data Tier 2 | Windstream Business Hosting Support**
o: 800.316.4581,1 | f: 877.817.1242
Joseph.Sweeney@windstream.com | windstreamhosting.com

---

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Thursday, January 02, 2014 10:17 AM
**To:** Sweeney, Joseph; cdickey@mimecast.com
**Cc:** jean@expagency.com; Strunk, Tracy Marie; Mcswiney, Mike; Graham, Mary
**Subject:** RE: Case Update: MIME603741 - XA Implementation

Joseph,
Please do what you can without my assistance today.
I'm at client appointments today all day and also our 1 foot of snow accumulation is not helping.
If you really do need to talk to me today, I can call later in the afternoon.

If you can create all the mailboxes based on the current exchange setup, sync passwords with active directory, do an initial sync, etc.  Anything and everything you can do.
I can block out some time tomorrow afternoon to help out in any way as well.

Thank you,



David Tuma
Creative IT Consulting, LLC
dtuma@creativeitconsulting.com
Phone: 312-493-4781
Fax: 312-528-9221

---

**From:** Sweeney, Joseph [mailto:Joseph.Sweeney@windstream.com]
**Sent:** Thursday, January 02, 2014 9:09 AM
**To:** David Tuma; cdickey@mimecast.com
**Cc:** jean@expagency.com; Strunk, Tracy Marie; Mcswiney, Mike; Graham, Mary
**Subject:** RE: Case Update: MIME603741 - XA Implementation

Hello David,

I'm now able to connect to your server since we opened those ports. I'm at the point to create the users. I would highly recommend doing the initial sync at this point. Also you had stated that you are using active directory.  Did you want your active directory to be able to sync up with the new exchange server? If so there are some steps that I would like to talk to you about on how to do so.

Thanks,

Joseph Sweeney

CREATIVE IT - 00877

**CRC Data Tier 2 | Windstream Business Hosting Support**
o: 800.316.4581,1 | f: 877.817.1242
Joseph.Sweeney@windstream.com | windstreamhosting.com

---

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Thursday, January 02, 2014 9:51 AM
**To:** Sweeney, Joseph; cdickey@mimecast.com
**Cc:** jean@expagency.com; Strunk, Tracy Marie; Mcswiney, Mike; Graham, Mary
**Subject:** RE: Case Update: MIME603741 - XA Implementation

Joseph,
What's the status with what you were trying to do (in regards to opening the ports, trying to telnet into our system, etc)?
What are the next steps that will need my involvement?
I just need to plan and adjust my schedule accordingly so that I may be available.

Thanks,
David



David Tuma
Creative IT Consulting, LLC
dtuma@creativeitconsulting.com
Phone: 312-493-4781
Fax: 312-528-9221

---

**From:** Sweeney, Joseph [mailto:Joseph.Sweeney@windstream.com]
**Sent:** Tuesday, December 31, 2013 3:31 PM
**To:** David Tuma; cdickey@mimecast.com
**Cc:** jean@expagency.com; Strunk, Tracy Marie; Mcswiney, Mike; Graham, Mary
**Subject:** RE: Case Update: MIME603741 - XA Implementation

Daivd,

You are safe to assume to set that up after exchange. We will set that up at the time when we change over your MX records. Also as per are converstation earlier, looks like we are going to need a bigger port range open on your firewall.  We would need to open ports 1-65500.

Thanks,

Joseph Sweeney
**CRC Data Tier 2 | Windstream Business Hosting Support**
o: 800.316.4581,1 | f: 877.817.1242
Joseph.Sweeney@windstream.com | windstreamhosting.com

---

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Tuesday, December 31, 2013 3:58 PM
**To:** cdickey@mimecast.com; Sweeney, Joseph
**Cc:** jean@expagency.com; Strunk, Tracy Marie; Mcswiney, Mike; Graham, Mary
**Subject:** RE: Case Update: MIME603741 - XA Implementation

8

CREATIVE IT - 00878

Joseph, and anybody else at Windstream.

Am I safe to assume, this needs to be done AFTER hosted exchange has been setup with you?
As, I do not know what the 'inbound smart host' is/will be with Windstream's hosted exchange.

Thanks,
David



David Tuma
Creative IT Consulting, LLC
dtuma@creativeitconsulting.com
Phone: 312-493-4781
Fax: 312-528-9221

**From:** cdickey@mimecast.com [mailto:cdickey@mimecast.com]
**Sent:** Tuesday, December 31, 2013 2:51 PM
**To:** David Tuma
**Cc:** jean@expagency.com; Tracy.Strunk@windstream.com; Mike.Mcswiney@windstream.com;
Mary.Graham@windstream.com
**Subject:** RE: Case Update: MIME603741 - XA Implementation

In order to get XA setup with Mimecast, someone will need to follow the Request for Information link that I sent out in the welcome message at the beginning of this thread and fill out the information about XA's mail environment. In lieu of Inbound/Outbound IP addresses, just enter 0.0.0.0. Please include the inbound Smart host name they currently use for their mail as well as all domains owned by them.

**Christopher Dickey**
Implementation Engineer

m:
p: +1 781 996 5340

w: www.mimecast.com
Address click here



 

**From:** Gambrell, Karen [mailto:Karen.Gambrell@windstream.com]
**Sent:** Monday, December 30, 2013 8:53 PM
**To:** dtuma@creativeitconsulting.com
**Cc:** Christopher Dickey; jean@expagency.com; Strunk, Tracy Marie; Mcswiney, Mike; Graham, Mary
**Subject:** RE: Case Update: MIME603741 - XA Implementation

Adding Mike McSwiney and Mary Graham

**From:** dtuma@creativeitconsulting.com [mailto:dtuma@creativeitconsulting.com]
**Sent:** Monday, December 30, 2013 6:07 PM
**To:** Gambrell, Karen; Strunk, Tracy Marie

9

CREATIVE IT - 00879

**Cc:** Strunk, Tracy Marie; cdickey@mimecast.com; jean@expagency.com
**Subject:** RE: Case Update: MIME603741 - XA Implementation

Christopher… all good questions to which we do NOT have the answers for.

We are currently in process of just setting up 'hosted exchange' services with Windstream.
I think that 'mimecast' involvement is NOT required until 'hosted exchange' has been setup with windstream?
AND, it should be Windstream corresponding with you about your questions and NOT us?

Let me know if the above statement is accurate.
Thanks,
David



David Tuma
Creative IT Consulting, LLC
dtuma@creativeitconsulting.com
Phone: 312-493-4781
Fax: 312-528-9221

**From:** Karen.Gambrell@windstream.com [mailto:Karen.Gambrell@windstream.com]
**Sent:** Monday, December 30, 2013 4:49 PM
**To:** David Tuma
**Cc:** Tracy.Strunk@windstream.com
**Subject:** RE: Case Update: MIME603741 - XA Implementation

David,

RFI (Request for Information):

*Step 1 : Request for Information*

*In order for us to create your organization's online account, we need to collect some information on your email infrastructure, such as sending/receiving IP address and email domain names.*

*Please complete our online Request for Information form. It's important to provide this information so we can get you up and running.*

*Once we have received all the information, we can create your account and move onto Step 2.*

*Should you have any extra rules or policies, please communicate these with the connect team, and they will endeavor to assist you in setting these up.*

*If you have any queries or issues, please contact me directly, or any of the Mimecast Connect Team on the numbers provided below.*

*Kind regards,*
*Christopher Dickey*

**From:** dtuma@creativeitconsulting.com [mailto:dtuma@creativeitconsulting.com]

CREATIVE IT - 00880

**Sent:** Monday, December 30, 2013 5:34 PM
**To:** Gambrell, Karen; Strunk, Tracy Marie
**Cc:** Strunk, Tracy Marie
**Subject:** RE: Case Update: MIME603741 - XA Implementation

What is a RFI?



David Tuma
Creative IT Consulting, LLC
dtuma@creativeitconsulting.com
Phone: 312-493-4781
Fax: 312-528-9221

**From:** Christopher Dickey [mailto:cdickey@mimecast.com]
**Sent:** Monday, December 30, 2013 4:22 PM
**To:** Karen.Gambrell@windstream.com
**Cc:** Tracy.Strunk@windstream.com; David Tuma
**Subject:** RE: Case Update: MIME603741 - XA Implementation

I checked and to date, there is no RFI associated with this account.

**Christopher Dickey**
Implementation Engineer

m:
p: +1 781 996 5340

w: www.mimecast.com
Address click here





**From:** Karen.Gambrell@windstream.com [mailto:Karen.Gambrell@windstream.com]
**Sent:** Monday, December 30, 2013 5:12 PM
**To:** Christopher Dickey
**Cc:** Tracy.Strunk@windstream.com; dtuma@creativeitconsulting.com
**Subject:** RE: Case Update: MIME603741 - XA Implementation

Christopher,

The below email and all correspondence should go directly to David Tuma (included in the cc). He is the contact for XA Exchange. Please verify that Mimecast has not already received this information.

Please continue to copy Tracey Strunk and me on additional correspondence.

Thank you,

Karen

**From:** cdickey@mimecast.com [mailto:cdickey@mimecast.com]

11

CREATIVE IT - 00881

**Sent:** Monday, December 30, 2013 5:07 PM
**To:** Gambrell, Karen; Strunk, Tracy Marie
**Subject:** RE: Case Update: MIME603741 - XA Implementation

I need someone to fill out the RFI and submit it so I can build the actual account.

| Christopher Dickey | m: | w: www.mimecast.com |
|---|---|---|
| Implementation Engineer | p: +1 781 996 5340 | Address click here |



   

**From:** Karen.Gambrell@windstream.com [mailto:Karen.Gambrell@windstream.com]
**Sent:** Monday, December 30, 2013 5:04 PM
**To:** Christopher Dickey
**Subject:** RE: Case Update: MIME603741 - XA Implementation

Christopher,

This case is already being worked by Michael DeFusco. Do you need additional information from the customer?

Karen

**From:** Christopher Dickey [mailto:cdickey@mimecast.com]
**Sent:** Monday, December 30, 2013 5:02 PM
**To:** Gambrell, Karen; Strunk, Tracy Marie
**Subject:** Case Update: MIME603741 - XA Implementation



## Update for Case #MIME603741 - "XA Implementation"



Dear Karen Gambrell,

Congratulations on your first step towards taking full control of your email environment!

Mimecast provides unified email management with a single online Software-as-a-Service (SaaS) solution, so you don't need to install any new software or hardware.

It takes just 7 steps to get you connected:

CREATIVE IT - 00882

**CONNECT STEPS**

**Step 1:** Request for Information
**Step 2:** Mimecast Account Creation
**Step 3:** Sending Email Out Through Mimecast (Firewalls & SMTP Connectors)
**Step 4:** Recipient Validation and Journaling
**Step 5:** Allowing Mimecast to Accept Mail on Your Behalf (MX Records)
**Step 6:** Firewall Lockdown
**Step 7:** Confirmation of Connection

Our Connecting to Mimecast - Implementation Guide contains detailed information on each of these steps.

**Step 1 : Request for Information**

In order for us to create your organization's online account, we need to collect some information on your email infrastructure, such as sending/receiving IP address and email domain names.

Please complete our online Request for Information form. It's important to provide this information so we can get you up and running.

Once we have received all the information, we can create your account and move onto Step 2.

**Should you have any extra rules or policies, please communicate these with the connect team, and they will endeavor to assist you in setting these up.**

If you have any queries or issues, please contact me directly, or any of the Mimecast Connect Team on the numbers provided below.

Kind regards,
Christopher Dickey

Mimecast North America, Inc.
480 Pleasant Street
Watertown, MA 02472
781-996-5340
1800 660 1194 (Local)

**Disclaimer**

The information contained in this communication from the sender is confidential and may be legally privileged. It is intended solely for use by the intended recipient and others authorized to receive it. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful.

Mimecast Ltd. is a company registered in England and Wales with the company number 4698693 VAT No. GB 832 5179 29

Registered Office:2-8 Balfe Street, London, N1 9EG

Email Address: info@mimecast.com

This email message and any attachments are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

CREATIVE IT - 00883

**From:** David Tuma
**Sent:** Wednesday, February 19, 2014 2:16 PM
**To:** Jean Wilson
**Subject:** FW: XA project

Jean,
Once again from Joseph Sweeney... 'Please hold, I will call you back once I talk to an Admin'.

I told him that HE has to find a solution, and that I cannot do the work on it myself.

Let me know if you get any feedback on your side regarding if we can talk directly to the 'Admin' there.

TTYL,
David



David Tuma
Creative IT Consulting, LLC
dtuma@creativeitconsulting.com
Phone: 312-493-4781
Fax: 312-528-9221

**From:** David Tuma
**Sent:** Wednesday, February 19, 2014 12:50 PM
**To:** 'Sweeney, Joseph'
**Subject:** RE: XA project

Joe and Jean are currently the users I'm working with.
But the scenario is awful.
Jean's OST file is up to 38GB now, when in fact the online mailbox shows only at 17gb and it was 14gb on our server prior to data migration.
Similar issue with Joe, but his issue is even greater.
The amount of data on OUR server for his mailbox shows as 615mb....   Then you migrated that data to your server and it shows as 20GB!!!! WTF!!!!

Something AWFUL must have happened with the multiple data pulls that were done.

I have Joe, and Jean working on their desktop computers in 'non cached' mode right now, as outlook was never finishes synchronizing... and in fact freezes up their computer if trying to open the OST files.... And their laptops ran out of space trying to fit the 38gb and 20gb OST files on there.

We need to talk,
Please call me now  on my cell number.

1

CREATIVE IT - 01074



David Tuma
Creative IT Consulting, LLC
dtuma@creativeitconsulting.com
Phone: 312-493-4781
Fax: 312-528-9221

**From:** Sweeney, Joseph [mailto:Joseph.Sweeney@windstream.com]
**Sent:** Wednesday, February 19, 2014 11:09 AM
**To:** David Tuma
**Cc:** Jean Wilson
**Subject:** RE: XA project

Hello David,

I was just made aware that some of your users outlook profiles are resyncing constantly? When speaking with Joe Wagner he had mentioned that this is happening to multiple users.  Are you able to provide a list of a couple users that this is happening to? If your turn of cache mode that should stop that from happening as well. Please let me know if this works for you.

Thank you,

Joseph Sweeney
**CRC Data Tier 2 | Windstream Business Hosting Support**
o: 800.316.4581,1 | f: 877.817.1242
Joseph.Sweeney@windstream.com | windstreamhosting.com

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Wednesday, February 19, 2014 12:46 AM
**To:** Sweeney, Joseph
**Cc:** Jean Wilson
**Subject:** RE: XA project

Hi Joseph,
Sorry, a few  more simple question:

-OWA:  users saying it kicks them out like after 15 minutes.  What are the options to stay logged in for hours without being kicked off?
-web site redirecting:  any issues if we purchase a domain (ex:  xawebmail.com) and do website forwarding to the https://exchange.windstreamhosting.com/mail site?  Just to make webmail access a bit more 'branded' and easier for users to remember to get to.

That's it for now.
Thanks,
David

2

CREATIVE IT - 01075



David Tuma
Creative IT Consulting, LLC
dtuma@creativeitconsulting.com
Phone: 312-493-4781
Fax: 312-528-9221

**From:** Sweeney, Joseph [mailto:Joseph.Sweeney@windstream.com]
**Sent:** Tuesday, February 18, 2014 4:04 PM
**To:** David Tuma
**Subject:** RE: XA project

Email Archiving.
http://exchange.windstreamhosting.com/support/kb/viewKBArticle.asp?id=1685

---

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Tuesday, February 18, 2014 4:53 PM
**To:** Sweeney, Joseph
**Subject:** RE: XA project

Can u call my cell within 10 min?
312-493-4781. Just for a recap

Sent from my Sony Xperia™ smartphone

---- Sweeney, Joseph wrote ----

All of the users just finished. I rerunning the few again that ran before the mail flow was turned off right now. Those include: Aya Cody, Phillip, backupexec, Nicole Pecha, feedback, Fultons Bar, Taylor Parmacek, Kiel Guba, Darren Andereck.

Joe

---

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Tuesday, February 18, 2014 2:08 PM
**To:** Sweeney, Joseph
**Subject:** RE: XA project

So, how about now?
If Jessie is not done, make her priority.
Then Mia, Mike, Natallia

**From:** Sweeney, Joseph [mailto:Joseph.Sweeney@windstream.com]
**Sent:** Tuesday, February 18, 2014 11:13 AM

3

CREATIVE IT - 01076

**To:** David Tuma
**Subject:** RE: XA project

User still have to go. If you need to increase the priority on any of these users please let me know.

Lucille Hansen
USA Network
Jessie Lomma
Administrator
Maissah Amin
Alia Rajput
xaguest
Info At Experiential Agency
info studioagdesign
Claire Frederick
inquiries
Ron Burkhardt
Nicole Pernice
Evann Scibek
Michelle Pavlack
Kaye Johnson
Ashley Boll
Sophia Paliov
Christy Smith
Megan Parkins
Jeffrey Devlin
Asma Guernah
Gina Stefani
Mia Blagsvedt
Jim Ennis
savethedate
Se Hee Choe
USA Network
Dawn Benner
Mike Day
Natallia Tsynkevich
XA RSVP
Alyce Bonnar
Remigio Gudin

As for prompts I would like to make sure auto discover is working properly. Can you follow the steps in this article:
http://exchange.windstreamhosting.com/support/kb/viewKBArticle.asp?id=2445

Thank you,

Joseph Sweeney
**CRC Data Tier 2 | Windstream Business Hosting Support**
o: 800.316.4581.1 | f: 877.817.1242
Joseph.Sweeney@windstream.com | windstreamhosting.com

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Tuesday, February 18, 2014 11:49 AM
**To:** Sweeney, Joseph
**Subject:** RE: XA project

4

CREATIVE IT - 01077

No cell signal in skyscraper.
312-239-2369

Sent from my Sony Xperia™ smartphone


---- Sweeney, Joseph wrote ----

Hello David,

What number do you want me to call you on? I've been trying to reach you on 312-493-4781.

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Tuesday, February 18, 2014 11:37 AM
**To:** David Tuma; Sweeney, Joseph
**Subject:** RE: XA project


Call me please,  users screaming at me they still don't see email from Friday noon to Monday noon.
One specific user screaming the most Elizabeth Hammel.

Sent from my Sony Xperia™ smartphone


---- Sweeney, Joseph wrote ----

Text record should be
"v=spf1 include:spf.serverdata.net ~all"

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Monday, February 17, 2014 1:38 PM
**To:** Sweeney, Joseph
**Subject:** RE: XA project

The phones are labeled wrong here:
Please use:  312-239-2369


**From:** Sweeney, Joseph [mailto:Joseph.Sweeney@windstream.com]
**Sent:** Monday, February 17, 2014 8:26 AM
**To:** David Tuma
**Subject:** RE: XA project

Hello David,

Do you know what time that you wanted to do the cutover?

Thanks,
Joe

5

CREATIVE IT - 01078

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Sunday, February 16, 2014 5:20 PM
**To:** Sweeney, Joseph
**Subject:** RE: XA project

Fyi.. I had no return call from COO about the desired cutover.
I'm just scheduling it for tomorrow.. I'll talk to them at that time, and pick a cutover time.
Talk to you Monday,
David



David Tuma
Creative IT Consulting, LLC
dtuma@creativeitconsulting.com
Phone: 312-493-4781
Fax: 312-528-9221

**From:** Sweeney, Joseph [mailto:Joseph.Sweeney@windstream.com]
**Sent:** Sunday, February 16, 2014 1:03 PM
**To:** David Tuma
**Subject:** RE: XA project

http://exchange.windstreamhosting.com/support/kb/viewKBArticle.asp?id=1244
Spam Settings

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Sunday, February 16, 2014 11:57 AM
**To:** Sweeney, Joseph
**Cc:** Jean Wilson
**Subject:** RE: XA project

Hi Joseph,
I will call you later today.
We will not be doing the cutover today, but tomorrow morning.
There must have been a misunderstanding about the 'forwarding', as Jason said it is NOT a 'forwarding of a copy' of incoming messages from your system to ours, but rather a 'redirect'.
This caused MAJOR problems for us from Thursday night to Friday morning, as NONE of the email that came IN to your system, was forwarded to ours. Additionally, apparently the 'redirect' was not turned on Thursday night (forgotten, or a glitch), and we missed a lot of email and caused hours of extra work for us on Friday (we had to log into your system as every user, export the email from Thursday night to Friday morning and import it into ours).

I will call you later today (probably around 1pm CST), to discuss the plan for Monday.

Thank you,
David



6

CREATIVE IT - 01079

David Tuma
Creative IT Consulting, LLC
dtuma@creativeitconsulting.com
Phone: 312-493-4781
Fax: 312-528-9221

---

**From:** Sweeney, Joseph [mailto:Joseph.Sweeney@windstream.com]
**Sent:** Sunday, February 16, 2014 7:47 AM
**To:** David Tuma
**Subject:** RE: XA project

Hello David,

Just wanted to follow up with you. Looks like the cutover isn't complete. When speaking with Jason he had mentioned that you were thinking about completing the cut today. I will be in today until 5pm eastern time if you wish to proceed.

Thank you,

Joseph Sweeney
CRC Data Tier 2 | Windstream Business Hosting Support
o: 800.316.4581,1 | f: 877.817.1242
Joseph.Sweeney@windstream.com | windstreamhosting.com

---

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Thursday, February 13, 2014 12:55 PM
**To:** David Tuma; Sweeney, Joseph
**Cc:** Jean Wilson; Jason R. White
**Subject:** RE: XA project

Can u assist with the mx record changes tonight... Or someone else tonight after 6pm cst?  As for the public folder security it was not just Kate, it was all users except Joe and jean, Kate was just an example. What about moving forward by creating new users, will they have access to public folders?  Kate was created manually on your system and did not have default access to see all the public folders.

Sent from my Sony Xperia™ smartphone

---- Sweeney, Joseph wrote ----

Hello David,

We hope to get the Data pull completed by the end of the day. I will e-mail you as soon as it gets completed. As for security issue with the public folders, that issue should be resolved and your user kate should be able to see all the folders. Jason will be the technical contact that you are working with.  We should be able to do the cutover tomorrow as long as the mx records propagate. The mx records again are west.smtp.exch029.serverdata.net and east.smtp.exch029.serverdata.net. The autodiscover record is ar-east.exch029.serverdata.net.

Thank you,

Joseph Sweeney
CRC Data Tier 2 | Windstream Business Hosting Support

7

CREATIVE IT - 01080

o: 800.316.4581,1 | f: 877.817.1242
Joseph.Sweeney@windstream.com | windstreamhosting.com

---

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Thursday, February 13, 2014 10:24 AM
**To:** Sweeney, Joseph
**Cc:** Jean Wilson; Jason R. White - Blacbox (jwhite@midcosystems.com)
**Subject:** RE: XA project

Joseph,
What's the status:
Data pull?
Public folder security issue?

Are we going to be able to do a cutover tomorrow morning?  Who's the technical contact I'll be working with since you are not in?
Do we need to do any work today?(which may be difficult as I'm on site at client appointments)


David Tuma
Creative IT Consulting, LLC
dtuma@creativeitconsulting.com
Phone: 312-493-4781
Fax: 312-528-9221

---

**From:** Sweeney, Joseph [mailto:Joseph.Sweeney@windstream.com]
**Sent:** Monday, February 10, 2014 12:40 PM
**To:** David Tuma
**Subject:** RE: XA project

I'm available at any time.


Joseph Sweeney
**CRC Data Tier 2 | Windstream Business Hosting Support**
o: 800.316.4581,1 | f: 877.817.1242
Joseph.Sweeney@windstream.com | windstreamhosting.com

---

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Monday, February 10, 2014 12:05 PM
**To:** Sweeney, Joseph
**Subject:** RE: XA project

Joseph,
When's is a good time to call you today?


David Tuma

8

CREATIVE IT - 01081

Creative IT Consulting, LLC
dtuma@creativeitconsulting.com
Phone: 312-493-4781
Fax: 312-528-9221

---

**From:** Sweeney, Joseph [mailto:Joseph.Sweeney@windstream.com]
**Sent:** Thursday, February 06, 2014 3:20 PM
**To:** David Tuma
**Subject:** RE: XA project

Hello David,

Are you able to have your user's stop clearing up there mailboxes. When you move the messages internally it creates a new message id. When we pull the data over it would create duplicate entries. I'm having my admin team, do a complete resync 3 days priors to mimize duplications from that.

Thanks,
Joe

---

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Wednesday, February 05, 2014 2:46 PM
**To:** Sweeney, Joseph
**Cc:** Jean Wilson
**Subject:** RE: XA project

Thank you for the confirmation Joseph... the sync WILL synchronize deletions... that is great.
At this point were anticipating for a 'cutover' on Friday the 14th....
I will need help with MX record changes of course... and anything else I need to do on my end.

Not sure how this date affects you.. I thought that you did NOT work on Friday's.
If you at all CAN work that day, it would be great since you KNOW this project.
If you can't, I would appreciate that you update another tech on all the steps.
Ex:  that you have to delete any/all calendars in the public folders, and pull that fully again, etc...

Thanks in advance,
David



David Tuma
Creative IT Consulting, LLC
dtuma@creativeitconsulting.com
Phone: 312-493-4781
Fax: 312-528-9221

---

**From:** Sweeney, Joseph [mailto:Joseph.Sweeney@windstream.com]
**Sent:** Wednesday, February 05, 2014 1:41 PM
**To:** David Tuma
**Subject:** RE: XA project

9

CREATIVE IT - 01082

It will sync the deleted items.

**From:** David Tuma [mailto:dtuma@creativeitconsulting.com]
**Sent:** Wednesday, February 05, 2014 2:16 PM
**To:** Sweeney, Joseph
**Subject:** RE: XA project

Thanks for the confirmation Joseph.
Yes, we are still setting up outlook profiles, straggling users that are just NOW giving us their laptops.

But, I have a question, I maybe asked before.
Current users that we have already 'pulled' their data for... when you do the 'differential' sync, it's understood that any new data on OUR server WILL be pulled to yours.
BUT, does that also include ANY and ALL changes in their outlook (ex: new folders, deleted emails, their emptied deleted items, etc).
I'm MOSTLY wondering about deleted items.. as we WANT deletions to be synchronized.   Some people are cleaning up their inboxes and sent items, and I need to know that those deletions WILL be synchronized to your server.

Thanks,
David



David Tuma
Creative IT Consulting, LLC
dtuma@creativeitconsulting.com
Phone: 312-493-4781
Fax: 312-528-9221

**From:** Sweeney, Joseph [mailto:Joseph.Sweeney@windstream.com]
**Sent:** Monday, February 03, 2014 12:39 PM
**To:** Jason White; David Tuma
**Cc:** Medford, Kenneth; Mcswiney, Mike; Graham, Mary; Michael DeFusco <mdefusco@mimecast.com> (mdefusco@mimecast.com); Baum, Rick; Marx, Kevin R; jean@expagency.com; Brasch, Tanner; Strunk, Tracy Marie
**Subject:** RE: XA project

The process of a migration takes time. We ran into issues during the data import from the original exchange server as well as Directly Link issues. Before moving forward we will need all the outlook profiles setup. We will also need to have an autodiscover record added before we can proceed with the final cutover. I would need a date from David to when we want to schedule the final cutover.

Joseph Sweeney
**CRC Data Tier 2 | Windstream Business Hosting Support**
o: 800.316.4581,1 | f: 877.817.1242
Joseph.Sweeney@windstream.com | windstreamhosting.com

**From:** Jason White [mailto:jwhite@midcosystems.com]
**Sent:** Monday, February 03, 2014 11:13 AM

CREATIVE IT - 01083

**To:** Sweeney, Joseph; David Tuma; Gambrell, Karen
**Cc:** Medford, Kenneth; Mcswiney, Mike; Graham, Mary; Michael DeFusco <mdefusco@mimecast.com> (mdefusco@mimecast.com); Baum, Rick; Marx, Kevin R; jean@expagency.com; Brasch, Tanner; Strunk, Tracy Marie
**Subject:** RE: XA project

Why has it taken so long to convert the users to the new environment? I am looking for specifics as I don't want Wednesday to get here and have something happen that is going to make you push this migration again.


Jason White
Account Executive
MidCo Inc
221 Shore Court
Burr Ridge, Il 60527
Direct: 630-590-8330  Fax: 630-590-8430
www.midcosystems.com




**From:** Sweeney, Joseph [mailto:Joseph.Sweeney@windstream.com]
**Sent:** Monday, February 03, 2014 10:00 AM
**To:** Jason White; David Tuma; Gambrell, Karen
**Cc:** Medford, Kenneth; Mcswiney, Mike; Graham, Mary; Michael DeFusco <mdefusco@mimecast.com> (mdefusco@mimecast.com); Baum, Rick; Marx, Kevin R; jean@expagency.com; Brasch, Tanner
**Subject:** RE: XA project

When Speaking with David he expects to have all of his e-mail clients updated to the new outlook profiles on Wednesday. After that is completed then we are able to move forward with the migration.

Thank you,

Joseph Sweeney
**CRC Data Tier 2 | Windstream Business Hosting Support**
o: 800.316.4581,1 | f: 877.817.1242
Joseph.Sweeney@windstream.com | windstreamhosting.com

**From:** Jason White [mailto:jwhite@midcosystems.com]
**Sent:** Monday, February 03, 2014 10:57 AM
**To:** Sweeney, Joseph; David Tuma; Gambrell, Karen
**Cc:** Medford, Kenneth; Mcswiney, Mike; Graham, Mary; Michael DeFusco <mdefusco@mimecast.com> (mdefusco@mimecast.com); Baum, Rick; Marx, Kevin R; jean@expagency.com; Brasch, Tanner
**Subject:** XA project

All,

Can I please get an update on this project? I had a phone call with XA last week and just learned that they are still not on the new email solution that was promised at the beginning of January. I unfortunately had to step away for a bit and had limited access to email and phone but before I left I truly thought this was well in hand.

Regards,

11

CREATIVE IT - 01084

Jason White
Account Executive
MidCo Inc
221 Shore Court
Burr Ridge, Il 60527
Direct: 630-590-8330  Fax: 630-590-8430
www.midcosystems.com



This email message and any attachments are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

CREATIVE IT - 01085