Exhibit W

| | |
|---|---|
| From: | David Tuma |
| Sent: | Tuesday, July 08, 2014 4:28 PM |
| To: | Darren Andereck; 'Joe Wagner (joe@hudson-gray.com)'; 'Mia Blagsvedt (Mia@hudson-gray.com)'; jessie@hudson-gray.com |
| Subject: | SERVER ACCESS!!! |
| Attachments: | Hudson Gray Server.pdf |

Hello all…
So I had a NICE meeting with ITSavvy today about the 'hudson gray data server'.
There is a way to connect to the server without ANY app being installed, or synchronization, etc…
It works from a PC and a MAC with the very usual way of a 'mapped network drive' in 'computer' on a PC, and a 'Mounted network drive' on the desktop on a Mac… the same way as you have been doing it in the past.

Attached is a document which explains the procedure for the PC, the MAC, and also talks about the 'mobile app'.

Please print and distribute between yourselves as I don't think I emailed everyone in that office.

Thanks,
David



**David Tuma**
**Creative IT Consulting, LLC**
dtuma@creativeitconsulting.com
Phone: 312-493-4781
Fax: 312-528-9221

CREATIVE IT - 01523