UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CMG HOLDINGS GROUP, INC. as assignee of XA THE EXPERIENTIAL AGENCY, INC., <br><br>      Plaintiffs. <br><br>   -against- <br><br>JOSEPH WAGNER, HUDSONGRAY LLC, DARREN ANDERECK, JESSIE LOMMA, MICHAEL DAY, JEAN WILSON, ESTELLE PIZZO, STUDIO AG, LLC, REMIGIO GUDIN, and MIXED COMPANY, INC., <br><br>      Defendants. <br><br>JOSEPH WAGNER, DARREN ANDERECK AND JESSIE LOMMA, <br>      Third-Party Plaintiffs, <br><br>   -against- <br><br>GLENN LAKEN AND ALEXIS LAKEN, <br><br>      Third-Party Defendants. | Civil Action No.:  15-cv-05814-JPO <br><br>NOTICE OF WITHDRAWAL, *WITHOUT PREJUDICE*, OF MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING DEFENDANTS' SECOND AFFIRMATIVE DEFENSE AND FOR SUMMARY JUDGMENT DISMISSING THIRD-PARTY COMPLAINT |

  **PLEASE TAKE NOTICE** that Plaintiff, CMG Holdings, Inc. ("CMG"), as assignee of XA The Experiential Agency, Inc. (collectively "XA" or "Plaintiff"), and Third-Party Defendants, Glenn Laken and Alexis Laken (collectively, "Third-Party Defendants") hereby withdraw, *without prejudice*, their motion for partial summary judgment as to certain defenses and for summary judgment dismissing the Third-Party Complaint. (ECF Doc. Nos. 132-137).

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

1

Dated: New York, New York            **PECKAR & ABRAMSON, P.C.**
       December 3, 2018

                                  By: */s/ Kevin J. O'Connor, Esq.*
                                       KEVIN J. O'CONNOR
                                       1325 Avenue of the Americas, 10th Fl.
                                       New York, New York 10019
                                       Tel.: (212) 382-0909
                                       Fax.: (212) 382-3456
                                       Email: koconnor@pecklaw.com
                                       *Attorneys for Plaintiff and*
                                       *Third-Party Defendants*

TO:    Scott R. Matthews, Esq.
          Windels Marx Lane & Mittendorf, LLP
          156 West 56th Street
          New York, New York 10019
          Tel.: (212) 237-1025
          Email: smatthews@windelsmarx.com
          *Attorneys for Defendants and Third-Party Plaintiffs*

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

## DECLARATION OF SERVICE

I, Kevin J. O'Connor, hereby declare under penalty of perjury that on the below date, I served a copy of Plaintiff's Notice of Withdrawal, Without Prejudice, of Motion for Partial Summary Judgment Dismissing Defendants' Second Affirmative Defense and Third-Party Defendants' Motion for Summary Judgment Dismissing the Third-Party Complaint upon counsel for Defendants/Third-Party Plaintiffs via the Court's CM/ECF system as follows:

>Scott R. Matthews, Esq.
>Windels Marx Lane & Mittendorf, LLP
>156 West 56th Street
>New York, New York 10019
>Tel.: (212) 237-1025
>Email: smatthews@windelsmarx.com
>*Attorneys for Defendants and Third-Party Plaintiffs*

Dated: New York, New York             **PECKAR & ABRAMSON, P.C.**
       December 3, 2018

>By: */s/ Kevin J. O'Connor, Esq.*
>    KEVIN J. O'CONNOR
>    1325 Avenue of the Americas, 10th Fl.
>    New York, New York 10019
>    Tel.: (212) 382-0909
>    Fax.: (212) 382-3456
>    Email: koconnor@pecklaw.com
>    *Attorneys for Plaintiff and*
>    *Third-Party Defendants*

LAW OFFICES
Peckar & Abramson
A Professional Corporation

3