UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CMG HOLDINGS GROUP, INC. as assignee of  :
XA, THE EXPERIENTIAL AGENCY, INC.,       :   Civil Action No.: 15-cv-05814-JPO
                                         :
             Plaintiff,                  :
                                         :
        vs.                              :   **STIPULATION**
                                         :
JOSEPH WAGNER, HUDSON GRAY, INC.,        :
DARREN ANDERECK, JESSIE LOMMA,           :
MICHAEL DAY, JEAN WILSON, ESTELLE        :
PIZZO, STUDIO AG, LLC, REMIGIO GUDIN,    :
and MIXED COMPANY, INC.,                 :
                                         :
             Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOSEPH WAGNER, JEFFREY SMITH, DARREN     :
ANDERECK, and JESSIE LOMMA,              :
                                         :
             Third-Party Plaintiffs,     :
                                         :
        vs.                              :
                                         :
GLENN LAKEN and ALEXIS LAKEN,            :
                                         :
             Third-Party Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**WHEREAS,** Plaintiff and Third Party Defendants filed a motion for partial summary judgment on November 16, 2018 (Dkt. Nos. 132-137) (the "Motion");

**WHEREAS,** the parties agreed and the Court ordered Defendants and Third Party Plaintiffs to file their response to the Motion on or before December 7, 2018 (Dkt. No. 142);

**WHEREAS,** Plaintiff and Third Party Defendants filed a notice of withdrawal of the Motion, without prejudice, on December 3, 2018 (Dkt. No. 143);

**WHEREAS,** Plaintiff and Third Party Defendants filed a renewed motion for partial summary judgment on December 3, 2018 (the "Pending Motion for Partial Summary Judgment") (Dkt. Nos. 144-149);

**IT IS HEREBY STIPULATED AND AGREED,** by and between the attorneys for the parties to the above captioned action that Defendants and Third Party Plaintiffs shall file their response to the Pending Motion for Summary Judgment on or before December 21, 2018, and Plaintiff and Third Party Defendants shall file their reply papers on or before January 11, 2019;

**IT IS FURTHER STIPULATED AND AGREED,** by and between the attorneys for the parties to the above captioned action that this Stipulation may be executed in any number of counterparts by fax or electronic signatures, which shall be deemed an originals for all purposes, and that this Stipulation may be filed with the Court without further notice to any party.

Dated: New York, New York
December 5, 2018

| | |
|---|---|
| **WINDELS MARX LANE & MITTENDORF, LLP** | **PECKAR & ABRAMSON, P.C.** |
| By: _____ <br> Scott R. Matthews, Esq. <br> 156 West 56th Street <br> New York, New York 10019 <br> Tel.: (212) 237-1025 <br> *Attorneys for Defendants and Third Party Plaintiffs* | By: _____ <br> Kevin J. O'Connor, Esq. <br> 1325 Avenue of the Americas, 10th Fl. <br> New York, New York 10019 <br> Tel.: (212) 382-0909 <br> *Attorneys for Plaintiff and Third Party Defendants* |

SO ORDERED

_____
J. Paul Oetken
United States District Judge
