UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
CMG HOLDINGS GROUP, INC., as successor to :
XA THE EXPERIENTIAL AGENCY, INC.,      :  Civil Action No.: 15-cv-05814-JPO
                                       :
                        Plaintiff,     :
                                       :
           vs.                         :  **DECLARATION OF**
                                       :  **JEAN WILSON**
JOSEPH WAGNER, HUDSON GRAY LLC,        :
DARREN ANDERECK, JESSIE LOMMA,         :
MICHAEL DAY, JEAN WILSON, ESTELLE      :
PIZZO, STUDIO AG, LLC, REMIGIO GUDIN,  :
and MIXED COMPANY, INC.,               :
                                       :
                        Defendants.    :
--------------------------------------------------------------x
JOSEPH WAGNER, JEFFREY SMITH, DARREN   :
ANDERECK, and JESSIE LOMMA,            :
                                       :
                 Third-Party Plaintiffs,:
                                       :
           vs.                         :
                                       :
GLENN LAKEN and ALEXIS LAKEN,          :
                                       :
                 Third-Party Defendants.:
--------------------------------------------------------------x

**JEAN WILSON**, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a defendant herein and an employee of defendant HudsonGray, Inc. I am fully familiar with the facts set forth below.

2. I submit this Declaration in opposition to Plaintiff's and Third-Party Defendants' motion for partial summary judgment.

3. I deny the vague and ambiguous allegations made in paragraph 4 of the Declaration of Alexis Laken, dated November 15, 2018 (the "Alexis Laken Declaration").

Specifically, I deny that I "carefully orchestrated and planned" any wrongdoing with Joseph Wagner or any other of the defendants named in this action. Furthermore, I did not commit any fraudulent acts, and so I deny that Alexis Laken learned of any such acts.

4. I also deny the allegations made in paragraph 11 of the Alexis Laken Declaration. Specifically, I deny that I caused XA to perform valuable services for Mike Axelrod – or for anyone else – without seeking the agreed upon payment. In fact, in Alexis Laken's email to Mr. Axelrod's attorney (Doc. No. 145-3, Ex. D), she noted that I had previously contacted Mr. Axelrod in an effort to collect the alleged debt.

5. Contrary to the allegations in paragraph 6 of the Alexis Laken Declaration, I did not feed the Defendants confidential or proprietary XA data.

6. Further, contrary to the allegations in paragraph 8 of the Alexis Laken Declaration, I did not create the email stating that the "administrator" was on a long vacation. Rather, I received that email in response to my inquiry to the "administrator."

Executed on December 19, 2018.

_____
Jean Wilson

{11648502:2}                                                    2