# EXHIBIT B

# CONFIDENTIAL

TO BE PROVIDED TO CHAMBERS SEPARATELY