Exhibit C

**SOL MLOT**, being duly sworn, deposes and says under the penalty of perjury:

1. I am the owner of certain shares of stock of CMG Holdings Group, Inc. ("CMGO"). I have personal knowledge of the facts set forth herein.

2. On June 29, 2013, I entered into a handwritten agreement with Glenn Laken. A true and accurate copy of that handwritten agreement is annexed hereto as **Exhibit 1**.

3. I have stated the facts of how this agreement came to be in a type-written statement that is annexed hereto as **Exhibit 2**. The information set forth in this statement is true and accurate.

4. My son, Barry Mlot, has been trying to retrieve monies that are due to me from Glenn Laken. I am not aware of Barry making any inaccurate statement concerning these issues.

_____
SOL MLOT

FGDL # M430 78033 4460

Sworn to before me this
24 day of September, 2015

_____
Notary Public

HOUTAN FARHANGI
Notary Public - State of Florida
My Comm. Expires Mar 11, 2016
Commission # EE 186847
Bonded Through National Notary A...

{11127818:1}

On a Sunday afternoon, April 2012, I met Glenn Laken in his mother's Chicago apartment. Soon the conversation turned to the stock market. Glenn asked if I would be interested in some good stock tips. I said yes, and shortly after that Glenn and I shook hands and said " partners" .

Over the next couple of months Glenn would call me on the phone and tell me what stocks I should buy or sell. During this period we made approximately 30-40 trades. That summer Glenn called and said very often he could not always contact me, and time lost meant money lost. He suggested that I give him the TD Ameritrade account # and password. I had known Glenn and his family for almost 60 years, I trusted him and foolishly gave him the information. A short time after that I gave him my Wells Fargo information as well. Over the next year or so Glenn made close to 400 trades ( over 150 on CMGO)

One of the more interesting trades came in February 2013. Glenn said he had a tip on RGIN ( Regenicin). Through a series of emails( I'll send you a copy) I was asked to wire $100,000 (plus a $750 fee) for approximately 2,000,080 shares of stock. A few months after this transaction I learned that in June 2012 the CEO of RGIN had lied about an FDA approval of their skin graft product PermaDerm. The stock rose 80% on the news, but dropped sharply a few days later when it was learned that no such FDA approval existed. I found this news very disturbing. Why would Glenn have me invest in this kind of stock.

By the summer of 2013 Glenn was still averaging several trades a day. The portfolio was losing about $250,000, and I was becoming more and more concerned. Glenn had just received a $1,000,000 annuity following the death of his mother-in-law, so I talked to him and asked for some money to cover at least part of his share of the losses. It was then that I learned that Glenn's idea of a partnership was only the investments in CMGO and he was not responsible for the losses in the other 5 stocks ( MDNT, SIBE,RGIN,AEYE,and TNIB) despite the hundreds of trades that he had made. Glenn had me sign a sheet of paper to this effect, saying that if I didn't sign I would get nothing. I was so upset that it began to affect my health and my relationship with Glenn's mother.

A week or so later my son Barry noticed some questionable trades on my Wells Fargo account. At this point I had my sons change the passwords to all the accounts. A few days after changing the passwords Barry and I met with Glenn outside his mother's apartment( August 10,2013). Glenn still insisted we were only partners in CMGO, but he agreed to be responsible for half the losses in TNIB, and he signed the attatched document. The catch was that Glenn would be solely responsible for all trades in these two stocks. So if the stocks are never sold Glenn will never be responsible for their losses.

In April 2014 I learned that Glenn had been named CEO of CMGO. This explained the 200+ trades ( over 14,000,000 shares) in the stock since April 2012. Glenn took advantage of a nearly 60 year family friendship to advance his career and his finances .

Although Glenn called occasionally from August 2013- March 2014 and told me when to try to sell off shares of stock, he had yet to give me any money ( losses still about $250.000). After being named CEO, Glenn started calling more often using me to help him pump up the stock. At one point CMGO nearly doubled going from about .017 to .034 for a few brief moments around May 15th.

In the past year or so the stock has dropped some 90%, and my losses in Glenn's "partnership" is now about $300,000. I don't know what can be done legally to get my money back, but I just wanted to tell my story in hopes of preventing Glenn from doing this to others.

6/29/13

This is an agreement between Glenn Laken and Sol Mlot, dated June 29, 2013 whereas Sol Mlot has a position of approximately 14,000,000 shares of CMGO and wishes to have Glenn Laken to share in both the risk and reward of said position. Glenn Laken agrees to such a proposal, Mr. Laken will take on the responsibility of managing said position until its sale. Mr. Laken agrees to share equally both the profit and loss for the said position, from its inception Mr. Laken will have exclusive rights as to when the said position gets liquidated. Upon liquidation an accounting of said position shall be made and the profits or losses shall be divided within 30 days and a settlement shall be made. Mr. Laken agrees that he shall not take any profits said position, until Mr. Mlot is even on the including Mr Laken did for Mr. Mlot in his other accounts including TD Ameritrade and Wells Fap. Should the profits in Mr. Laken's trades over ride the loss in the CMGO trade Mr Laken shall not

be responsible for his 1/2 of the losses (if incurred) in CM60.

Signed this day
June 25, 2013

Glenn Laken

In the event that Sol Bijou becomes incapacitated, or deceased, Mr. Laken shall deal with Barry and Stuart Milet in his stead.

Profits shall be construed to mean net of all commissions.

6/29/13

The identical terms and conditions shall pertain to the stock of TNIB, as CM60. The conditions and terms shall exist from the first purchase of TNIB though the entirety of the trade.

August 4 2013