# EXHIBIT H

# CONFIDENTIAL

TO BE PROVIDED TO CHAMBERS SEPARATELY