Exhibit J

A-Z Topics  Site Map  FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Jobs | Business | Resources | Contact Us |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present.

**Find By Number**  **Find By Name**

| First | Middle | Last | Race | Age | Sex |
|---|---|---|---|---|---|
| glen | | laken | | | |

1 Result for search **glen laken**    Clear Form    Search

## GLEN B LAKEN

Register Number: 12999-424

Age:  64
Race:  White
Sex:  Male

Released On: 03/03/2008

**Related Links**

Call or email
Send mail/package
Send money
Visit
Voice a concern

About the inmate locator & record availability

| About Us | Inmates | Locations | Jobs | Business | Resources | Resources For ... |
|---|---|---|---|---|---|---|
| About Our Agency | Find an Inmate | List of our Facilities | Life at the BOP | Acquisitions | Policy & Forms | Victims & Witnesses |
| About Our Facilities | Communications | Map of our Locations | Explore Opportunities | Solicitations & Awards | News Articles | Employees |
| Historical Information | Custody & Care | Search for a Facility | Current Openings | Reentry Contracting | Publications | Former Inmates |
| Statistics | Visiting | | Our Hiring Process | | Research & Reports | Media Reps |
| | Voice a Concern | | | | | |

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government