Exhibit M



# invest0rshub

Support: 888-992-3836 | NewsWire | Home | **Log in**

**Join iHub today - FREE!**

**Click Here**

BUILD & PRICE

Legal

| Boards | Hot! | Tools | Crypto | Streamer | Level 2 |
|--------|------|-------|--------|----------|---------|

Get Quote          Search iHub

Quote   Chart   Level 2   Trades   News   Financials   **Historical**   Message Board

Cmg Holdings Group, Inc. (PN [v])   USOTC:CMGO     OK

Summary   Data Download   **More Historical Data**

## Cmg Holdings Group, Inc....

**Follow CMGO**

### CMGO Historical Prices

From  04/01/18   To  06/01/18    Go »

| Date | Open | Close | Change | Change (%) | Low | High | Volume |
|------|------|-------|--------|-----------|-----|------|--------|
| Jun 01 2018 | 0.01 | 0.0071 | -0.00317 | -30.87% | 0.007 | 0.0119 | 34,586,618 |
| May 31 2018 | 0.0145 | 0.01027 | 0.00 | +0.00% | 0.0066 | 0.0145 | 0 |
| May 31 2018 | 0.0145 | 0.01027 | -0.00273 | -21% | 0.0066 | 0.0145 | 39,760,646 |
| May 30 2018 | 0.0135 | 0.013 | -0.0001 | -0.76% | 0.0111 | 0.0165 | 29,675,482 |
| May 29 2018 | 0.0108 | 0.0131 | 0.0021 | +19.09% | 0.0099 | 0.014 | 20,558,283 |
| May 28 2018 | 0.014 | 0.011 | 0.00 | +0.00% | 0.0102 | 0.016 | 0 |
| May 25 2018 | 0.014 | 0.011 | -0.003 | -21.43% | 0.0102 | 0.016 | 20,998,181 |
| May 24 2018 | 0.01755 | 0.014 | -0.0023 | -14.11% | 0.013 | 0.0179 | 20,933,417 |
| May 23 2018 | 0.0197 | 0.0162999 | -0.0017 | -9.44% | 0.016 | 0.021 | 23,564,358 |
| May 22 2018 | 0.0175 | 0.018 | 0.00 | +0.00% | 0.0158 | 0.0208 | 0 |
| May 22 2018 | 0.0175 | 0.018 | 0.0011001 | +6.51% | 0.0158 | 0.0208 | 22,060,694 |
| May 21 2018 | 0.0124 | 0.0168999 | 0.0051999 | +44.44% | 0.011 | 0.0179 | 16,866,740 |
| May 18 2018 | 0.0145 | 0.0117 | -0.0013 | -10% | 0.0085 | 0.0149 | 35,158,127 |
| May 17 2018 | 0.0126 | 0.013 | -0.0002 | -1.52% | 0.0115999 | 0.0162 | 25,160,814 |
| May 16 2018 | 0.00685 | 0.0132 | 0.0062 | +88.57% | 0.00685 | 0.0144 | 54,786,682 |
| May 15 2018 | 0.007 | 0.007 | 0.00046 | +7.03% | 0.0057 | 0.0077 | 10,830,973 |
| May 14 2018 | 0.0061 | 0.00654 | 0.00 | +0.00% | 0.0053 | 0.008 | 0 |
| May 14 2018 | 0.0061 | 0.00654 | 0.00044 | +7.21% | 0.0053 | 0.008 | 30,357,676 |
| May 11 2018 | 0.0085 | 0.0061 | -0.0017 | -21.79% | 0.0055 | 0.01 | 42,077,328 |
| May 10 2018 | 0.00095 | 0.0078 | 0.007 | +875.00% | 0.00095 | 0.0078 | 56,739,280 |
| May 09 2018 | 0.0008 | 0.0008 | 0.0001 | +14.29% | 0.0008 | 0.0008 | 125,000 |
| May 08 2018 | 0.0007 | 0.0007 | 0.00 | +0.00% | 0.0007 | 0.0007 | 0 |
| May 07 2018 | 0.0007 | 0.0007 | 0.00 | +0.00% | 0.0007 | 0.0007 | 0 |
| May 04 2018 | 0.0007 | 0.0007 | -0.0002 | -22.22% | 0.0007 | 0.0007 | 13,000 |
| May 03 2018 | 0.0009 | 0.0009 | 0.00 | +0.00% | 0.0009 | 0.0009 | 0 |
| May 03 2018 | 0.0009 | 0.0009 | 0.0002 | +28.57% | 0.0009 | 0.0009 | 9,000 |
| May 02 2018 | 0.0007 | 0.0007 | 0.00 | +0.00% | 0.0007 | 0.0007 | 0 |
| May 01 2018 | 0.0007 | 0.0007 | 0.00 | +0.00% | 0.0007 | 0.0007 | 0 |
| Apr 30 2018 | 0.0007 | 0.0007 | 0.00 | +0.00% | 0.0007 | 0.0007 | 0 |
| Apr 27 2018 | 0.0007 | 0.0007 | 0.00 | +0.00% | 0.0007 | 0.0007 | 0 |
| Apr 27 2018 | 0.0007 | 0.0007 | 0.00 | +0.00% | 0.0007 | 0.0007 | 58,887 |
| Apr 26 2018 | 0.001 | 0.0007 | 0.00 | +0.00% | 0.0007 | 0.001 | 121,000 |
| Apr 25 2018 | 0.0007 | 0.0007 | 0.00 | +0.00% | 0.0007 | 0.0007 | 0 |
| Apr 25 2018 | 0.0007 | 0.0007 | -0.00024 | -25.53% | 0.0007 | 0.0007 | 137,400 |
| Apr 24 2018 | 0.00094 | 0.00094 | 0.00 | +0.00% | 0.00094 | 0.00094 | 0 |

E*TRADE makes pricing clear, the way it should be
At E*TRADE, our fees are clear and competitive. View our rates and fees, including pricing for stocks, options, ETFs, mutual funds, and more. .
E*TRADE Securities LLC
Open an Account at E*TRADE

**CMGO Historical - 1 Day**

@advfn.com

**CMGO Historical - 1 Year**

@advfn.com
Feb 18    Jun 18   Aug 18

Cmg Holdings Group, Inc. (PN) (CMGO) hit an upwards 5 year price breakout.
1 day ago

Cmg Holdings Group, Inc. (PN) (CMGO) hit an upwards 5 year price breakout.
2 days ago

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Apr 23 2018 | 0.001 | 0.00094 | 0.00024 | +34.29% | 0.00094 | 0.001 | 110,000 |
| Apr 20 2018 | 0.00085 | 0.0007 | -0.00025 | -26.32% | 0.0007 | 0.00085 | 110,000 |
| Apr 19 2018 | 0.00095 | 0.00095 | 0.00 | +0.00% | 0.00095 | 0.00095 | 0 |
| Apr 18 2018 | 0.0009 | 0.00095 | -0.00005 | -5% | 0.0009 | 0.00095 | 378,600 |
| Apr 17 2018 | 0.0008 | 0.001 | 0.00 | +0.00% | 0.00075 | 0.001 | 0 |
| Apr 17 2018 | 0.0008 | 0.001 | -0.0003 | -23.08% | 0.00075 | 0.001 | 263,400 |
| Apr 16 2018 | 0.0013 | 0.0013 | 0.00 | +0.00% | 0.0013 | 0.0013 | 0 |
| Apr 13 2018 | 0.0013 | 0.0013 | 0.00 | +0.00% | 0.0013 | 0.0013 | 0 |
| Apr 13 2018 | 0.0013 | 0.0013 | 0.00005 | +4.00% | 0.0013 | 0.0013 | 1,000 |
| Apr 12 2018 | 0.00125 | 0.00125 | 0.00 | +0.00% | 0.00125 | 0.00125 | 0 |
| Apr 11 2018 | 0.00125 | 0.00125 | 0.00 | +0.00% | 0.00125 | 0.00125 | 0 |
| Apr 10 2018 | 0.0014 | 0.00125 | 0.00035 | +38.89% | 0.00125 | 0.0014 | 1,310,000 |
| Apr 09 2018 | 0.0009 | 0.0009 | 0.00 | +0.00% | 0.0009 | 0.0009 | 3,500,000 |
| Apr 06 2018 | 0.0009 | 0.0009 | 0.00 | +0.00% | 0.0009 | 0.0009 | 0 |
| Apr 05 2018 | 0.0009 | 0.0009 | -0.0001 | -10% | 0.0009 | 0.0009 | 9,900 |
| Apr 04 2018 | 0.001 | 0.001 | 0.00 | +0.00% | 0.001 | 0.001 | 640,000 |
| Apr 03 2018 | 0.001 | 0.001 | -0.0007 | -41.18% | 0.001 | 0.001 | 5,000,000 |
| Apr 02 2018 | 0.0016 | 0.0017 | 0.0001 | +6.25% | 0.0009 | 0.0017 | 2,730,066 |


Cmg Holdings Group, Inc. (PN) (CMGO) hit an upwards 5 year price breakout.
5 days ago


Cmg Holdings Group, Inc. (PN) (CMGO) hit an upwards 5 year price breakout.
6 days ago

See More on the Follow Feed

**Your Recent History**
USOTC
CMGO
Cmg Holdin...

**Register now** to watch these stocks streaming on the ADVFN Monitor.

Monitor lets you view up to 110 of your favourite stocks at once and is **completely free** to use.

 Pot Stocks About to Explode NICI    VISIT SITE    dianomi
Sponsored Financial Content
 Unintended consequences: How deregulation could lead to credit risk (Nomura)
 Extreme Dividends - The Best Way to Generate Investment Income (The Oxford Club)
Dear Business Owners: You're Calculating Your Salary All Wrong (Gusto)
 © 2018 InvestorsHub.com, Inc.
About   Help   Educational   More   Partners

Investor Relations
About Us
Terms of Service
Privacy Policy
Advertise With Us
Data Accreditations
Disclaimer

FAQ
Handbook
Q&A Forum
Contact Us
Tutorials

Educational Channel
Stock Market 101
Educational Videos
Investor Help Forum
Personal Finance Q&A

Corporate Solutions
iHub on Facebook
iHub on Twitter
iHub iPhone/iPad App
iHub Android App
iHub BlackBerry App
iHub NewsWire

Marijuana Stocks
Stock Price