# EXHIBIT N

# CONFIDENTIAL

TO BE PROVIDED TO CHAMBERS SEPARATELY