Exhibit Q

CMG Holdings Group, Inc. (CMGO): Where's all the help today a little push          Page 1 of 4





CMG Holdings Group, Inc. (CMGO): My bet 10q out before opening tomorrow and          Page 1 of 3



CMG Holdings Group, Inc. (CMGO): How can you not be blown away by          Page 1 of 3



Support: 888-992-3836 | NewsWire | Home | Log in

 

USOTC:POTN



Join iHub today - FREE!



Click Here

| Boards | Hot! | Tools | Crypto | Streamer | Level 2 |

Get Quote

Search iHub

Advertise Here
Download the E*TRADE Mobile app and seize Opportunity anywhere.

    

Home > Boards > US OTC > Miscellaneous > CMG Holdings Group, Inc. (CMGO)
How can you not be blown away by

**Public Reply** | Private Reply | Keep | Last Read          Post New Msg          Replies (1) | Next 10 | Previous | Next



giantkiller

| giantkiller | |
| --- | --- |
| Followed By | 23 |
| Posts | 982 |
| Boards Moderated | 0 |
| Alias Born | 08/06/12 |



Friday, 08/23/13
08:43:59 AM

Re: None

Post # 39962 of 71043   Go

How can you not be blown away by these numbers, this is a company with a market cap of less than 3 million that has put up a quarter with a profit of almost the entire market cap. To focus on 100k of debt incurred at the beginning of the quarter is shortsighted and stupid. These are spectacular numbers for a penny stock. I want to be the first to congratulate management for a spectacular job!!!

Nasdaq

**Nasdaq Boardvantage®**

Going paperless with your board has never been easier

Advertise Here

Learn more

**Cmg Holdings Group, (CMGO)**
0.0131 ▲ 0.0021 (19.09%)
Volume: 20,558,283 @ 4:00:00 PM EDT
ET

Advertise Here

**Download the E*TRADE Mobile app and seize Opportunity anywhere.**

| Bid | Ask | Day's Range |
| --- | --- | --- |
| 0.0121 | 0.0139 | 0.0099 - 0.014 |

| CMGO Detailed Quote |
| --- |

CMG Holdings Group, Inc. (CMGO): I'm not knocking him, I'm only saying that          Page 1 of 3



DEF00165392
5/29/2018

CMG Holdings Group, Inc. (CMGO): Guys I can tell you I spoke to                Page 1 of 3



DEF00165395

5/29/2018

CMG Holdings Group, Inc. (CMGO): I know that Glenn keeps an eye on                     Page 1 of 2





Join iHub today - FREE!



Support: 888-992-3836 | NewsWire | Home | Log in

| Boards | Hot! | Tools | Crypto | Streamer | Level 2 |

 Get Quote

 Search iHub

Advertise Here

Trade on your terms at E*TRADE.

 

Home > Boards > US OTC > Miscellaneous > CMG Holdings Group, Inc. (CMGO)
I know that Glenn keeps an eye on

**Public Reply** | Private Reply | Keep | Last Read                Replies (1) | Next 10 | Previous | Next

Post New Msg

 

**giantkiller**

| Followed By | 23 |
| Posts | 982 |
| Boards Moderated | 0 |
| Alias Born | 06/06/12 |

**giantkiller**                           Sunday, 05/18/14 01:17:06 PM

Re: None                                                      0

Post # [47575] of 76537  [Go]

I know that Glenn keeps an eye on this board and is very interested in what you guys think. He sometimes calls me to ask me to answer stuff he sees on here, I just try and pass it along!

Advertise Here

Open an account at E*TRADE today.






### iHub NewsWire
### (https://ih.advfn.com/common/news/index-listing/ihnw)

High Hampton Engages Leading Global Greenhouse Design Firm Aurora Larssen Projects Inc. for Design and Support of CoachellaGr...
HHPHF · Jul 16, 2018 1:46 PM

Government Report In EU Re-Defines Cryptocurrencies
BTCUSD · Jul 16, 2018 12:47 PM

ICO Paradise in the USA?
BTCUSD · Jul 16, 2018 12:04 PM

Intersects 61 metres with an average grade of 0.75 g/t Au - Including 1.5 meters of 17.3 g/t Au
CBI · Jul 16, 2018 11:54 AM

Therapeutic Solutions International, Inc., Releases Intranasal Formulation of Pterostilbene
TSOI · Jul 16, 2018 9:00 AM

Start posting your company's news (/Boards/NewsWireDash.aspx). Only $200 per official company press release!





**Crypto Guru's**
**SIMPLE PLAN**
to Become a
**MILLIONAIRE**
With No Investment

WATCH NOW 

| Cmg Holdings Group, (CMGO) |
| 0.0059 ▼ -0.0001 (-1.67%) |
| Volume: 2,042,378 @ 2:09:51 PM EDT ET |

Advertise Here

Trade commission-free for 60 days
& get up to $600 when you open
an E*TRADE account!

| Bid | Ask | Day's Range |
| 0.0056 | 0.0062 | 0.0054 - 0.007 |

| CMGO Detailed Quote |

1D
1M
2M
3M



Support: 888-992-3836 | NewsWire | Home | Log in

Home > Boards > US OTC > Miscellaneous > CMG Holdings Group, Inc. (CMGO)

Mike don't like to contradict anyone but perhaps

Public Reply | Private Reply | Keep | Last Read          Post New Msg                    Next 10 | Previous | Next

**giantkiller**

Followed By    23
Posts          982
Boards Moderated 0
Alias Born     06/06/12

giantkiller                          Wednesday, 06/25/14
                                     11:54:22 AM
Re: poincianamike post#
48559
Post # 48563 of
81451   Go

Mike don't like to contradict anyone but perhaps you
could explain to me how Lakens options are
stopping the stock from moving up. He hasn't gotten
them, he is the ultimate insider, couldn't sell a share
without disclosing. I believe he is probably a buyer at
these levels. Don't believe that has anything to do
with the quiet in the stock, people just waiting on
developments, but that's just one mans opinion.

E*TRADE makes pricing clear,
the way it should be

At E*TRADE, our fees are clear and
competitive. View our rates and fees, including
pricing for stocks, options, ETFs, mutual funds,
and more.

E*TRADE Securities LLC

Open an Account at E*TRADE



**investorsHub**

Support: 888-992-3836 | NewsWire | Home | Log in

Join iHub today - **FREE!**

**Click Here**

Boards    Hot!    Tools    Crypto    Streamer    Level 2

Get Quote 🔍          Search iHub 🔍

E*TRADE Open an account.    E*TRADE Sign up now.    Advertise Here

Download the E*TRADE Mobile app and seize Opportunity anywhere.

E*TRADE Open an account.    THE CANNABIS REPORT    Ameritrade We don't Nickel and Dime    Ameritrade We don't Nickel and Dime    NADEX LEARN MORE    E*TRADE Sign up now.

Home > Boards > US OTC > Miscellaneous > CMG Holdings Group, Inc. (CMGO)
Well said Pickle, Glenn has been a friend

**Public Reply** | Private Reply | Keep | Last Read          Post New Msg          Next 10 | **Previous** | **Next**

**giantkiller**

Followed By    23
Posts              982
Boards Moderated    0
Alias Born    06/06/12

**+1**

**PUT MORE OF THE WORLD WITHIN REACH**

CITI®/ AADVANTAGE®
PLATINUM SELECT®
MASTERCARD®

**LEARN MORE ▶**

**giantkiller**

Re: Pic post# 48589

Post #  48590  of 76537  Go

Thursday, 06/26/14 12:46:48 PM

Well said Pickle, Glenn has been a friend of mine for many years, we traded together on the floor of the CME and I've been with him in good times and bad. I know he feels passionately about this company and its shareholders. That was his reason for taking the **options** and not the stock that was offered to him, 25 million shares, he wanted to get paid if everyone else did. He's told me that he has spoken to a number of shareholders that have contacted him through the info on the company website and told me to put out there he remains available to speak to shareholders who take the time to reach out, thanks.

Advertise Here

Trade on your terms at E*TRADE.

### iHub NewsWire
(https://ih.advfn.com/common/news/index-listing/ihnw)

High Hampton Engages Leading Global Greenhouse Design Firm Aurora Larssen Projects Inc. for Design and Support of CoachellaGr...
HHPHF · Jul 16, 2018 1:48 PM

Government Report In EU Re-Defines Cryptocurrencies
BTCUSD · Jul 16, 2018 12:47 PM

ICO Paradise in the USA?
BTCUSD · Jul 16, 2018 12:04 PM

Intersects 61 metres with an average grade of 0.75 g/t Au - Including 1.5 meters of 17.3 g/t Au
CBI · Jul 16, 2018 11:54 AM

Therapeutic Solutions International, Inc., Releases Intranasal Formulation of Pterostilbene
TSOI · Jul 16, 2018 9:00 AM

**Cmg Holdings Group, (CMGO)**
**0.0059 ▼ -0.0001 (-1.67%)**
**Volume: 2,042,378** @ 2:09:51 PM EDT ET
Advertise Here

**Trade from anywhere with E*TRADE Mobile.**

| Bid | Ask | Day's Range |
|-----|-----|-------------|
| 0.0056 | 0.0062 | 0.0054 - 0.007 |

**CMGO Detailed Quote**

1D
1M
2M
3M
6M

DEF00165408
7/16/2018





Support: 888-992-3836 | NewsWire | Home | Log in

**Boards**       **Hot!**       **Tools**       **Crypto**       **Streamer**       **Level 2**

    

Invest for the long haul at E*TRADE.

Home > Boards > US OTC > Miscellaneous > CMG Holdings Group, Inc. (CMGO)


Leonard, Glenn is under no restrictions as to

Public Reply | Private Reply | Keep | Last Read          Post New Msg                Replies (1) | Next 10 | Previous | Next




**giantkiller**
Followed By      23
Posts           982
Boards Moderated  0
Alias Born      06/06/12



giantkiller                          Friday, 12/05/14 01:26:41 PM

**Re:** None                                    0
**Post #** 53539  of
76537  Go

Leonard, Glenn is under no restrictions as to what he can
buy or hold, I know this for certain as he has been a friend of
mine for 30 years. Just wanted to make that clear for you. No
more restricted on that than he was from running this
company, thanks.

Advertise Here

Invest for the long haul at E*TRADE.

---

**iHub NewsWire**
**(https://ih.advfn.com/common/news/index-listing/ihnw)**

High Hampton Engages Leading Global Greenhouse Design
Firm Aurora Larssen Projects Inc. for Design and Support of
CoachellaGr...
HHPHF • Jul 16, 2018 1:48 PM

Government Report In EU Re-Defines Cryptocurrencies
BTCUSD • Jul 16, 2018 12:47 PM

ICO Paradise in the USA?
BTCUSD • Jul 16, 2018 12:04 PM

Intersects 61 metres with an average grade of 0.75 g/t Au -
Including 1.5 meters of 17.3 g/t Au
CBI • Jul 16, 2018 11:54 AM

Therapeutic Solutions International, Inc., Releases Intranasal
Formulation of Pterostilbene
TSOI • Jul 16, 2018 9:00 AM

Start posting your company's news
(/Boards/NewsWireDash.aspx). Only $200 per official company
press release!

---

Make your
website
happen

Squarespace

Look like an
expert right from
the start with one
of our award-
winning designer
templates.

OPEN


The Original Place To Invest Online

**Cmg Holdings Group, (CMGO)**
**0.0059 ▼ -0.0001 (-1.67%)**
**Volume: 2,042,378** @ 2:09:51 PM EDT ET
Advertise Here

**Trade from anywhere with**
**E*TRADE Mobile.**

| Bid | Ask | Day's Range |
|-----|-----|-------------|
| 0.0056 | 0.0062 | 0.0054 - 0.007 |

**CMGO Detailed Quote**

1D
1M
2M
3M
6M

3/4/2015    CMG Holdings Group, inc. (CMGO): I spoke to Glenn and he is definitely

Investors Hub Newswire | Home | Log in



Join iHub today - **FREE!**

**Click Here**

E✱TRADE





| Boards | Hot! | Tools | Funds | Streamer | Level 2 | Travel |

Get Quote    TRADE FREE FOR 60 DAYS    Search iHub

First-class Technology, More Value and 24/7 Support. Apply at E*TRADE.

     

Home > Boards > US OTC > Miscellaneous > CMG Holdings Group, Inc. (CMGO)
I spoke to Glenn and he is definitely

**Public Reply** | Private Reply | Keep | Last Read    Post New Msg    Replies (2) | Next 10 | **Previous** | **Next**



**giantkiller**
Followed By    13
Posts    546
Boards Moderated  0
Alias Born    06/06/12

giantkiller

Re: None

Post # 54664    of

55140  Go

Tuesday, 01/27/15
11:59:31 PM

I spoke to Glenn and he is definitely looking around
for financing and told me to deliver this message that
any long holder of CMGO who is interested in
providing financing for the company should get in
touch with MW and provide him with a number and
Glenn will contact you.

Invest Smart with Free Tools & Research. Apply at E*TRADE

**iHub NewsWi**

USA Restaurant Funding (OTC: SAMP) Finalizing Terms to Open Two N
 (SAMP) Mar 4, 2015 11:43 AM
Epazz's Strand: Video Surveillance Software to Provide Offsite Cloud Storage, Strand is Developing New Revenue Streams
 (EPAZ) Mar 4, 2015 9:30 AM
SeanieMac International, Ltd. adds 10 new affiliates in 2015 bringing total affiliates to
 (BETS) Mar 4, 2015 9:30 AM
SourcingLink.net Inc. Announces Positive Developments for Rare Earth Elements Industry (SNET) Mar 4, 2015 9:00 AM
Cafe Serendipity Chairman Bob McNulty gives first interview on Company and the Industry. (FOFU) Mar 4, 2015 7:00 AM

First-class Technology, More Value and 24/7 Support. Apply at E*TRADE.

| **Cmg Holdings Group, (CMGO)** | | |
| **0.003** ⬘ **0.0 (0.00%)** | | |
| **Volume: 81,000** @ 3:22:37 PM ET | | |

| **Around the Web** | Bid | Ask | Day's Range |
| --- | --- | --- | --- |
| | 0.0027 | 0.0032 | 0.003 - 0.003 |

| **CMGO Detailed Quote** | **Wiki** |
| --- | --- |

1D
1M
2M




Support: 888-992-3836 | NewsWire | Home | Log in

Join iHub today - FREE!



| Boards | Hot! | Tools | Crypto | Streamer | Level 2 |

Get Quote

Search iHub

Advertise Here

Trade on your terms at E*TRADE.

     

Home > Boards > US OTC > Miscellaneous > CMG Holdings Group, Inc. (CMGO)
Glenn asked me to impart a few things

**Public Reply** | Private Reply | Keep | Last Read        Post New Msg        Replies (7) | Next 10 | **Previous** | Next



giantkiller

| Followed By | 23 |
| Posts | 982 |
| Boards Moderated | 0 |
| Alias Born | 05/06/12 |



giantkiller

Re: jcny post# 55955

Post # [55967] of 81451 [Go]

Friday, 04/17/15
02:01:43 PM

Glenn asked me to impart a few things on his behalf, the audit is being worked on. There was a problem with the auditor not the company and that is the delay. It will be done next week. The company is very tight cash and Glenn has made 2 significant loans to the company to fund necessary fundings. He is committed to getting the company back on its feet, and is working full time at no compensation to make this happen. He stated that he was working on a number of initiatives that could be favorable to the company and hoped to be able to share them soon. He also said he understood that the silence was deafening and asked for your indulgence for a short time longer.



**E*TRADE makes pricing clear, the way it should be**

At E*TRADE, our fees are clear and competitive. View our rates and fees, including pricing for stocks, options, ETFs, mutual funds, and more. Here

E*TRADE Securities LLC

Open an Account at E*TRADE

Advertise Here



DEF00165445

7/12/2018                    CMG Holdings Group, Inc. (CMGO): My own feeling is that Monday could very

 investorshub

Support: 888-992-3836 | NewsWire | Home | **Log in**

| Boards | Hot! | Tools | | Crypto | Streamer | Level 2 |

**Get Quote** 🔍

**Search iHub** 🔍

E*TRADE Open an account.

Advertise Here

Open an account at E*TRADE today.

E*TRADE Sign up now.        THE CANNABIS REPORT        E*TRADE Open an account.

**Home** > **Boards** > **US OTC** > **Miscellaneous** > **CMG Holdings Group, Inc. (CMGO)**
### My own feeling is that Monday could very

**Public Reply** | **Private Reply** | **Keep** | **Last Read**          Post New Msg          Replies (4) | **Next 10** | **Previous** | **Next**



**giantkiller**

| Followed By | 23 |
| Posts | 982 |
| Boards Moderated | 0 |
| Alias Born | 06/06/12 |





**Cmg Holdings Group, (CMGO)**
**0.0073 ▼ -0.0016 (-17.98%)**
**Volume: 4,420,946** @ 10:54:32 AM EDT
ET

| Bid | Ask | Day's Range |
|---|---|---|
| 0.007 | 0.0073 | 0.0066 - 0.009 |

**CMGO Detailed Quote**

**Termination of Registration of a Class of Security Under Section 12(g) (15-12g)** Edgar (US Regulatory) - 6/7/2018
10:35:36 AM

DEF00165449

CMG Holdings Group, Inc. (CMGO): My own feeling is that Monday could very

_giantkiller_     Wednesday, 06/10/15
                  02:26:36 PM

**Re:** jcny post#
56738

**Post #** 56745     of
76192  Go

My own feeling is that Monday could very
well be the last day that we see one of our
beloved posters posting here anymore!!!i!!!
It is interesting that the only executive this
company has ever had who has gone into
his own pocket to support this business is
continually ridiculed and attacked by those
who don't own a share of stock. Never
thought Laken was a knight in shinning
armor, seems to me he's done as well as he
could dealt the shit hand he was. But I will
say sticking around and trying to fix it has
gotten my attention. Been in penny land a
long time rarely plays that way! So we will
se how it finishes I'm betting on Laken over
Joe and I Bet better than I trade!!

---

### iHub NewsWire
### (https://ih.advfn.com/common/news/index-
### listing/ihnw)

Livewire Ergogenics, Inc. Appoints Kyle
McKay as Master Horticulturist

LVVV • Jul 12, 2018 9:00 AM

Sipp Industries Provides Updates on Major
Hemp Brown Ale Expansion

SIPC • Jul 12, 2018 8:30 AM

MTrac: Cashless Makes Communities Safer,
One Merchant at a Time

GOHE • Jul 12, 2018 8:00 AM

Invictus Secures Supply Agreement with
British Columbia Liquor Distribution Branch

IVITF • Jul 11, 2018 6:17 PM

Recent Walmart Blockchain Patents

BTCUSD • Jul 11, 2018 1:37 PM

| Data443 | | The Dawn of the ICCO | | Crypto Market Update (11 Ju |

DEF00165450



CMG Holdings Group, Inc. (CMGO): This is not a BS pump its a                    Page 1 of 3





Support: 888-992-3836 | NewsWire | Home | Log in

Join iHub today - FREE!



| Boards | Hot! | Tools | Crypto | Streamer | Level 2 |

Get Quote                                      Search iHub

Open an account at E*TRADE today.

    

Home > Boards > US OTC > Miscellaneous > CMG Holdings Group, Inc. (CMGO)
**This is not a BS pump its a**

**Public Reply** | Private Reply | Keep | Last Read          Post New Msg                    Replies (1) | Next 10 | Previous | Next



giantkiller

| Followed By | 23 |
| Posts | 982 |
| Boards Moderated | 0 |
| Alias Born | 06/06/12 |



giantkiller

Re: None
Post # 61747 of 71043 [Go]

Friday, 09/25/15
11:32:04 AM

This is not a BS pump its a real company being built.
The enterprise value IMO is way beyond here (in the
multiple pennies) just a little patience and some more
deals and it's pay day time.



Advertise Here

Advertise Here

**Cmg Holdings Group, (CMGO)**
**0.0131 ▲ 0.0021 (19.09%)**
**Volume: 20,558,283** @ 4:00:00 PM EDT
ET

Advertise Here

**Download the E*TRADE Mobile app**
**and seize Opportunity anywhere.**

| Bid | Ask | Day's Range |
| 0.0121 | 0.0139 | 0.0099 - 0.014 |

**CMGO Detailed Quote**



Advertise Here

Open an account at E*TRADE today.

DEF00165463
5/29/2018





Support: 888-992-3836 | NewsWire | Home | Log in

Join iHub today - **FREE!**

**Click Here**

| | Boards | Hot! | Tools | Crypto | Streamer | Level 2 |

 Get Quote    Search iHub 

Trade from anywhere with E*TRADE Mobile.

Advertise Here

Home > Boards > US OTC > Miscellaneous > CMG Holdings Group, Inc. (CMGO)
I have no idea how Laken was ever

Public Reply | Private Reply | Keep | Last Read          Post New Msg          Next 10 | Previous | Next




**giantkiller**
Followed By    23
Posts         982
Boards Moderated  0
Alias Born    06/08/12



**giantkiller**          Tuesday, 04/05/16 09:21:04 PM
Re: FergusVI post# 64945
Post # [64949] of 76541    Go

I have no idea how Laken was ever in business with Darren Ofsink, other than Ofsink represented CMG. While Ofsink has been accused of wrong doing he has been convicted of nothing. Last I checked in this country we are presumed innocent until convicted of something. When people show up out of the blue making accusations I always wonder what their motivations are, but that's just me!!!!

Advertise Here
Trade commission-free for 60 days & get up to $600 when you open an E*TRADE account!

**iHub NewsWire**
**(https://ih.advfn.com/common/news/index-listing/ihnw)**

High Hampton Engages Leading Global Greenhouse Design Firm Aurora Larssen Projects Inc. for Design and Support of CoachellaGr...
HHPHF • Jul 16, 2018 1:48 PM

Government Report In EU Re-Defines Cryptocurrencies
BTCUSD • Jul 16, 2018 12:47 PM

ICO Paradise in the USA?
BTCUSD • Jul 16, 2018 12:04 PM

Intersects 61 metres with an average grade of 0.75 g/t Au - Including 1.5 meters of 17.3 g/t Au
CBI • Jul 16, 2018 11:54 AM

Therapeutic Solutions International, Inc., Releases Intranasal Formulation of Pterostilbene
TSOI • Jul 16, 2018 9:00 AM

Start posting your company's news (/Boards/NewsWireDash.aspx). Only $200 per official company press release!



MUFG
Your trust,
your future,
our commitment

Learn More

MUFG Bank, Ltd.

**Cmg Holdings Group, (CMGO)**
**0.0059 ▼ -0.0001 (-1.67%)**
**Volume: 2,042,378** @ 2:09:51 PM EDT ET

Advertise Here

**Trade on your terms at E*TRADE.**

| Bid | Ask | Day's Range |
|-----|-----|-------------|
| 0.0056 | 0.0062 | 0.0054 - 0.007 |

**CMGO Detailed Quote**

1D
1M
2M
3M
6M

DEF00165470



Support: 888-992-3836 | NewsWire | Home | Log in



Join iHub today - FREE!

Click Here

| Boards | Hot! | Tools | Crypto | Streamer | Level 2 |

Get Quote                                    Search iHub

Trade from anywhere with E*TRADE Mobile.

   

Home > Boards > US OTC > Miscellaneous > CMG Holdings Group, Inc. (CMGO)
I can assure you from the only insider

**Public Reply** | Private Reply | Keep | Last Read        Post New Msg        Replies (1) | Next 10 | **Previous** | Next



giantkiller
Followed By    23
Posts          982
Boards Moderated 0
Alias Born     06/06/12

giantkiller                                      Tuesday, 06/28/16 01:49:19 PM

**Re:** MRDALE post# 65462

Post # 65463 of 76538   Go

I can assure you from the only insider that really counts who is Laken that he isn't selling a share. I know this because I speak to him regularly. He believes ultimately this stock **trades** way higher but patience will necessary. The lawsuit is very much in play, waiting for a ruling from the judge with a go ahead there the stock is seriously undervalued. XA holding its own covering expenses and the 57/58 % of GG, these prices make little sense, only time will tell but value looks on our side!

Advertise Here

Open an account at E*TRADE today.






iHub NewsWire
(https://ih.advfn.com/common/news/index-listing/ihnw)

High Hampton Engages Leading Global Greenhouse Design Firm Aurora Larssen Projects Inc. for Design and Support of CoachellaGr...
HHPHF · Jul 16, 2018 1:48 PM

Government Report In EU Re-Defines Cryptocurrencies
BTCUSD · Jul 16, 2018 12:47 PM

ICO Paradise in the USA?
BTCUSD · Jul 16, 2018 12:04 PM

Intersects 61 metres with an average grade of 0.75 g/t Au - Including 1.5 meters of 17.3 g/t Au
CBI · Jul 16, 2018 11:54 AM

Therapeutic Solutions International, Inc., Releases Intranasal Formulation of Pterostilbene
TSOI · Jul 16, 2018 9:00 AM

**WALL STREET INSIDER**

Reveals How to Get Crypto For FREE

LEARN MORE

**Cmg Holdings Group, (CMGO)**
**0.0059 ▼ -0.0001 (-1.67%)**
**Volume: 2,042,378** @ 2:09:51 PM EDT ET

Advertise Here

Download the E*TRADE Mobile app and seize Opportunity anywhere.

| Bid | Ask | Day's Range |
|-----|-----|-------------|
| 0.0056 | 0.0062 | 0.0054 - 0.007 |

CMGO Detailed Quote

1D
1M
2M
3M

CMG Holdings Group, Inc. (CMGO): What's good for the Laken's is good                    Page 1 of 2

 

Support: 888-992-3836 | NewsWire | Home | Log in

Join iHub today - FREE!



| Boards | Hot! | Tools | Crypto | Streamer | Level 2 |

Get Quote 🔍

 Search iHub 🔍

Download the E*TRADE Mobile app and seize Opportunity anywhere.

  

Home > Boards > US OTC > Miscellaneous > CMG Holdings Group, Inc. (CMGO)
What's good for the Laken's is good

Public Reply | Private Reply | Keep | Last Read          Post New Msg                    Replies (3) | Next 10 | Previous | Next



**giantkiller**

Followed By        23
Posts            982
Boards Moderated   0
Alias Born    06/08/12



giantkiller

Re: Matrix999 post# 66572
Post # [66573] of 76670 | Go

Monday, 07/31/17 07:32:35 PM

What's good for the Laken's is good for the shareholders this dude has been working for free for going on 3 years, guys no shmuck if he didn't think there was a real payday why would he be still at it!!!!

Advertise Here

Open an account at E*TRADE today.

---

iHub NewsWire
(https://ih.advfn.com/common/news/index-listing/ihnw)

Citadel Exploration Announces Record Production of over 100 Barrels Per Day to Mark Third Anniversary of Kern Bluff Oil Field
COIL • Jul 18, 2018 8:50 AM

SUGARMADE REITERATES $30 MM REVENUE GUIDANCE WITHIN CANNABIS MARKETPLACE - FILES QUARTERLY RESULTS
SGMD • Jul 18, 2018 8:30 AM

Progressive Care Inc. Announces Month-End Sales Figures Showing Increase in Year-Over-Year Prescriptions Filled in June 2018
RXMO • Jul 17, 2018 3:02 PM

Imagination TV Inc. Begins to Plan Its Next Live Music Event for September and or October 2018
IMTV • Jul 17, 2018 2:45 PM

COBINHOOD Adds Fiat-Crypto Trading Pairs
BTCUSD • Jul 17, 2018 1:09 PM

Start posting your company's news (/Boards/NewsWireDash.aspx). Only $200 per official company press release!

**WALL STREET INSIDER**

**Reveals How to Get Crypto For FREE**

LEARN MORE



Cmg Holdings Group, (CMGO)
0.006 ▲ 0.00017 (2.92%)
Volume: 511,228 @ 11:17:31 AM EDT ET
Advertise Here
Get 60 days of commission-free trades & up to $600. Join E*TRADE today!

| Bid | Ask | Day's Range |
|-----|-----|-------------|
| 0.0056 | 0.0062 | 0.0055 - 0.0066 |

CMGO Detailed Quote

1D
1M
2M
3M

DEF00165482
7/18/2018

CMG Holdings Group, Inc. (CMGO): It is true that nobody works for free          Page 1 of 3



Support: 888-992-3836 | NewsWire | Home | Log in

More than 15 recognizable CBD brands

Join iHub today - FREE!

**Click Here**

| Boards | Hot! | Tools | Crypto | Streamer | Level 2 |



Get Quote          Search iHub

Download the E*TRADE Mobile app and seize Opportunity anywhere.



Home > Boards > US OTC > Miscellaneous > CMG Holdings Group, Inc. (CMGO)
It is true that nobody works for free

**Public Reply** | **Private Reply** | **Keep** | **Last Read**          **Post New Msg**          Replies (1) | Next 10 | **Previous** | **Next**



**giantkiller**

| Followed By | 23 |
| Posts | 982 |
| Boards Moderated | 0 |
| Alias Born | 06/06/12 |



giantkiller

Wednesday, 09/13/17
10:17:26 PM

**Re:** just4fun2 post# 66624

**Post #** 66625 of 71043  Go

It is true that nobody works for free nor should any of us expect them too. But if there is a huge settlement or verdict my money says this guy is going to share with the shareholders who have hung in there with him. And with the price of this stock now if that happens I figure there is going to be a bunch of money to go around IMO. You put your money up u take your chances I like the odds.



Advertise Here

chrome


Yes, get Chrome now

**Cmg Holdings Group, (CMGO)**
**0.0131 ▲ 0.0021 (19.09%)**
**Volume: 20,558,283** @ 4:00:00 PM EDT
ET

Advertise Here

**Get 60 days of commission-free trades & up to $600. Join E*TRADE today!**

| Bid | Ask | Day's Range |
| --- | --- | --- |
| 0.0121 | 0.0139 | 0.0099 - 0.014 |

**CMGO Detailed Quote**

12/13/2017                    CMG Holdings Group, Inc. (CMGO): Believe me Glenn has stepped up he and

Support: 888-992-3836 | Newswire | Home | Log in

# investorshub

## Join iHub today - FREE!

**Click Here**

| Boards | Hot! | Tools | Streamer | Level 2 | Follow Feed |
|--------|------|-------|----------|---------|-------------|

E*TRADE Open an account.

Get Quote

E*TRADE Sign up now.

Search iHub

Advertise Here

Open an account at E*TRADE today.

E*TRADE Open an account.

SureTrader GET $80 N FREE 'rades'

VectorVest Click Here

Open an account. E*TRADE

Interactive Brokers

E*TRADE Open an account.

Home > Boards > US OTC > Miscellaneous > CMG Holdings Group, Inc. (CMGO)

**Believe me Glenn has stepped up he and**

Public Reply | Private Reply | Keep | Last Read        Post New Msg                    Replies (3) | Next 10 | Previous | Next

---

**giantkiller**

Followed By  22
Posts  974
Boards Moderated  0
Alias Born  06/06/12

**giantkiller**

Sunday, 12/10/17
10:13:33 PM

**Re:** difumetti post# 66769

**Post #** 66770   of 66779   Go

Believe me Glenn has stepped up he and his wife
have worked this magical lawsuit for 2 years and
1000s of hours, that how it works with these gigantic
lawsuits. David Boise's firm didn't take this lawsuit
on contingency because he didn't think it has
serious merit. If it proves out the current
capitalization will be a joke, this one is a buy and
hold at these levels and see what happens, risk
reward looks extremely favorable here in one mans
opinion.

Advertise Here

| Cmg Holdings Group, (CMGO) | | |
|---|---|---|
| 0.0006 ◊ 0.0 (0.00%) | | |
| Volume: 0 @- ET | | |

Advertise Here

Opportunity is Everywhere if you
know where to look. Get Started at
E*TRADE.

| Bid | Ask | Day's Range |
|-----|-----|-------------|

DEF00165487

12/13/2017

CMG Holdings Group, Inc. (CMGO): Not a thing has changed this is a

Support: 888-992-3836 | Newswire | Home | Log In

 investorshub

Join iHub today - **FREE!**



| Boards | Hot! | Tools | Streamer | Level 2 | Follow Feed |

E*TRADE Open an account

Get Quote

E*TRADE Sign up now.

Search iHub

Advertise Here

Seize Opportunity. Trade at E*TRADE.

E*TRADE Sign up now.   SureTrader GET $50 IN FREE Trades*   Ameritrade TOP TOOLS FOR LESS   FREE! VectorVest.com   Interactive Brokers

E*TRADE Sign up now.

Home > Boards > US OTC > Miscellaneous > CMG Holdings Group, Inc. (CMGO)

Not a thing has changed this is a

**Public Reply** | Private Reply | Keep | Last Read

Post New Msg

Replies (1) | **Next 10** | **Previous** | **Next**



**giantkiller**

| Followed By | 22 |
| Posts | 974 |
| Boards Moderated | 0 |
| Alias Born | 06/06/12 |

giantkiller

**Re:** MRDALE post# 66766

Post # 66768   of 66779   Go

Sunday, 12/10/17 02:25:23 PM

Not a thing has changed this is a lawsuit play right now. If the lawsuit is successful there is nothing but upside, lawsuits don't move quickly they take time and effort and this suit is getting all of that. So if you don't have the patience to see it through might as well take your loss and move on, although it seems to me if you waited this long might as well hang on and see how it plays out, risk reward clearly in your favor, imho!!!!

Advertise Here


Cmg Holdings Group, (CMGO)
0.0006 ◊ 0.0 (0.00%)
Volume: 0 @- ET

Advertise Here

Trade Free for 60 Days and Get up to $600 when you open an E*TRADE Account!

| Bid | Ask | Day's Range |
| 0.0006 | 0.0009 | - - - |


CMGO Detailed Quote



Advertise Here

DEF00165490