UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CMG HOLDINGS GROUP, INC. as assignee of XA THE EXPERIENTIAL AGENCY, INC.,

        Plaintiffs,

-against-

JOSEPH WAGNER, HUDSONGRAY INC., DARREN ANDERECK, JESSIE LOMMA, MICHAEL DAY, JEAN WILSON, ESTELLE PIZZO, STUDIO AG, LLC, REMIGIO GUDIN, and MIXED COMPANY, INC.,

        Defendants.

JOSEPH WAGNER, DARREN ANDERECK, JESSIE LOMMA AND JEFFREY SMITH,

        Third-Party Plaintiffs,

-against-

GLENN LAKEN AND ALEXIS LAKEN,

        Third-Party Defendants.

Civil Action No.: 15-cv-05814-JPO

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties in the above-captioned matter stipulate to the voluntary dismissal of all claims, counterclaims and third-party claims in this action with prejudice and without costs or fees to either party.

Dated: January 14, 2019

Respectfully submitted,

/s/ Kevin Joseph O'Connor
Kevin Joseph O'Connor
Joseph Michael Vento
Peckar & Abramson, P.C.
41 Madison Avenue, 20th Floor
New York, NY 10010
(212) 382-0909
koconnor@pecklaw.com
*Attorneys for Plaintiffs and Third-Party Defendants*

Scott R. Matthews, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
Tel.: (212) 237-1025
Email: smatthews@windelsmarx.com
*Attorneys for Defendants and Third-Party Plaintiffs*

{11658616:1}

1