UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CMG HOLDINGS GROUP, INC.,
                              Plaintiff,

-v-

JOSEPH WAGNER, et al.
                              Defendants.

15-CV-5814 (JPO)

AMENDED ORDER OF
REFERENCE TO
MAGISTRATE JUDGE

J. PAUL OETKEN, District Judge:

      The above entitled action is referred to the Honorable Stewart D. Aaron, United States Magistrate Judge, for the following purpose(s):

\_\_\_\_\_ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

\_\_\_\_\_ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

\_\_\_\_\_ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

__X__ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute)
Charging Lien Dispute (Dkt. Nos. 163, 164).

\_\_\_\_\_ HABEAS CORPUS

\_\_\_\_\_ INQUEST AFTER DEFAULT / DAMAGES HEARING

\_\_\_\_\_ SOCIAL SECURITY

\_\_\_\_\_ SETTLEMENT

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF
_____

SO ORDERED.

Dated: August 12, 2019
       New York, New York

_____
J. PAUL OETKEN
United States District Judge