USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CMG Holdings Group,

                Plaintiff,

-against-

Wagner, et al.,

                Defendants.

1:15-cv-05814 (JPO) (SDA)

**ORDER TO SHOW CAUSE**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, by Order dated October 11, 2018 (ECF No. 116), the law firm Edwards Pottinger LLC ("Edwards Pottinger") was terminated as counsel for Plaintiff, CMG Holdings Group, Inc. ("Plaintiff") and Third-Party Defendants, Glenn Laken and Alexis Laken ("Third-Party Defendants"), pursuant to a Stipulation for Substitution of Counsel (ECF No. 110);

WHEREAS, on July 19, 2019, Edwards Pottinger, as "former attorneys of record" for Plaintiff and Third-Party Defendants filed a Notice of Charging Lien ("Notice") in the amount of $31,755.16, which attaches a Declaration of Seth Lehrman "pursuant to" Local Civil Rule 1.4 (ECF No. 163);

WHEREAS, a letter was filed on August 7, 2019 by successor counsel for Plaintiff and Third-Party Defendants requesting that the Notice be stricken (ECF No. 164);

WHEREAS, Local Civil Rule 1.4 of this Court provides in relevant part:

An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court and may not withdraw from a case without leave of the Court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar, and whether or not the attorney is asserting a retaining or charging lien.

All applications to withdraw must be served upon the client and (unless excused by the Court) upon all other parties.

NY R USDCTS&ED Civ. Rule 1.4;

WHEREAS, no charging lien was asserted by Edwards Pottinger at the time it was relieved as counsel of record for Plaintiff and the Third-Party Defendants; and

WHEREAS, on August 12, 2019, the charging lien dispute was referred to me for resolution (ECF No. 165).

NOW, THEREFORE, Edwards Pottinger shall show cause in a written submission filed no later than August 20, 2019, why its Notice of Charging Lien (ECF No. 163) should not be stricken as untimely.

Chambers shall email a copy of this Order to Mr. Lehrman since he was terminated from the docket on October 11, 2018 and therefore no longer receives ECF notices of documents filed on the docket.

**SO ORDERED.**

DATED:    New York, New York
          August 13, 2019

_____
STEWART D. AARON
United States Magistrate Judge