UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CMG HOLDINGS GROUP, INC. as assignee of :
XA, THE EXPERIENTIAL AGENCY, INC.,      :   Civil Action No.: 15-cv-05814-JPO
                                        :
         Plaintiff,                     :
                                        :
    vs.                                 :   **NOTICE OF WITHDRAWAL**
                                        :   **CHARGING LIEN**
JOSEPH WAGNER, HUDSON GRAY LLC,         :
DARREN ANDERECK, JESSIE LOMMA,          :
MICHAEL DAY, JEAN WILSON, ESTELLE       :
PIZZO, STUDIO AG, LLC, REMIGIO GUDIN,   :
and MIXED COMPANY, INC.,                :
                                        :
         Defendants.                    :
------------------------------------x

    PLEASE TAKE NOTICE that pursuant to Section 475 and 475-a of the Judiciary Law, Edwards Pottinger LLC, former attorneys of record for Plaintiff CMG Holdings Group, Inc. and Third-Party Defendants Glenn Laken and Alexis Laken, hereby withdraws the charging lien upon the proceeds of this action, including any settlement proceeds, in the amount of $31,755.16 dollars in costs and expenses, that was filed by Edwards Pottinger LLC on July 19, 2019 [ECF No. 163].

Dated: August 20, 2019

    */s/ Seth M. Lehrman*
    Bradley J. Edwards (brad@epllc.com)
    Seth M. Lehrman (seth@epllc.com*)*
    EDWARDS POTTINGER, LLC
    425 North Andrews Avenue, Suite 2
    Fort Lauderdale, Florida 33301
    Tel. (954) 524-2820
    Fax: (954) 524-2822

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Seth M. Lehrman*
Seth M. Lehrman